UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO: 23-CR-138 (RBW)

UNITED STATES OF AMERICA,

vs.

RICHARD COOK,
                Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw from any further representation of Richard Cook. As grounds for said motion, counsel would state the following:

1. On March 3, 2023, undersigned counsel was appointed to represent Mr. Cook pursuant to the Criminal Justice Act.

2. On December 21, 2023, in discussing the defense with another attorney, counsel was alerted to the fact that he has an ethical conflict that requires him to withdraw from any further participation in this case.

3. Upon becoming aware of the conflict, Counsel contacted the D.C. Bar Association and obtained an informal opinion as to the proper course of action from an ethics advisor. That advisor confirmed that counsel should withdraw from any further participation in this case.

4. This conflict is in no way caused by, or the fault of, Mr. Cook.

5. Due to the nature of the conflict, it is impossible for counsel to continue to render effective assistance of conflict free counsel to Mr. Cook.

6. Mr. Cook will not be prejudiced by the granting of this motion. In fact, it is necessary to adequately protect his interest.

7. Counsel has met with Mr. Cook and explained the grounds of the motion. Mr. Cook understands the necessity of this motion and does not object to it.

8. Assistant United States Attorney, Ashley Akers, Esq., takes no position on this motion.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court grant the above styled motion and discharge counsel from any further responsibility in this case. It is also requested that the Court appoint new counsel for Mr. Cook who has previously been declared indigent.

Respectfully submitted,

*/Larry Donald Murrell, Jr.*
_____
**LARRY DONALD MURRELL, JR., ESQ.**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: 561.686.2700
Facsimile: 561.686.4567
E-Filing: ldmpa@bellsouth.net
Attorney for Richard Cook

## CERTIFICATE OF SERVICE

On December 22, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

/Larry Donald Murrell, Jr.
_____
**LARRY DONALD MURRELL, JR., ESQ.**