IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-CR-138 (RBW) |
| ) | |
| ) | |
| RICHARD COOK ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as CJA counsel for Richard Cook in the above captioned case.

                                        Respectfully submitted,

                                        KIRA ANNE WEST

            By:        /s/ *Kira Anne West*
                                        Kira Anne West
                                        DC Bar No. 993523
                                        712 H Street N.E., Unit 509
                                        Washington, D.C. 20002
                                        Phone: 202-236-2042
                                        kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of January, 2024 a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

                                        /S/ Kira West
                                        Kira Anne West