IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            v.                                        )       Criminal No. 23-cr-00138<br>                                                          )<br>RICHARD COOK,                          )<br>                                                          )<br>            Defendant.                        )<br>                                                          ) | |

### MOTION TO WITHDRAW

Pursuant to Local Rule 44.5(d) of the Local Criminal Rules of the United States District Court for the District of Columbia, the undersigned counsel respectfully requests this Court permit him to withdrawal as counsel for Defendant Richard Cook. On March 31, 2023, defense counsel moved this Court to admit Larry D. Murrell as *pro hac vice* defense counsel on behalf of Mr. Cook. (ECF No. 33). That motion was granted on April 3, 2023, by Magistrate Judge Robin Meriweather. (ECF No. 34).

By virtue of filing the instant motion, defense counsel's appearance was noted on the docket, although defense counsel has not otherwise represented Mr. Cook in these proceedings. Thereafter, on December 22, 2023, Mr. Murrell moved to withdraw his appearance on behalf of Mr. Cook. (ECF No. 102). On January 11, 2024, the Court granted this Order. (ECF No. 105). As Mr. Murrell no longer requires a sponsoring attorney pursuant to his *pro hac vice* appearance in this matter, defense counsel accordingly requests his appearance in this matter, to the extent the docket reflects as much.

[SIGNATURE ON NEXT PAGE]

Dated: January 25, 2024               Respectfully submitted,

                                            */s/ Stanley E. Woodward, Jr.*
                                      Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                      BRAND WOODWARD LAW, LP
                                      400 Fifth Street, Northwest, Suite 350
                                      Washington, District of Columbia 20001
                                      202-996-7447 (telephone)
                                      202-996-0113 (facsimile)
                                      Stanley@BrandWoodwardLaw.com

**CERTIFICATE OF SERVICE**

On January 25, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties. In addition, pursuant to Local Rule 44.5, a copy of the foregoing shall be personally provided to Defendant Richard Cook.

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, District of Columbia 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com