# EXHIBIT A-C