CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.  )    Civil/Criminal No.: __23-cr-138-1 (RBW)__
)
RICHARD COOK  )
)

## NOTE FROM JURY

Did you inform Vice Presidents Pence of the ~~situation~~ * breach of the Capital before you began ~~to~~ the Emergency Plan?

Date: 5/8/2024

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 23-cr-138-1 (RBW)
)
RICHARD COOK )
)

### NOTE FROM JURY

Did Officer Forrester have a face shield at any point? Something other than the gator ~~shield~~? mask

Date: 5/8/2024