CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: __23-cr-138-1 (RBW)__
)
RICHARD COOK )
)

## NOTE FROM JURY

Did the defendent take any of his own photos and/or videos at Million Maga March - and if so is there any reason we're not seeing those?

Date: 5/9/2024

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

### NOTE FROM JURY

In the opening statement the defense said Mr Cook stopped for coconut water. But in cross examination she he said he didn't stop. Was that a mistake?

Date: 5/9/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

## NOTE FROM JURY

Can we see the portion of the FBI interview where he describes seeing the fence, WWF style?
↑
Thrown

Date: 5/9/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

## NOTE FROM JURY

CAN We see the Rendering of ↑Exhibit. THE Tunnel WITH RAILINGS, ~~skool~~

Date: 5/9/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

## NOTE FROM JURY

Was the gate dislodged by someone dressed in law enforcement uniform? (as told to the FBI agent)

Date: 5/9/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

## NOTE FROM JURY

① Why did Mr. Cook continue up to "the tunnel"? (From the lawn)

② What is "WWF"?

R

Date: 5/9/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD COOK

Civil/Criminal No.: 23-cr-138-1 (RBW)

## NOTE FROM JURY

Did Mr. Cook think he was permitted to go into what laid through the tunnel?

Date: 5/9/2024