UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 23-138-1 (RBW)
)
RICHARD COOK, )
)
          Defendant. )

## VERDICT

**Count One:** As to the offense of Civil Disorder, we the jury unanimously find the Defendant, Richard Cook:

_____    _____✓_____
Not Guilty         Guilty

**Count Three:** As to the offense of Entering and Remaining in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Richard Cook:

_____    _____✓_____
Not Guilty         Guilty

**Count Four:** As to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Richard Cook:

_____    _____✓_____
Not Guilty         Guilty

**Count Five:** As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Richard Cook:

_____        _____✓_____
Not Guilty                 Guilty

**Count Six:** As to the offense of Impeding Passage Through the Capitol Grounds or Buildings, we the jury unanimously find the Defendant, Richard Cook:

_____        _____✓_____
Not Guilty                 Guilty

**Count Seven:** As to the offense of Engaging in an Act of Physical Violence in the Capitol Grounds or Buildings, we the jury unanimously find the Defendant, Richard Cook:

_____        _____✓_____
Not Guilty                 Guilty

Please sign and date this verdict form on the lines provided below.

5/10/2024
**Date**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict slip on the lines provided below.