```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                        Criminal Case
                   Plaintiff(s),          No. 21-00030 (JDB)
 4          v.
                                          Washington, D.C.
 5   STEPHANIE HAZELTON,
                                          June 1, 2023
 6               Defendant(s).

 7   --------------------------------------------------------

 8                       SENTENCING HEARING
                  BEFORE THE HONORABLE JOHN D. BATES
 9                   UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):   Christopher Amore, Esquire
                             United States Attorney's Office
12                           District of New Jersey
                             970 Broad Street
13                           Suite 700
                             Newark, New Jersey 07102
14

15

16   FOR THE DEFENDANT(S):   Nicholas D. Smith, Esquire
                             David B. Smith, PLLC
17                           1123 Broadway
                             Townsend Building
18                           Suite 909
                             New York, New York 10010
19

20

21   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
22                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
23                           tammy_nestor@dcd.uscourts.gov

24

25
```

 1   The following proceedings began at 2:36 p.m.:

 2           THE COURT:  Good afternoon, Your Honor.  This

 3   afternoon we are scheduled for a sentencing.  We have criminal

 4   case No. 21-30, the United States of America v. Stephanie

 5   Hazelton.  Ms. Hazelton is present and in the courtroom.

 6           Your Honor, this afternoon, we have Probation Officer

 7   Hana Field standing in for Probation Officer Robert Walters.

 8           May I get counsel for the government followed by

 9   counsel for the defendant to identify themselves for the

10   record.

11           MR. AMORE:  Good afternoon, Your Honor.  Christopher

12   Amore, Assistant United States Attorney, for the United States.

13           THE COURT:  Mr. Amore.

14           MR. SMITH:  Good afternoon, Judge.  Nicholas Smith for

15   Stephanie Hazelton.

16           THE COURT:  Mr. Smith.  Good afternoon to both of you,

17   and Ms. Hazelton as well.

18           We are here for sentencing in this matter.  I have

19   received your sentencing memos, and I appreciate those.  And

20   there's nothing I need to announce in terms of any

21   contemplations that are not already covered by the memos.

22           So let me ask you, Mr. Smith, on behalf of yourself

23   and Ms. Hazelton, whether you have received and had a chance to

24   review the presentence report and whether there are any

25   remaining issues with respect to it other than the questions of

1   the application of the enhancements at 2A2.4(b)(1) and (b)(2),

2   which we will address in a moment.

3        MR. SMITH:  Yes, Your Honor.  We have received the

4   presentence report.  I have reviewed it with Ms. Hazelton.  And

5   we do not have any objections beyond those that have already

6   been indicated.

7        THE COURT:  Same series of questions to you,

8   Mr. Amore.

9        MR. AMORE:  Yes, Your Honor.  I have received it,

10  reviewed it, no additional objections.

11       THE COURT:  All right.  And I will accept the

12  presentence report as findings of fact on issues that are not

13  in dispute.  And that's pursuant to Federal Rule of Criminal

14  Procedure 32(i)(3)(A).

15       The case falls within the Sentencing Reform Act of

16  1984.  And by that act, the United States Congress created the

17  United States Sentencing Commission, which has issued detailed

18  guidelines for judges to consider in determining the sentence

19  in a criminal case like this one.

20       There are sentencing ranges that have been set for

21  specific offenses.  They are all contained in a guidelines

22  manual.  This is the current guidelines manual.  And following

23  decisions by the Supreme Court and other federal courts, the

24  sentencing guidelines are not mandatory.  They are advisory;

25  although, they must be considered by the Court and consulted by

1    the Court in determining the appropriate sentence in a case.

2    And that's what I will do here.

3          I will assess and determine the proper sentence in

4    this case by referring to and considering the guidelines in the

5    first instance, but they will be treated as advisory, not

6    mandatory, and there's no presumption that a guideline sentence

7    is the correct sentence.

8          In short, the guidelines will be considered along with

9    all other relevant factors in accordance with Title 18 of the

10    U.S. Code, Section 3553(a).

11          We are here because the defendant has pled guilty to

12    one count, and that is Count 2 of a six-count superseding

13    indictment.  And the count that she has pled guilty to is

14    Count 2, civil disorder, in violation of Title 18 of the U.S.

15    Code, Section 231(a)(3).

16          My first obligation then is to do a guideline

17    calculation, and I utilize that 2021 guideline manual in order

18    to do so.

19          For this offense, in violation of Title 18 of the U.S.

20    Code, Section 231(a)(3), the base offense level is 10.  And

21    that is under Section 2A2.4 of the guidelines because the

22    offense involved obstructing or impeding officers.  And it

23    specifically is 2A2.4(a).

24          There are then two special offense characteristics or

25    enhancements that may apply here.  One is under 2A2.4(b)(1),

1    and that is if the offense involved physical contact and/or a

2    dangerous weapon was possessed and its use was threatened.  If

3    so, then three levels are added to that base offense level.

4          The theory here is that the defendant incited others'

5    actions and, therefore, aided and abetted them in making

6    physical contact with law enforcement officers while they were

7    using dangerous weapons.

8          The other enhancement somewhat similarly is under

9    Section 2A2.4(b)(2).  And that is if a victim sustained bodily

10   injury.  If so, then two levels are added.  The theory there is

11   that the actions of the defendant and others led to injuries

12   that were suffered by officers who were struck by stun guns, or

13   ultimately one of them suffered a heart attack.  In any event,

14   that's the second enhancement.

15         The probation office has applied both of these

16   enhancements which significantly raises the offense level and,

17   therefore, the guideline range.  The government is advocating

18   for only the first of those two enhancements, the three-level

19   enhancement under 2A2.4(b)(1), and the defendant is arguing

20   that neither enhancement should apply.

21         So I think at this point the most efficient thing

22   would be for me to hear briefly from the government and the

23   defense if they wish to add anything to what is in their

24   memoranda on these issues with respect to the guideline

25   calculation.

1          And we can start with you, Mr. Amore.

2          MR. AMORE:  Thank you.

3          THE COURT:  I won't ask probation to say anything, but

4    if probation wishes to add anything after I hear the arguments,

5    I will certainly hear from you.

6          MR. AMORE:  May I use the podium, Judge?

7          THE COURT:  Please.

8          MR. AMORE:  And, Judge, I will be relatively brief.  I

9    am relying primarily on the memo that's been submitted and that

10   the Court has reviewed.

11         As Your Honor has noted, we are seeking the

12   enhancement under the theory of aiding and abetting, that

13   although the defendant did not actually make any physical

14   contact with any of the officers in the lower west terrace

15   tunnel on January 6, her actions certainly aided and abetted

16   what resulted in significant physical contact with those

17   officers in that tunnel.

18         The defendant was one of many if not hundreds of

19   rioters who rushed into that tunnel where there was a line of

20   officers in riot gear holding riot shields.  And many of those

21   in the riot did actually physically clash with the police and

22   assault them.  So regardless of her lack of physical contact,

23   it's clear, particularly from her statements which I will go

24   over here in a second, from her statements that she shared the

25   intent of those that she aided and abetted by waving and

1    encouraging them into that tunnel to make physical contact with

2    the police.

3          Specifically, as she was approaching that entrance to

4    the Capitol Building, she shouted, Move forward.  She shouted,

5    They can't stop us all.  Keep going.  More men.  More men.

6    More helmets.  We need more men, not women.  Keep pushing.

7          So it's clear from her own statements, if you watch

8    the videos which the government has submitted as exhibits, her

9    physical actions of waving people in, again, although she did

10   not physically make contact with those officers, it was

11   certainly the intent of that mob and those she aided and

12   abetted in the civil disorder in making that physical contact.

13         As I point out in my memo, the guidelines don't define

14   physical contact; however, Section 1B1.3 does say that, All

15   acts and omissions committed, aided, abetted, commanded,

16   induced, or willfully caused by the defendant is to be included

17   in relevant conduct.

18         And, Your Honor, the government submits that here the

19   defendant aided, abetted, commanded, and induced the actions of

20   those other rioters that did make the physical contact.

21         Additionally, Section 1B1.3(a)(1)(B) of the guidelines

22   states that relevant conduct includes, In the case of a jointly

23   undertaken criminal activity, an endeavor or enterprise

24   undertaken by the defendant in concert with others whether or

25   not charged as a conspiracy and in which case the acts of

others were:  One, within the scope of the jointly undertaken

criminal activity; two, in furtherance of that criminal

activity; and three, reasonably foreseeable in connection with

that criminal activity.

Again, Your Honor, the defendants' numerous references

to there being a battle at the Capitol that day both before,

during, and after January 6 show that she clearly was involved

in a jointly undertaken activity with those other rioters, that

she shared a common goal with them, with those that were

willing to make the physical contact with the officers to push

their way into the building.  And certainly her words, her

conduct, and the conduct of others there made it reasonably

foreseeable that, in fact, physical contact would occur with

those officers.

THE COURT:  Each of these, I will call them

theories -- that's not meant to be a derogatory comment.  But

each of these theories has fairly broad implications in terms

of the number of January 6 rioters that it could reach.

Can you cite me to a case in which -- a January 6 case

in which there was no physical contact by the defendant with

the law enforcement officer where your aiding and abetting or

even your joint criminal activity theory was adopted by a court

and the three-level enhancement was applied to a 231(a)(3)

offense where there was no physical contact by the defendant

with an officer?

1    MR. AMORE:  So, Your Honor, I cannot cite you to one

2  where someone has been sentenced just yet.  As I pointed out in

3  my memo, there's only been relatively few convictions on 231

4  alone.  I know that the defense lists a whole host of cases in

5  his memo, but those are not 231 cases.  Those are cases that

6  also involved 111 charges for assaulting and other charges for

7  destruction of property.

8        I did cite to three cases in my memo, U.S. v. Cooke,

9  U.S. v. Romero, and U.S. v. Fairchild, where they were in the

10  same guidelines range as the defendant, I believe, based on

11  including that enhancement.

12        THE COURT:  If that enhancement is included, they

13  were.

14        MR. AMORE:  Correct, Judge.  And in their cases, I do

15  believe there was physical contact either with the building

16  itself or with the officers.

17        So I do think that this case is somewhat unique, but

18  there's no prerequisite that there be physical contact with the

19  officers or their equipment in order for this enhancement.

20        THE COURT:  But there's more than just those three

21  231(a)(3) cases.  There's at least two handfuls of cases.  We

22  are not talking about just those three.  And in none of those

23  cases -- in most of them the government has not even sought

24  this three-level enhancement under 2A2.4(a)(1) -- I'm sorry,

25  (b)(1).

1          But in any event, in none of those cases has the

2     enhancement been applied.  And it's not just the three that the

3     government has cited which, quite frankly, I think, as you have

4     already pretty much conceded, all involve somewhat more serious

5     conduct and, therefore, contact.

6          So why should this case be the first case to apply

7     this three-level enhancement when the government hasn't sought

8     it in most of the 231(a)(3) cases, and even where it's been

9     sought and applied, it's always in a more serious setting?

10         MR. AMORE:  Your Honor, I think this case is

11    distinguishable because specifically of the defendant's --

12         THE COURT:  Distinguishable from which group, the

13    group where it's been applied or the group where it hasn't been

14    applied?

15         MR. AMORE:  From cases where it hasn't been applied,

16    Your Honor.  And again, I'm not obviously citing to any

17    specific case or -- but what I can speak for with this case is

18    the defendant's actions and words clearly show that shared

19    intent to make physical contact with those officers.

20         Again, I can't say with certainty that that was not

21    the case in those other cases, but I believe --

22         THE COURT:  But you can't trace her comments or what

23    she yelled, which is important in this case, no question about

24    it, but you can't trace that to a specific instance of contact

25    with an officer.  You can't say, ah, this rioter, Sam Jones,

1    pushed against that officer because Stephanie Hazelton

2    encouraged him to do so.  There's no such connection that you

3    can make, right?

4         MR. AMORE:  That is correct, Your Honor.  I know

5    that's a point the defense makes as well.  But it's a point

6    that the government doesn't think is necessary for that

7    enhancement to apply.

8         THE COURT:  All right.  And then you are not

9    seeking -- the government doesn't seek the other enhancement

10   under --

11        MR. AMORE:  We do not, Your Honor.  We take no

12   position on that.  We certainly respect probation's diligent

13   efforts on this case and all the cases.  It was not part of the

14   plea agreement in this case, and we take no position on that.

15        Thank you, Judge.

16        THE COURT:  Before I hear from the defense, actually,

17   this might be the point, since the government won't be

18   advocating for that second enhancement to apply, if probation

19   wishes to say anything, they can.  I have read the papers and I

20   have a sense for why probation is arguing.

21        The government, of course, has represented that the

22   injuries to the officers that apparently probation is relying

23   on actually took place after Ms. Hazelton left the scene of

24   those injuries.

25        But if probation wishes to add anything for my

1   edification, I would certainly be happy to hear from you.

2          THE PROBATION OFFICER:  Nothing further from the

3   probation.  Thank you, Your Honor.

4          THE COURT:  Thank you.

5          Mr. Smith.

6          MR. SMITH:  Very briefly, two points, Your Honor.  I

7   think the Court made our arguments better than we have made

8   them, so we will kind of rest on those.

9          THE COURT:  Dangerous proposition.  You know, I can

10  just be playing with each side.

11         MR. SMITH:  This is true.  But nevertheless, I don't

12  think the Court would like to hear me more than necessary.  So

13  just on the first point, Your Honor, is kind of a back to the

14  basics argument, which is, anytime there's an aiding and

15  abetting liability, we identify the principal, the principal

16  criminal first, the one who committed the crime himself or

17  herself.  And then we look to the accomplice, the potential

18  accomplice, and ask whether they took an action in furtherance

19  of the principal's offense with the intent that that offense be

20  committed.

21         But here we haven't even reached that step yet,

22  because as Your Honor pointed out, the government hasn't

23  identified a principal.

24         The government would have the Court sort of stretch

25  aiding and abetting liability so that it could simply say,

```
 1    well, maybe someone in a crowd of people was a principal.
 2    Perhaps, but we haven't seen that person.
 3          So we think Your Honor can't find accomplice liability
 4    without identifying a principal.  We haven't reached that step
 5    where we can then look at the principal's crime.
 6          THE COURT:  So you think this enhancement wouldn't
 7    apply even if the facts were a little simpler and there were
 8    only ten rioters pushing against a smaller police line and
 9    Ms. Hazelton was standing aways away saying, come on, boys,
10    push, push harder?  You think that wouldn't be sufficient to
11    apply the enhancement under aiding and abetting theory?
12          MR. SMITH:  I think it would be sufficient, Your
13    Honor, for --
14          THE COURT:  Even you though don't know which one, if
15    any, of those ten actually did the pushing because of
16    Ms. Hazelton's encouragement, you could infer that there's at
17    least enough of a connection?
18          MR. SMITH:  I think you could get there with a
19    preponderance standard under a set of circumstances that are
20    different than the one that Ms. Hazelton faced.  Because with
21    ten defendants -- or ten potential principals, Your Honor, you
22    are getting close to the point where the Court can say, We can
23    look at those ten people's actions and see what they did.  We
24    can ask those ten.  We can see how close the alleged accomplice
25    was to them and whether they are within earshot of each other.
```

1    And it's more of a lab-like setting, Your Honor, in the

2    hypothetical that Your Honor is setting up.

3         But as everyone knows, this event was not at a

4    lab-like setting.  This is the antithesis.  There were hundreds

5    of people in this area.  There were loud noises blaring

6    everywhere.  There's tear gas.

7         We can't simply assume that words that were shouted

8    into the sky in the crowd had an effect on a principal, and

9    that's what the government is asking the Court to do.

10        I think Your Honor asked Mr. Amore a couple of times,

11   Well, how do we draw this connection?  And the government

12   responded, Well, it clearly -- they are clearly -- it was

13   clearly there, but we don't have any facts to establish the

14   point.

15        And when I was having that conversation with the

16   probation officer about this point, I kept coming back to this.

17   I said, But we need some factual basis to apply the

18   enhancement.  It can't be an assumption.

19        So I think just on that basic point, which Your Honor

20   made well, I think the enhancement can apply.

21        But then there's something that we did not include in

22   the sentencing memo, which is the Brandenburg standard, of

23   course.  And the Court might have noticed that this is kind

24   of -- this was an argument that was left out.  But whenever

25   speech is criminalized, including under an enhancement in the

 1   guidelines, the government has the burden of showing that the

 2   speech was directed to inciting imminent lawless action and

 3   that it was likely -- that imminent lawless action was likely

 4   to occur.

 5         So you might think that under the aiding and abetting

 6   standard, we have already covered an intent to direct imminent

 7   lawless action.  That's the intent of an accomplice to

 8   facilitate the offense.

 9         But what the aiding and abetting standard doesn't have

10   that the Brandenburg one does have is the likelihood.  So

11   there's actually --

12         THE COURT:  But the other theory of the government,

13   which is that jointly undertaken criminal activity, which is a

14   provision of the guidelines, the 1B1.3(a)(1)(B) provision, that

15   does have the equivalent standard.  The language there is

16   reasonably foreseeable.  But it is the same kind of principle.

17         MR. SMITH:  I think the flaw, the original flaw, in

18   the aiding and abetting theory that a principal hasn't been

19   identified would also reach joint activity.  We can't just say

20   that any member of a mob is culpable for every action of a

21   member of the mob without any factual --

22         THE COURT:  Why can't we say that?  I mean, that's

23   what this was.  This was a mob effort where every member of the

24   mob, or at least most members of the mob, had a goal in mind, a

25   broad, general goal with respect to interference with the

1    electoral count, but a specific goal in the tunnel of breaching

2    the police line.  Why is that problematic?

3         MR. SMITH:  Because we have hundreds of years of

4    common law -- you know, interpretation of criminal liability

5    theories, and none of them incorporate just the mob concept

6    without some proof of accomplice liability or criminal

7    conspiracy.  Those are the theories of liability that would

8    render the defendant culpable for this action.

9         THE COURT:  Does that make the language of the

10   guideline, and I don't mean 2.4 -- 2A2.4, I mean, 1B1.3, does

11   that make that language not something that the courts can rely

12   on?

13        It says that when you are looking to what is relevant

14   conduct for purposes of applying an enhancement, one way to

15   assess it is where you have a jointly undertaken criminal

16   activity, you look to see three things; the scope, whether it's

17   in furtherance of the criminal activity; and whether it's

18   reasonably foreseeable in connection with that criminal

19   activity.

20        Why isn't the physical contact reasonably foreseeable?

21   Here that was the goal, to make contact with the police line

22   and breach it.  Why isn't that within the scope of what we will

23   get to in a second, the jointly undertaken criminal activity

24   and in furtherance of that criminal activity?

25        Then we are only left with a question of, okay, is

```
 1    this a jointly undertaken criminal activity.

 2         MR. SMITH:  I think I would go back to Your Honor's

 3    point about proving too much.  If that enhancement or that rule

 4    in the guidelines stretched as far as the government says, then

 5    every single protester or rioter in the crowd would be

 6    responsible for seditious conspiracy.  We had some people,

 7    multiple members of the crowd, who have been convicted of that

 8    extremely serious offense.  If the circle, so to speak, is

 9    everyone in this mob and crowd, well, that includes up to that

10    offense so --

11         THE COURT:  If you had some members of an

12    organization, let's say, who were involved in a seditious

13    conspiracy and you had someone who wasn't a member of that

14    organization but who knew what those members were doing either

15    from talking to them or if there's some other means and

16    encouraged them to do it, they might well be.

17         MR. SMITH:  I think then at that point, Your Honor, we

18    would fall back on the specific words that Ms. Hazelton used.

19    We need more men is certainly blameworthy.  It's attracting --

20    it could attract people if the causation is there to move

21    forward.  But it's not necessarily encouraging people to

22    assault law enforcement officers.  If there is a line of people

23    who are confronting police who are not assaulting them, it

24    could be just as easily read --

25         THE COURT:  But isn't that kind assault, that kind of
```

 1   physical contact with the law enforcement officers reasonably

 2   foreseeable in connection with that effort to breach the police

 3   line?  It seems to me that it probably is reasonably

 4   foreseeable.

 5            MR. SMITH:  I think, Your Honor, it would be a factual

 6   point that would need to be established.

 7            So if there was a video showing that, you know,

 8   Ms. Hazelton observes an assault on a law enforcement officer,

 9   turns around, says we need more men, then it becomes closer to

10   that issue, but certainly not evidence showing an assault after

11   Ms. Hazelton is at the scene.  We can't retrospectively imply

12   intent on her mind to commit assaults that she might have

13   viewed after she made the statement.

14            So we don't think the chronology is there to establish

15   that point, but also that --

16            THE COURT:  A requirement under 2A2.4(b)(1) is a

17   little less than assault.  It's just physical contact.

18            MR. SMITH:  Well --

19            THE COURT:  Maybe that is equivalent to assault.

20   Maybe I am drawing a line there and there is no real

21   difference.

22            MR. SMITH:  Your Honor, I think -- again, I think that

23   there has to be a group of people we identify.  It can't be

24   sufficient for us just to say others for these theories of

25   liability, well, she was working with others.  There have to be

1    specifically identified people.  And she has to be working in

2    concert with those people or aiding that principal crime.  And

3    we just don't have those -- there's no sufficient factual basis

4    here.

5            And I think that's the distinction with Your Honor's

6    example.  If there were ten people, we have a videotape showing

7    ten principal actors committing a crime, and you have one

8    person yelling at them in that controlled environment and then

9    afterwards they commit the crime, we have ten people, Mr. One,

10   Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten.

11           But there's nothing here that provides that factual

12   basis.  And without it, I think then we get to the proving too

13   much point, Your Honor.  It's everyone.  I mean, it's everyone

14   in the crowd.

15           So I think that's all we have, Your Honor, unless you

16   have any --

17           THE COURT:  Thank you, Mr. Smith.

18           MR. SMITH:  Thank you.

19           THE COURT:  All right.  So I need to decide whether

20   these two enhancements or special offense characteristics under

21   2A2.4(b)(1) and (b)(2) apply here.

22           And I conclude that neither enhancement applies based

23   on the specific facts and circumstances that we have in this

24   case.

25           I will deal with the second one first because it's

```
 1    easier.  And that's 2A2.4(b)(2), which turns on bodily injury.
 2            The police injuries that are referenced here are, in
 3    my view, too attenuated from the conduct of Ms. Hazelton.
 4    Those injuries happened after she left the area, and I cannot
 5    conclude that the defendant's words supported or led to any
 6    injuries to police officers.  And I am not aware of this
 7    enhancement being sought or applied in this setting in any
 8    other January 6 case.  Now, with respect to 2A2.4 -- January 6
 9    case in this setting with these kinds of facts.
10            Now, with respect to 2A2.4(b)(1), and the first part
11    of that special offense characteristic under the capital A
12    section is an offense involving physical contact, and that's
13    what we are dealing with here.
14            And the facts, as I see them, are that there was no
15    direct physical contact between Ms. Hazelton and any police
16    officer.  The videos do not show her pushing, even pushing
17    others very close to the police line.  What she does do is she
18    says some things and makes some hand gestures.  She encourages,
19    if you will, other rioters.  She waves rioters into the tunnel
20    area from outside the tunnel.  She uses words like keep pushing
21    on one occasion, need more men on another occasion.
22            On these facts, though, I don't think there's enough.
23    And there are three theories as I see it.  The first theory,
24    which hasn't been discussed so far, is sort of an indirect
25    pushing concept.  But there's not enough for that to apply
```

1  because the videos do not show her at the front of the line

2  lending her body weight close to the police to help others

3  pushing into the police.

4        The second theory that the government primarily relies

5  on is aiding and abetting.  As has been said, there are very

6  broad implications to applying that theory and, therefore,

7  applying this enhancement with a defendant who made no physical

8  contact whatsoever.  That's a very broad principle and has

9  broad implications.

10       Here there's no evidence that her remarks led to an

11  identifiable instance of physical touching of officers.  There

12  is the potential for encouragement of specific pushing, but

13  it's not clear that that actually occurred here.

14       Her statements, and it is important to remember that

15  they are statements and, therefore, speech, but her statements

16  were outside of the tunnel, and her words were not sufficiently

17  linked to the pushing of officers by others in the tunnel.

18       I do fear that, unless we are careful in this

19  instance, we could get involved in what I will call the

20  slippery slope.  If we can't identify a physical contact that

21  happened between an officer and a rioter in close enough

22  proximity and time, then anyone who shouted at the Capitol

23  could in theory be found to have counseled, commanded, or

24  induced a later physical contact even without any showing that

25  the push happened as a result of or even with awareness of the

1  defendant's words.

2        This might be a closer case if Ms. Hazelton had yelled

3  these encouragements inside the tunnel directly to people

4  pushing against the police line.  But given the disconnect here

5  between when and where she yelled and the actual physical

6  interaction with police officers by other rioters, I think this

7  is too attenuated a theory.

8        The last theory, the joint venture theory, which is

9  built on the language of 1B1.3(a)(1)(B), again has very broad

10 implications and that counsels care by the Court here

11 particularly with respect to conduct that is really just

12 speech.

13       The problem, as I see it, here is that by -- the

14 question is whether Ms. Hazelton was engaged in jointly

15 undertaken activity.  And I think the courts need to be careful

16 not to expand that definition too far in terms of the January 6

17 conduct and to look carefully at the actual defendants'

18 specific conduct.

19       And although rioters near to each other, such as

20 Ms. Hazelton and others in the tunnel, may have had a common

21 goal to get past the police lines, the lack of explicit

22 agreement between the rioters makes it hard to say that this

23 was really a jointly undertaken activity.

24       And if you look at the terms used in that guideline

25 provision defining what is relevant conduct, the terms are

jointly undertaken, plan, scheme, enterprise, in concert, plus
all of the illustrations in the application notes, it's
application note 4, seem to require more in the way of a
concrete agreement than existed here with a loose objective of
breaching a police line but no direct communication and
agreement between participants and particularly with respect to
any physical contact with the police.

So applying this definition to, therefore, apply the
enhancement at 2A2.4(b)(1) would, I think, again reach far too
many of the mob of rioters than is warranted.

And I will also say again the government generally has
not sought this special offense characteristic and enhancement
in similar settings to this.

Indeed, I asked Mr. Amore, and he was not able to cite
a case that didn't involve physical contact by the defendant
her or himself in which this enhancement has been sought and
applied, and I will not apply it here.

So we turn then to the guideline calculation.  As I
said, the base offense level is 10.  There are no special
offense characteristics that are being applied.  And,
therefore, the adjusted offense level is 10.  There is a
two-level decrease under section 3E1.1(a) for clear
demonstration of acceptance of responsibility, and that results
in a total offense level of 8.

Criminal history here is straightforward.  There are

1    no prior convictions, no criminal history points, and the

2    defendant is in the lowest criminal history category,

3    category 1.  Accordingly, the guideline range for imprisonment

4    based on a total offense level of 8 and a criminal history

5    category of 1 is 0 to 6 months.

6           So any objections to those conclusions as to

7    appropriate offense level, criminal history category, and

8    advisory guideline range under the sentencing guidelines,

9    Mr. Smith?

10          MR. SMITH:  No, Your Honor.

11          THE COURT:  And other than the arguments you have

12   already made, Mr. Amore, any objection from the government?

13          MR. AMORE:  No further objections, Your Honor.

14          THE COURT:  All right.  As I have said, the sentencing

15   guidelines are advisory, but they will be fully considered by

16   the Court along with all other relevant factors under Section

17   3553(a) as I determine the proper sentence.

18          Now I would like again to hear from counsel, first the

19   government and then the defense counsel.  And then if

20   Ms. Hazelton wishes to address the Court, I would be pleased to

21   hear from her as well.

22          We will start with you, Mr. Amore.

23          MR. AMORE:  Thank you, Your Honor.

24          As Your Honor is aware, obviously under the

25   government's -- I submit in the memo with the government's

understanding that the plus 3 enhancement should apply, the
government was seeking an 11-month sentence for the defendant
where the guideline range was 8 to 14 months.

Given Your Honor's decision here today, I'm not
applying that enhancement with a guidelines range of 0 to 6
months.  The government feels it's appropriate to still take
into account that activity that resulted in -- those words of
encouragement, which I will get into more detail here, but it's
for those reasons that the government then is seeking a
sentence of 6 months incarceration for the defendant.

First, and so turning to the 3553(a) factors and
looking at the seriousness of this offense, the defendant
traveled from the state of New Jersey to Washington, D.C. with
a group called the New Jersey Sons of Liberty.  The government
takes no issue with her association with the New Jersey Sons of
Liberty.  I did drop a footnote in my memo as to what it is
their website claims they stand for, but the defendant is
certainly free to associate with that group.

What the government does take notice, though, however,
is a photo that was posted and which is included in the
government's sentencing memo of the defendant with that group.

That group is seen in that photo wearing tactical
gloves, tactical vests, and carrying riot shields.  As the
defendant herself on that day was wearing tactical gloves and a
scarf with a skull on it, thus indicating that she and the

1  individuals she had traveled to Washington, D.C. with that day

2  had some expectation that there could be violence that day.

3        The defendant marched from the rally where they were

4  protesting the certification of the 2020 election to the

5  Capitol Building.  And as she approached and got closer to the

6  Capitol Building, she recorded her approach on her cell phone.

7        Those statements that are recorded on her cell phone

8  make clear that she was aware of the police presence at the

9  Capitol building and their efforts to contain the mob from

10  actually entering the building.

11        What's been submitted with the government's memo as

12  Exhibit 1 is the audio that's associated with the cell phone

13  video.

14        And in that audio you can hear the defendant saying,

15  They are tear-gassing everybody.  They are pepper-spraying us.

16  Move forward.  They can't stop us all.  Cannot stop hundreds of

17  thousands of us.

18        THE COURT:  Where is she when she says that?

19        MR. AMORE:  According to the video, she's probably

20  within a hundred yards of the Capitol building.  It's as she's

21  making her approach to the steps leading up to the lower west

22  terrace, Your Honor.

23        As I'm sure this Court is aware, and I am aware, I

24  know other defendants have argued that they were simply

25  following the crowd that day, that they didn't know what was up

1    ahead, they didn't know they were in a restricted area.  I

2    don't think the defendant here can make that argument.  It's

3    simply not true in this case.

4         In this case, the defendant was acting as a leader, a

5    leader that many other rioters followed.  And not only did they

6    follow her, but they went on to then clash with the police that

7    were in the lower west terrace, as we have already discussed.

8         At the very end of that audio, you can hear the

9    defendant's voice, We are storming the Capitol right now.  This

10   is battle.  This is it.  This is the battle.

11        Again, there's no sign here that the defendant simply

12   was following the crowd or got caught up with the wrong crowd

13   or was simply a less culpable trespasser into a restricted

14   area.  The defendant knew exactly what was up ahead and

15   continued to move forward, continued to approach that clash

16   with the police in the lower west terrace tunnel.

17        And as Your Honor, I'm sure, is aware, the lower west

18   terrace tunnel that day was one of the most violent sections of

19   the Capitol building on January 6.  Rioters initially

20   approached it at 2:41 p.m., and the defendant got there just

21   six minutes later, at approximately 2:47 p.m.

22        By that point rioters had already started to pack into

23   the tunnel which, again, was being defended by police in riot

24   gear holding riot shields.  Initially, the defendant was just

25   outside the tunnel waving more people in, but at 2:48, she

1    actually entered the tunnel herself and moved to the front of

2    the pack.

3             At that point, rioters were pushing up against the

4    officers.  Some of them were taking their shields, and some

5    were even assaulting the officers.

6             Just three minutes later, at 2:51, the defendant

7    backed out and had a chance to completely retreat after seeing

8    what was going on in the tunnel that day, but she didn't.  Just

9    one minute later, she went back in and moved to the front, all

10   while the other rioters in there continued their assaults.

11            As has been submitted as Government's Exhibit 5 with

12   the sentencing memo are additional videos from the defendant's

13   cell phone.  You can hear other rioters in those videos that

14   were close by to the defendant in the tunnel saying, Push them

15   back.  This is our house.

16            The defendant again exits again apparently coughing

17   from the chemical irritant that was being used by the police.

18            As she comes out, she again acknowledges, We are

19   storming the Capitol.  Just trying to hold the door.  Got to

20   leave this to the men.

21            What's been submitted as Government's Exhibit 6 is a

22   video, not from the defendant's phone, but taken by someone

23   else that was outside the Capitol, but it shows the defendant

24   and what she was doing when she was outside the lower west

25   terrace tunnel.

1          She's waving people in, asking for more people.  Keep

2     going.  Again, We need more men, more men.  And she herself

3     acknowledges, I gotta go back in.  That's after having already

4     been in there one or two times, seeing what's going on in

5     there, and being determined to go back in herself.

6          She said, We need more men.  Keep going.  Keep

7     pushing.  Men, we need men, not women.  And then she says, More

8     helmets.  Again, a call that the efforts that the rioters

9     were -- that she had observed at that point were not enough,

10    that they needed more people in there, more rioters,

11    specifically with helmets.

12         At that point more rioters do continue to pour in.

13    And as you can see in the video, some actually come out.  So

14    there were people who went in and decided to not continue to

15    pursue their efforts, but to come out.  As I mentioned, the

16    defendant herself goes in and out a couple of times, and even

17    after that first time could have decided to simply retreat for

18    the day, but did not.

19         Two and a half minutes later, she goes back -- I'm

20    sorry, she goes back in and she stays in for another two and a

21    half minutes.

22         In total, the defendant was in and out of the lower

23    west terrace tunnel from approximately 2:47 p.m. to 3:02 p.m.

24    for 15 minutes.  But as Your Honor is aware and as I put forth

25    in my memo, the battle, as she referred to it, would last at

1    the lower west terrace for another two hours, again, possibly

2    the most violent section of the Capitol building on January 6,

3    that day.

4         It was a battle that lasted two hours, but she was

5    there at the very beginning.  She made statements on Facebook

6    the very next day, on January 7.  She acknowledged that the

7    first shot has been fired of the revolution.  She again uses

8    the phrase battle.  It was quite a battle today.  Sad day for

9    America, but I'm glad I was there.

10        She also made several statements about police both pre

11   January 6 and post January 6.  On January 2, she stated on

12   Facebook, There are police that are not on our side, especially

13   in D.C.  We have to watch our backs, again, Your Honor, showing

14   the defendant's intent that she did not simply go to Washington

15   to simply participate in a protest.  She knew she was going

16   there to potentially be involved in violence that day.

17        On January 7, the day after, she recounted her version

18   of what she observed.  She says, We were at the door the whole

19   time.  All the police did was attack us.  They set us up and

20   distracted us.

21        So as I was going through this, I asked, well,

22   distracted from what.  And then I went back and looked at her

23   Facebook messages, specifically one from December 30 where she

24   received a Facebook message that said, You must make it to

25   Congress at all costs where voting is taking place.  There was

1    also part of that message suggesting that roads were being

2    blocked so that people couldn't drive into Washington, D.C.,

3    and so the defendant responded to that message that, We'll park

4    in a neighboring state and walk.

5            Between approximately January 14 and January 20, the

6    defendant took steps, and I won't go into them in detail here,

7    but they are in my memo.  She took steps to cover up the

8    evidence of her crime, which included taking photographs off

9    phone, suggesting they should be put on a hard drive, and

10   deleting messages.

11           Your Honor, based on that, the seriousness of that

12   offense, the nature of the offense, a custodial sentence of six

13   months is warranted in this case.

14           I did, in our earlier argument, I did talk about three

15   other cases.  And again, I won't get into them, Your Honor, but

16   I reference those cases particularly for the purposes of the

17   Court's interest in avoiding unwarranted sentencing

18   disparities.

19           In those cases, those defendants did plead to 231

20   charges.  Two of them received a year and a day.  And Robert

21   Fairchild received six months due in large part for his credit

22   for military service and the PTSD that he suffered from.

23           I know that the defendant is asking for a -- in his

24   memo asked for --

25           THE COURT:  All three of those defendants were subject

```
 1   to the 8- to 14-month guideline range --

 2              MR. AMORE:  Correct.

 3              THE COURT:  -- not to the 0 to 6 guideline range?

 4              MR. AMORE:  That's correct, Your Honor.

 5              With respect to the arguments in defense's memo for a

 6   variance, he first sets out a long list of 231 cases --

 7              THE COURT:  Did you say a variance?

 8              MR. AMORE:  Correct, Your Honor.

 9              THE COURT:  It's not a variance under the guideline

10   range as I have defined the guideline range.

11              MR. AMORE:  That's correct, Your Honor.  To the extent

12   that argument translates to either an argument for a

13   noncustodial sentence or a probationary sentence, the list of

14   those cases are a little bit misleading.

15              First, the first list that he provides where he

16   suggests these are 231 cases, yes, those cases involved 231,

17   but those cases also involved assault charges, 111 charges.  I

18   didn't go through every single one of them, but I went through

19   most of them.  And every time I came up with them, there were

20   additional charges, more so than just 231.

21              The second set of cases he provides --

22              THE COURT:  What's the importance of the fact that

23   there were more charges in those cases?

24              MR. AMORE:  Your Honor, I think what the defense's

25   argument was there is that -- essentially, I think he's arguing
```

that the defendant was overcharged in this case by facing a 231

charge.  He then in the far column of that list sets forth the

specific conduct that those defendants committed, which

included punching officers, pushing officers.  And that's not

what we have here.

So to the extent that the defense is using that list

to suggest there are comparisons between those cases and the

defendant's, it's just not comparable, Your Honor.

The second list he provides where he's showing that

other defendants, numerous defendants, have received

probationary sentences, those are all, as far as I could tell,

those were all parading cases, misdemeanor cases.  So, again, I

don't think that's a fair comparison to this case either where

the defendant, as we have laid out, committed a much more

serious offense.

With respect to the defendant's family situation and

her children's situation, her history of good deeds, the

government is not blind to that.  The government is sympathetic

to her situation.  Perhaps that's an argument for a mid- to

low-end sentence, but it certainly does not overcome the

seriousness of the offense that would warrant a noncustodial

sentence.

I did point to two other cases in my memo, U.S. v. Rau

and U.S. v. Heinl, where custodial sentences were given to

people with unique childcare cases, and in those cases, those

1    people were convicted of misdemeanors, not a felony, as is the

2    case here.

3            Just a couple more points, Your Honor, in rebuttal to

4    some of the points in the defense's memo.

5            I know the defense points out that the defendant is

6    remorseful, that she didn't actually commit an assault on

7    anyone, and that she didn't actually destroy any property, so I

8    just want to address each of those.

9            It is easy to be remorseful, Your Honor, when you are

10   facing a prison sentence.  I do expect her to be remorseful

11   here in court today.  I will say that she has been cooperative

12   with the government.  She did participate in her interview with

13   the government pursuant to the terms of her plea agreement.

14   And she has been respectful to the government.  But, again,

15   that's all easy to do when you are facing a term of

16   incarceration.

17           Her remorse was not apparent after January 6.  She

18   celebrated her conduct.  She believed it to be the first shot

19   of a revolution, and additionally, she blamed the police for

20   what happened.

21           The defense memo makes a point of saying that she

22   didn't assault anyone or destroy any property, and certainly

23   that's true.  But if she had, she would be facing much more

24   serious charges.  It's why we are here today for a sentencing

25   on a conviction of a 231 and not a 111 or anything else.

1          The defense memo references that she had no perceived

2     plan to riot.  I find that hard to believe.  Again, showing up

3     in tactical gloves with other individuals wearing tactical

4     vests and carrying shields, responding to a message from one of

5     her friends on Facebook that they must make it to Congress at

6     all costs to stop the vote, her response to that saying we have

7     to watch our backs, that police are not on our side, and again

8     referring to it as a battle even before she got there that

9     day -- or even before she got to the entrance.

10         The defense's memo suggests that the crowd turned into

11    a mob which then led to a riot, and I simply, based on the

12    evidence, the exhibits, the defendant helped that process.  She

13    was part of a crowd that assisted that crowd turning into a

14    riotous mob.

15         Lastly, he points out, the defense counsel points out

16    the defendant has no history of political extremism.  And,

17    frankly, Your Honor, I think you could put, as in all cases,

18    politics should be put aside, but even looking at this case in

19    a vacuum, her conduct is serious enough to warrant a custodial

20    sentence.

21         I have done numerous of these sentencings now, and I'm

22    sure Your Honor has heard them.  Oftentimes I spend a

23    significant amount of time talking about the importance of

24    January 6 and the vote in Congress.  And in this case, that's

25    not really even necessary for me to do.

 1            Certainly that is the context that she committed her

 2    crime.  But even looking at her crime here in a vacuum, that if

 3    it was a nonpolitical protest where there was a police presence

 4    and she carried herself the way she did, committed her act the

 5    way she did, that would be conduct serious enough to warrant a

 6    custodial sentence, interfering with police and encouraging

 7    others to do violence on her behalf.

 8            And for those reasons, the government seeks a sentence

 9    of 6 months' incarceration, three years of supervised release,

10    and $2,000 in restitution.

11            Subject to any questions, Your Honor, that's all I

12    have.

13            THE COURT:  Thank you, Mr. Amore.

14            MR. AMORE:  Thank you.

15            THE COURT:  Mr. Smith.

16            MR. SMITH:  Your Honor, we would just like to focus

17    the Court on two factors here.  On the chart we gave the Court

18    on Section 231(a)(3) charges in other cases, Mr. Amore notes

19    that those cases don't only feature that charge, but also

20    assault charges.  The point that we are trying to make, though,

21    is that that offense, 231, is typically charged in these cases

22    with an assault and that there don't appear to be any other 231

23    cases where the defense -- the criminal conduct is speech and

24    presence alone.

25            That chart we gave Your Honor is not exhaustive

1    because, to be honest, I compiled that about four or five

2    months ago, maybe a little bit longer than that, so it's not

3    completely up to date.  But at that point in time, when we

4    reviewed what we thought were all, every single 231 charging

5    decision, they all featured an act of violence.

6         Whether they were also -- that charge also was

7    accompanied by an assault charge is beside the point.  It still

8    makes Ms. Hazelton's charge unique.  And that is certainly a

9    nature and characteristic of the offense that should be taken

10   into account, both on its own in 355 -- in 3553(a)(1) and as an

11   unwarranted sentence disparity issue.

12        The sentences under 231 that involve pushing police

13   officers, pulling down fences, are more severe, the conduct is

14   more severe than the speech we have here, blameworthy though it

15   is.  And so we think that that chart is very significant.

16        The six-month request that the government is asking

17   for of incarceration here, Your Honor can find cases where

18   three months, two months, less than that amount of time has

19   been imposed in a 231 case involving direct physical contact by

20   the defendant.

21        But, Your Honor, what we really want to focus the

22   Court on is Ms. Hazelton's children here.  And we appreciate

23   that there's a guideline policy statement that says the Court

24   should ordinarily not take family circumstances into account

25   for departure reasons.  But for variance reasons, this is

1    critically important.

2            I should have offered in my sentencing memo to have

3    Jeff, Ms. Hazelton's husband, speak.  He's in the courtroom

4    today.  What I ordinarily would have done would have him submit

5    an affidavit swearing that it is true that if he were to assume

6    Ms. Hazelton's responsibilities if she were given a term of

7    incarceration, he would likely lose his job.  The family would

8    have difficulty making mortgage payments on their home.  The

9    nature of his job is such that he can't take off for months at

10   a time.

11           And if Your Honor would like to hear from

12   Mr. Hazelton, I can ask him to come up, and he can explain

13   better than I can why his work doesn't jibe with assuming

14   Ms. Hazelton's responsibilities for caregiving.

15           THE COURT:  I'm prepared to accept the representations

16   made in the memorandum you submitted and in his letter with

17   respect to his job responsibilities and how difficult it would

18   be, certainly for a long period of time, to have the

19   responsibilities for the two children be solely his.

20           MR. SMITH:  And I think, Your Honor, that Mr. Amore

21   pointed out a case, a misdemeanor case, where the caregiving

22   issue did not yield a sentence that did not involve

23   incarceration.  But these are special needs children, and I

24   think that is something that is an important distinguishing

25   factor in this case.

 1          These are children that need a lot of attention and

 2   special care.  One of them has autism, and another has a

 3   condition that's very similar to autism.  And there's just no

 4   one else except for Ms. Hazelton.  And it's certainly not any

 5   kind of excuse for her conduct or anything.  It's just the hard

 6   reality of the situation.

 7          Then finally, Your Honor, on remorse, you are going to

 8   hear from Ms. Hazelton herself.  And I won't put words in her

 9   mouth there.  So unless there's any other questions...

10          THE COURT:  Thank you, Mr. Smith.  And if Ms. Hazelton

11   would like to say something, now is the time.  I will be happy

12   to hear from her.

13          THE DEFENDANT:  Your Honor, I stand before this Court

14   a humiliated and broken woman with deep remorse for my actions.

15   I spent a lot of time teaching my children that we must respect

16   authority and obey the law.  And in this instance, Your Honor,

17   I failed.

18          On January 6, 2021, I made a terrible choice.  I

19   interfered with law enforcement officers as they carried out

20   their duties at the United States Capitol.  I am very sorry

21   that my behavior contributed to a dangerous situation on that

22   terrible day.  I fully understand the gravity of the crime I

23   committed.  I take full responsibility for my inexcusable

24   actions.  I deeply regret my reckless behavior and will accept

25   my punishment with humility.

1          To everyone I harmed and disappointed, I apologize.

2     In the immediate aftermath, I didn't fully understand the

3     magnitude of my errors.  Since then I spent many hours

4     reflecting on how I got here and where I went wrong.  I am

5     embarrassed to be before this Court today as a result of my bad

6     decisions.  Had I followed the law, I would not be here as a

7     convicted felon.

8          My actions on January 6 did not reflect my true nature

9     or my values.  My immigrant grandmother raised me to work hard,

10    love my country, and treat other people with kindness.  We

11    overcame significant challenges to build a humble life in

12    Trenton, New Jersey.  I worked multiple jobs in high school to

13    help support my family while earning excellent grades in

14    school.

15         Growing up in a blighted and depressed area, I

16    survived moments of violence and volatility but never resorted

17    to drugs or alcohol but, instead, was determined to go forward

18    and make the world a better place.

19         When I became a young mother, I devoted my life to

20    being the best possible parent.  I worked hard to provide my

21    daughter with a secure home and an excellent education, and we

22    built a good life for ourselves.

23         In recent years, my focus shifted to advocating for my

24    two sons who were diagnosed with different autism spectrum

25    disorders.  I became a community organizer helping parents find

1  resources they needed to support their special needs children.

2       Over the years, I helped plan numerous peaceful

3  demonstrations in New Jersey.  I worked closely with the police

4  and honored them at every rally for doing such an important

5  job.  My community and I were always grateful for the police.

6  And it breaks my heart to know that law enforcement officers

7  were injured and traumatized on January 6, 2021.

8       I am very sorry that I approached the United States

9  Capitol on that awful day.  I expected a peaceful rally similar

10 to those I had attended in New Jersey, but that's not what

11 unfolded.  I should have turned back as soon as I sensed the

12 conflict, but I got caught up in the chaos and I engaged in

13 unacceptable behavior.

14      I interfered with law enforcement officers as they did

15 their job to defend the Capitol.  The more I learned about the

16 harm done that day, the more ashamed I felt about my actions.

17 My poor choices had painful repercussions for my husband, my

18 children, and my activist community.  Over time, I came to

19 grips with what really transpired on January 6 and how my

20 actions affected other people.

21      For the past few years, I have devoted all my time to

22 my children and my husband while I work to make amends for

23 breaking the law on January 6, 2021.  I look forward to finding

24 peace and new purpose in the years ahead, and I intend to share

25 the hard lessons I learned during this legal process.

1          There is no justification for illegal conduct even in

2     a moment of political passion.  In this case, I disappointed my

3     family, my community, who depend on me to stay out of trouble.

4     When this period of reckoning and reflection is over, I will

5     look for additional ways to make positive contributions to my

6     community and my country.

7          I am devastated by my actions severely and negatively

8     affect -- my actions severely and negatively affected my sons

9     and possibly caused irreparable damage and regression after all

10    the progress we have made over the years.  This hardship that I

11    have created for my children is traumatic for my family.

12         I am currently working on my release plan, which

13    includes finding a way to care for my children, preparing for

14    my return to society, and preserving my family relationships.

15         Your Honor, I should have used better judgment and

16    stayed away from the Capitol building on January 6, 2021.  I

17    deeply regret interfering with law enforcement officers doing

18    their job, defending the joint session of Congress.  I

19    understand that my conduct was criminal, and I am fully

20    responsible for my actions.

21         I stand before you today ready to accept

22    accountability and judgment.  I thank you for considering all

23    that I have offered through my statement.  If you find me

24    worthy, I humbly request your mercy.

25              THE COURT:  Thank you.  All right.  I think we will

1    start by noting that I have received lengthy sentencing

2    memoranda from both the government and the defense, and they

3    have been very helpful.  A packet of letters on behalf of the

4    defendant, I have read those carefully and considered them

5    fully.  The presentence investigation report that I also have

6    studied closely.  And, of course, the arguments and comments

7    that have been made here today.  And that's all very

8    informative and helpful as I determine the appropriate sentence

9    in this case.

10          A couple of preliminary things.  First, with respect

11    to restitution, there is a restitution issue here.  There was

12    significant damage to the Capitol and the Capitol grounds.  It

13    exceeds, I believe, $2 million by this point.  And there has

14    been an agreement by the government and the defendant that

15    restitution should be ordered in this case, as is required

16    under the relevant statutes, and should be ordered in the

17    amount of $2,000.  And so that will be part of the judgment and

18    sentence here today.

19          In light of that restitution, I will not be imposing

20    an additional monetary penalty in the form of a fine.  I have

21    concluded that no fine is warranted in addition to that

22    restitution.

23          So now I am going to indicate the sentence to be

24    imposed.  I will only go through it one time, but I will at the

25    end ask counsel or give counsel an opportunity to make any

 1    legal objections before I formally impose the sentence.  But I
 2    don't intend to go through it a second time.  And when I give
 3    the sentence, I ask that the defendant and her counsel come up
 4    to the lectern for this.
 5            So we have heard in many different courtrooms in this
 6    courthouse the description of the events of January 6 and how
 7    serious the offenses on January 6 were.  And they run the gamut
 8    in terms of seriousness.  There's no question about that.
 9            But the events of January 6, the riot that occurred,
10    was a threat to and an assault on our democratic values and
11    institutions, and it was an attempt to frustrate what is a
12    pinnacle of our democratic system, and that is the peaceful
13    transition of presidential authority and power.
14            The defendant participated in that mob effort that
15    resulted in deaths, injuries, significant damages, and quite
16    frankly, a black stain on the history of this country.
17            Her conduct was not as serious as that of others, but
18    it was nonetheless serious enough to warrant the criminal
19    indictment and the plea to a felony offense.
20            She arrived at the Capitol at about 2:45, approaching
21    the west front of the Capitol.  She did make some statements at
22    that time that included statements of:  Moving forward.  They
23    can't stop us all.  We are storming the Capitol.  This is
24    battle.
25            And then a few minutes later, at 2:47, she approached

1    the lower west terrace tunnel.  She turned toward the rioters

2    outside the Capitol building and waved to some of them

3    encouraging more rioters to move into that entrance at the

4    lower west terrace.

5            A minute later, at 2:48, she entered the tunnel while

6    chanting was going on and moved towards the front of the crowd

7    that was confronting MPD officers.

8            For the next few minutes, she was there near the front

9    of the mob of rioters who were continuing to push against MPD

10   officers.

11           At 2:51, she backed away from that, from the front of

12   the throng, and then a minute later, she moved towards the

13   front of the crowd to confront MPD officers.  And for the next

14   four minutes she was in the front of that crowd.  And other

15   rioters did retreat out of the tunnel, but she did not.

16           At 2:57, she began to retreat and move backwards and

17   then exited by 3:02 p.m.

18           She did, once she was outside of the tunnel, say such

19   things as:  We need more men.  Keep going.  Keep pushing, men.

20   We need men, not women.  More helmets.

21           And then sometime later, at 3:09, she reentered the

22   entrance to the lower west terrace and was there for another

23   minute or two.  And even after that, she joined some rioters

24   who were pushing back into the tunnel and going forward towards

25   the MPD officers holding the line.

1          And then at approximately 3:14, for the last time, she

2     exited the tunnel area.

3          There are some text messages that she sent that are a

4     little bit troublesome including saying, and I quote, The first

5     shot has been fired of our revolution.

6          And that pretty much is the sum total of her conduct

7     on January 6.

8          She has no prior criminal conduct.  She has broad

9     community support, strong family support, and obviously has

10    some pretty acute family responsibilities with her two sons as

11    their mother and primary care giver and as part of the

12    home-schooling effort and responsibility that they require.

13         She had a difficult upbringing.  There's no ignoring

14    that.  And she has, also no ignoring it, accepted fully

15    responsibility for her actions and, as demonstrated here today,

16    has indicated what I find to be a sincere remorse for her

17    conduct.

18         So where are we?  Well, the sentencing guidelines, as

19    I have determined, would say a 0- to 6-month sentence is

20    appropriate.  That's what the sentencing guidelines call for.

21    The probation office on the basis of a higher guideline

22    calculation is recommending a sentence of 12 months and one

23    day.  I'm not sure they would recommend that based on the

24    guideline calculation that I have made.

25         The government, although initially making an 11-month

1    incarceration request, now based on my guideline calculation is

2    requesting 6 months.

3         The defense is asking for no period of incarceration,

4    instead, a period of probation with three months of home

5    detention as part of that probationary period.

6         I find that Ms. Hazelton was an active participant who

7    was strongly encouraging a breach of the police line in the

8    tunnel at the west terrace, and that was, as the government has

9    noted, an important area of police and demonstrator or rioter

10   confrontation, an area of some violence, quite frankly.

11        She did not enter the Capitol.  She did not personally

12   engage in any kind of assaults or property damage.  And her

13   posts, while on one or two occasions are a little troublesome,

14   they are pretty minimal compared to the posts of some others.

15   She had no physical contact herself with any police officers

16   and not even any attempts to remove bike racks or to lend her

17   weight to push against the line of officers.  There's no

18   evidence of that.  The videos do not show her doing that.

19        Her conduct is more serious than the conduct of many

20   others.  It's more serious than simply being there or even

21   walking into the Capitol for a brief period of time, but it's

22   less serious than most of the January 6 felony convictions.

23   And she has been convicted of a felony offense here in

24   violation of Title 18 of the U.S. Code, Section 231(a)(3).

25        So I have concluded that a sentence of 10 days of

incarceration is appropriate in this case.  I think that is
something that, for deterrence purposes, given the nature of
her activity, is warranted.  It is something that takes into
account her home, family circumstances, something that I would
venture is easier to manage than a longer sentence in months.

        And along with that, the sentence will include 24
months of supervised release with three months of home
detention, $2,000 in restitution, and a $100 special
assessment.

        Now, reviewing that sentence in light of section
3553(a), I believe that that sentence is sufficient but not
greater than necessary to comply with the various factors set
out in 3553(a), both in terms of the nature and circumstances
of the offense and the characteristics of this defendant and
her circumstances, particularly her lack of any criminal
history, her sincere remorse, and her family situation and
responsibilities at home.

        I believe that sentence does reflect the seriousness
of the offense and will promote respect for the law, and
perhaps most importantly, the short period of incarceration
does nonetheless help to afford adequate deterrence to criminal
conduct both specifically as to this defendant, but more
importantly perhaps generally as to others.

        Lastly, I think we have to look at this sentence in
light of the need to avoid unwarranted sentence disparities

1  among defendants with similar records who have been found

2  guilty of similar conduct.  That assessment involves, in my

3  judgment, looking at two sets of cases.  One set of cases is

4  that which the government has put forward, three cases.

5        In each of those cases, the guideline range was 8 to

6  14 months.  A plea was entered to Section 231(a)(3).  And the

7  Court applied the three-level physical conduct enhancement,

8  which has not been done here.  And those cases involved more

9  serious conduct.

10        The first case, Nolan Cooke, who wound up with a

11  sentence of 12 months and one day, he was involved in numerous

12  confrontations with the police.  He was yelling.  He was

13  shoving.  He pushed against the bike racks used to block off

14  the restricted area, and he later pushed the bike racks

15  themselves towards the officers and pushed on an officer's riot

16  shield and shoved past the officers and barricades.

17        The second of those cases, the Romero case, which is

18  21-677 -- and the Cooke case was 22-52.

19        Romero also received a sentence of 12 months and a

20  day, but he too engaged in more serious conduct by leading a

21  group that forcibly pushed through a makeshift police

22  barricade, he grabbed the edge of an officer's riot shield, he

23  went into the Capitol, entered a senator's office, and later

24  joined a group of rioters outside trying to gain entrance to

25  the building again.  And he wore riot gear and recorded videos

1    of violent altercations.

2         And then lastly, the case of Robert Fairchild, 21-551,

3    a case in which a plea was entered to 281(a)(3), but the

4    three-level physical contact enhancement was applied and a

5    guideline range of 8 to 14 months was applied.  But he took

6    place in more serious conduct by dragging multiple barriers

7    back from the front line and into the crowd and pushing against

8    multiple police officers.

9         So I don't think those are a fair comparison that the

10   government had offered.

11        On the other hand, there are a lot of cases that the

12   defense has noted, but I am only going to talk briefly about

13   five of them.

14        Each of those cases involved a plea to 231(a)(3).  In

15   none of those cases was the three-level physical contact

16   enhancement applied, so each of those cases, like this one,

17   involved a 0- to 6-month guideline range.

18        In the first case of Daryl Johnson, he received a

19   sentence of 30 days' imprisonment.  The government had asked

20   for three months.  His conduct was more severe than

21   Ms. Hazelton's.  He climbed through a smashed-out window into

22   the Capitol.  He joined rioters rushing and shoving aside

23   several Capitol Police officers, joined a group pushing again

24   the police officers, and had several very serious social media

25   posts.  That was 21-407.

1          The next case of Derrick Evans, 21-337, like all these

2     cases, was a 0- to 6-month guideline range on a plea to a

3     231(a)(3) violation without the application of the three-level

4     physical contact enhancement.  He received three months of

5     imprisonment, the government having asked for three months.

6     And his conduct was cheering the advancement of patriots

7     against the police, yelling for rioters to take the Capitol.

8     He was part of a crowd that pushed against the police near the

9     rotunda door on the east terrace and yelled move, move, move.

10    And he had some serious social media posts as well.

11         Christian Cortez, case 21-317, four months of

12    imprisonment were imposed.  That's what the government asked

13    for.  He saw violent clashes.  He joined a pack of rioters

14    facing off with the police.  He engaged in chants and taunted

15    the officers.  He yelled, Hold our positions, yelled at the

16    police, and he was generally far more aggressive towards the

17    police and was involved in numerous confrontations.

18         Kenneth Grayson, at 21-224, received two months of

19    incarceration, the government having asked for three months.

20    He had extreme social media posts.  He joined a group that was

21    surgery forward towards officer protecting the archway that led

22    to Chairman Pelosi's office suite and rejoined a group pushing

23    towards the officers later.

24         And the last case of Erica Gerwatowski, that's

25    G-E-R-W-A-T-O-W-S-K-I, case 22-125, he received only 24 months

1    of probation, the government having asked for three months'

2    incarceration.  He pulled open a door which had been shut and

3    allowed other rioters to enter the Capitol.  He yelled let's go

4    and directed the riots inside the door, went inside the

5    Capitol, but only for a very brief time.

6         So all of those cases were slightly or significantly

7    more serious than Ms. Hazelton's.  And the sentence involved

8    only limited periods of imprisonment of four months or less all

9    the way down to a probationary sentence.

10        And I think that under (a)(6), the sentence that I am

11   imposing of 10 days of incarceration for less serious conduct

12   is certainly consistent with those cases, and the government's

13   cases that it mentioned are really of a different nature

14   altogether.

15        So I note again Ms. Hazelton's community support and

16   family support, her remorse, her responsibility for her

17   children, the fact that she engaged in no violent or

18   destructive activity, and all of that leads the Court to impose

19   a sentence that only involves a minimal period of incarceration

20   for deterrence purposes, among other things.

21        And now I am going to read the sentence that the Court

22   is imposing based on the rationale that I have just provided.

23        Excuse me, I have a lot of paper before me.

24        Pursuant to the Sentencing Reform Act of 1984 and in

25   consideration of the provisions of 18 U.S.C., Section 3553, as

1    well as the advisory sentencing guidelines, it is the judgment

2    of the Court that you, Stephanie Hazelton, also known as Ayla

3    Wolf, are hereby committed to the custody of the Bureau of

4    Prisons for a term of 10 days as to Count 2.

5            You are further sentenced to serve a 24-month, that is

6    a two-year, period of supervised release as to Count 2.

7            In addition, you are ordered to pay a special

8    assessment of $100 in accordance with Title 18 of the U.S.

9    Code, Section 3013.

10           While on supervision, you shall abide by the following

11   mandatory conditions as well as all discretionary conditions

12   recommended by the probation office in part D, the sentencing

13   options of the presentence report, which are imposed to

14   establish the basic expectations for your conduct while on

15   supervision.

16           The mandatory conditions include that you must not

17   commit another federal, state, or local crime.  You must not --

18   excuse me for a second.

19           John, we have a 4:00.

20           THE COURTROOM DEPUTY:  I just sent an email.

21           THE COURT:  I just wanted to make sure you were on top

22   of it.

23           The mandatory conditions include that you must not

24   commit another federal, state, or local crime.  You must not

25   unlawfully possess a controlled substance.  You must refrain

from any unlawful use of a controlled substance.  You must

submit to one drug test within 15 days of placement on

supervision and at least two periodic drug tests thereafter as

determined by the Court.  You must cooperated in the collection

of DNA as directed by the probation officer, and you must make

restitution in accordance with Title 18 of the U.S. Code,

Sections 3663 and 3663(A) or any other statute authorizing a

sentence of restitution.

You shall comply with the following special

conditions:

You must participate in the location monitoring

program for a period of 90 days and shall abide by all

technology requirements.

As determined by the probation officer, you may be

required to maintain a telephone at your place of residence

without any service that would interfere with the operation of

the location monitoring equipment for this period.

At the discretion of the probation officer, unless

otherwise ordered by the Court, you may be required to wear a

location monitoring device that may include global positioning

system and/or random tracking.  You must follow the location

monitoring procedures specified by the probation office.

You are restricted to your residence at all times

except for employment, education, religious services, medical,

substance abuse, or mental health treatment, attorney visits,

```
 1   court appearances, court-ordered obligations, or other
 2   activities as preapproved by the officer.  And I would include
 3   in those other activities, in all likelihood, your
 4   responsibilities with respect to your children.
 5           You are ordered to make restitution to the Architect
 6   of the Capitol in the amount of $2,000.  The Court determined
 7   that you do not have the ability to pay interest and,
 8   therefore, waives any interest or penalties that may accrue on
 9   the balance.
10           You must pay the financial penalty in accordance with
11   the scheduled payments sheet of the judgment.  You must also
12   notify the Court of any changes in economic circumstances that
13   might affect the ability to pay this financial penalty.
14           Having assessed your ability to pay, payment of the
15   total criminal monetary penalties is due as follows:
16           Payment in equal monthly installments of $100 a month
17   over a period of 20 months to commence after the date of this
18   judgment.
19           You must provide the probation officer access to any
20   requested financial information and authorize the release of
21   any financial information.  The probation office may share
22   financial information with the U.S. Attorney's Office.
23           You must not incur new credit charges or open
24   additional lines of credit without the approval of the
25   probation office.
```

1          You must submit to substance abuse testing to

2    determine if you have used a prohibited substance.  You must

3    not attempt to obstruct or tamper with the testing methods.

4          Within 45 days of release from incarceration, you will

5    appear before the Court for a reentry progress hearing.  The

6    United States Probation Office in the district that you are

7    supervised in will submit a progress report to the Court within

8    30 days of the commencement of supervision.  And when I receive

9    the progress report, I will determine if any appearance is

10   required.

11         The Court finds that you do not have the ability to

12   pay a fine and, therefore, waives imposition of a fine in this

13   case.

14         Restitution payments shall be made to the Clerk of the

15   Court for the United States District Court, District of

16   Columbia, for disbursement to the following victim:  And that

17   is the Architect of the Capitol at the address here in

18   Washington in the amount of $2,000.

19         The financial obligations are immediately payable to

20   the Clerk of the Court for the U.S. District Court at 333

21   Constitution Avenue Northwest, Washington, D.C. 20001.

22         Within 30 days of any change of address, you shall

23   notify the clerk of the court of the change until such time as

24   the financial obligation is paid in full.

25         The probation office shall release the presentence

investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence in order to execute the sentence of the court.

Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

Now, you were convicted, Ms. Hazelton, by a plea of guilty. You can appeal your conviction if you believe that your guilty plea was somehow unlawful or involuntary or if there is some other fundamental defect in the proceedings that was not waived by your guilty plea. You also have a statutory right to appeal your sentence under certain circumstances, particularly if you think the sentence is contrary to law.

However, a defendant may waive those rights as part of a plea agreement, and you have entered into a plea agreement which waives some or all of your rights to appeal both the conviction and the sentence itself.

Such waivers are generally enforceable, but if you believe the waiver is unenforceable, you can present that theory to the appellate court.

You have the right to appeal -- to apply for leave to appeal in forma pauperis. And if you so request and qualify, and that basically means free of costs, the Clerk of the Court would prepare and file a notice of appeal on your behalf. But

1    I note that you have extremely able counsel, who's representing

2    you here today, who presumably would assist you in that process

3    if you wish to follow it.

4              With few exceptions, any notice of appeal must be

5    filed within 14 days of the entry of judgment.  And I expect

6    that judgment will be entered perhaps today, more likely

7    perhaps tomorrow, but as soon as we can get the paperwork done.

8              So at this point, let me ask counsel if they know of

9    any reason other than the reasons that have already been stated

10    and argued why the sentence should not be imposed as I have

11    just stated.

12              Mr. Amore?

13              MR. AMORE:  No, Your Honor.

14              THE COURT:  Mr. Smith?

15              MR. SMITH:  No, Your Honor.

16              If this is an appropriate opportunity for the Court,

17    we would just like to make a facility request for Ms. Hazelton,

18    but we can get to that later, Your Honor.

19              THE COURT:  That's the next thing I am going to ask

20    you.

21              First, however, let me ask the government if you have

22    something to do with respect to other counts in the superseding

23    indictment.

24              MR. AMORE:  Yes, Your Honor.  The government asks that

25    the Court dismiss the remaining counts of the indictment other

1    than Count 2, which she has been convicted of.

2         THE COURT:  I will do so.  Those other counts are

3    dismissed.

4         Now with respect to the sentence, is there any

5    request -- I guess one request would be place of incarceration.

6    Another request might be whether the supervision should be

7    transferred to a different district.  And I will ask the

8    probation office that question as well.  But Mr. Smith.

9         MR. SMITH:  Thank you, Your Honor.  On the facility,

10   Your Honor knows that there are only a handful of minimum

11   facilities that allow women to do their time there.

12        So Your Honor knows that there's a point system in BOP

13   for whether one qualifies for minimum.  Setting that aside,

14   assuming that she would, we would make a request for Danbury,

15   the minimum security facility at Danbury, in Connecticut, which

16   is the closest one to her residence.  But we understand Your

17   Honor is not going to decide the question of whether she

18   qualifies.

19        THE COURT:  I can make that recommendation.

20        Is it possible -- and probation can probably weigh in

21   on this.

22        Is it not possible that the Bureau of Prisons might

23   arrange for this very short sentence to be served close to her

24   residence even if it's not in a federal facility because it's

25   for such a short period of time?  If she were here in D.C., it

1    would be served locally.

2        THE PROBATION OFFICER:  It would depend, Your Honor,

3    if the BOP has a contract with the local facility.  We have

4    been advised by the BOP that the Court make a recommendation

5    for her to serve the sentence at a local facility, and then

6    again, it is just a recommendation, but if they could

7    accommodate that, then they would.

8        THE COURT:  I assume, Mr. Smith, that you and

9    Ms. Hazelton would be comfortable with my making that

10   recommendation in addition to the Danbury recommendation, which

11   would enable her to serve this sentence actually close to where

12   she lives, if there is a contract that exists with such a

13   facility.

14       MR. SMITH:  Your Honor, I think we are okay with that,

15   but Ms. Hazelton is concerned that the facility in New Jersey

16   might be medium or -- a medium security facility.

17       THE COURT:  It's likely to be a local facility.  It's

18   much more a holding facility than it is anything else, in all

19   likelihood.  Why don't I do this.  Why don't I make the

20   recommendation for Danbury or if there is an appropriate local

21   facility that BOP has an arrangement with?

22       MR. SMITH:  Yes, Your Honor.  Thank you.

23       THE COURT:  With that, with those recommendations that

24   the Court will include, I order that the sentence is imposed as

25   I have just stated it.

1          And for me, that would leave only one remaining issue,

2    and that is the question of whether I should order that

3    Ms. Hazelton report for service of sentence in the future.

4          Does the government have any position on that?

5          MR. AMORE:  We do not, Your Honor.

6          THE COURT:  You don't have any position?

7          MR. AMORE:  The government -- we are not asking that

8    she be detained immediately.

9          THE COURT:  All right.  And I assume that that's your

10   request as well, Mr. Smith?

11         MR. SMITH:  Yes, Your Honor.  And Ms. Hazelton just

12   notes to me now that her children are starting school in

13   September, so she would ask for a surrender date in September

14   if that's possible.

15         THE COURT:  I can put in the judgment and commitment

16   that the surrender date be in September.

17         MR. SMITH:  Thank you, Your Honor.  Thank you very

18   much.

19         THE COURT:  All right.  And we will do that.

20         In the meantime, Ms. Hazelton, you are under the same

21   conditions that you have been under.  You need to continue to

22   comply with those conditions, as you have done.  And as I have

23   said before, a failure to comply could subject you to serious

24   consequences.

25         Also, you need to bear in mind that a failure to

```
 1  report once you are given a report date could subject you to
 2  independent consequences.
 3        And lastly, if you were to commit a crime, and I'm not
 4  saying you would, but if you were to commit a crime while on
 5  release under these conditions, you could be subject to more
 6  serious penalties for that crime than you otherwise would face.
 7        With that, I think we have covered everything that we
 8  need to cover, and this proceeding is complete.
 9        MR. SMITH:  Thank you very much, Your Honor.
10        THE PROBATION OFFICER:  Your Honor, I just wanted to
11  clarify.  The home detention, is the cost of the program
12  waived, or did the Court wish to have her pay for the --
13        THE COURT:  No, the cost is waived.
14        THE PROBATION OFFICER:  Okay.  Thank you, Your Honor.
15        THE COURT:  All right.  With that, thank you all very
16  much.
17        MR. AMORE:  Thank you, Your Honor.
18        THE COURT:  Ms. Hazelton, you have some obligations to
19  complete, but the biggest obligation you have is to return to
20  society, as you have said, as a law-abiding member of society
21  with the support of your community and family and with your
22  significant responsibilities to your family, and I wish you
23  well in that.
24        THE DEFENDANT:  Thank you, Your Honor.  Thank you.
25        (The hearing concluded at 4:12 p.m.)
```

```
 1                              -  -  -

 2                    C E R T I F I C A T E

 3

 4          I hereby certify that the foregoing is an

 5   accurate transcription of the proceedings in the

 6   above-entitled matter.

 7

 8

 9   6/13/23              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
10                        Official Court Reporter
                          333 Constitution Avenue NW
11                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MR. AMORE: [25]
2/11 3/9 6/2 6/6 6/8
9/1 9/14 10/10 10/15
11/4 11/11 24/13
24/23 26/19 32/2 32/4
32/8 32/11 32/24
36/14 58/13 58/24
61/5 61/7 62/17
MR. SMITH: [24] 2/14
3/3 12/6 12/11 13/12
13/18 15/17 16/3 17/2
17/17 18/5 18/18
18/22 19/18 24/10
36/16 38/20 58/15
59/9 60/14 60/22
61/1 61/17 62/9
THE COURT: [55] 2/2
2/13 2/16 3/7 3/11 6/3
6/7 8/15 9/12 9/20
10/12 10/22 11/8
11/16 12/4 12/9 13/6
13/14 15/12 15/22
16/9 17/11 17/25
18/16 18/19 19/17
19/19 24/11 24/14
26/18 31/25 32/3 32/7
32/9 32/22 36/13
36/15 38/15 39/10
42/25 53/21 58/14
58/19 59/2 59/19 60/8
60/17 60/23 61/6 61/9
61/15 61/19 62/13
62/15 62/18
THE COURTROOM
DEPUTY: [1] 53/20
THE DEFENDANT: [2]
39/13 62/24
THE PROBATION
OFFICER: [4] 12/2
60/2 62/10 62/14

$

$100 [3] 48/8 53/8
55/16
$2 [1] 43/13
$2 million [1] 43/13
$2,000 [5] 36/10 43/17
48/8 55/6 56/18

0

00030 [1] 1/3
07102 [1] 1/13

1

10 [6] 4/20 23/19
23/21 47/25 52/11
53/4
10010 [1] 1/18
11-month [2] 25/2
46/25
111 [3] 9/6 32/17
34/25
1123 [1] 1/17
12 [3] 46/22 49/11
49/19
125 [1] 51/25
14 [5] 25/3 31/5 49/6
50/5 58/5

15 [2] 29/24 54/2
18 [7] 4/9 4/14 4/19
47/24 52/25 53/8 54/6
1984 [2] 3/16 52/24
1B1.3 [5] 7/14 7/21
15/14 16/10 22/9

2

2.4 [1] 16/10
20 [2] 31/5 55/17
20001 [3] 1/22 56/21
63/11
2020 [1] 26/4
2021 [5] 4/7 39/18
41/7 41/23 42/16
2023 [1] 1/5
21-00030 [1] 1/3
21-224 [1] 51/18
21-317 [1] 51/11
21-337 [1] 51/1
21-407 [1] 50/25
21-551 [1] 50/2
21-677 [1] 49/18
22-125 [1] 51/25
22-52 [1] 49/18
224 [1] 51/18
23 [1] 63/9
231 [24] 4/15 4/20
8/23 9/3 9/5 9/21 10/8
31/19 32/6 32/16
32/16 32/20 33/1
34/25 36/18 36/21
36/22 37/4 37/12
37/19 47/24 49/6
50/14 51/3
24 [2] 48/6 51/25
24-month [1] 53/5
281 [1] 50/3
2:36 [1] 2/1
2:41 p.m [1] 27/20
2:45 [1] 44/20
2:47 [1] 44/25
2:47 p.m [2] 27/21
29/23
2:48 [2] 27/25 45/5
2:51 [2] 28/6 45/11
2:57 [1] 45/16
2A2.4 [14] 3/1 4/21
4/23 4/25 5/9 5/19
9/24 16/10 18/16
19/21 20/1 20/8 20/10
23/9

3

30 [5] 2/4 30/23 50/19
56/8 56/22
3013 [1] 53/9
317 [1] 51/11
32 [1] 3/14
333 [3] 1/22 56/20
63/10
337 [1] 51/1
355 [1] 37/10
3553 [7] 4/10 24/17
25/11 37/10 48/11
48/13 52/25
3663 [2] 54/7 54/7
3:02 p.m [2] 29/23
45/17

3:14 [1] 46/1
3E1.1 [1] 23/22

4

407 [1] 50/25
45 [1] 56/4
4:00 [1] 53/19
4:12 [1] 62/25

5

52 [1] 49/18
551 [1] 50/2

6

6-month [3] 46/19
50/17 51/2
6/13/23 [1] 63/9
677 [1] 49/18

7

700 [1] 1/13

9

90 [1] 54/12
909 [1] 1/18
970 [1] 1/12

A

abetted [6] 5/5 6/15
6/25 7/12 7/15 7/19
abetting [9] 6/12 8/21
12/15 12/25 13/11
15/5 15/9 15/18 21/5
abide [2] 53/10 54/12
abiding [1] 62/20
ability [4] 55/7 55/13
55/14 56/11
able [2] 23/14 58/1
about [13] 9/22 10/23
14/16 17/3 30/10
31/14 35/23 37/1
41/15 41/16 44/8
44/20 50/12
above [1] 63/6
above-entitled [1] 63/6
abuse [2] 54/25 56/1
accept [4] 3/11 38/15
39/24 42/21
acceptance [1] 23/23
accepted [1] 46/14
access [1] 55/19
accommodate [1] 60/7
accompanied [1] 40/7
accomplice [6] 12/17
12/18 13/3 13/24 15/7
16/6
accordance [4] 4/9
53/8 54/6 55/10
According [1] 26/19
Accordingly [1] 24/3
account [4] 25/7 37/10
37/24 48/4
accountability [1] 42/22
accrue [1] 55/8
accurate [1] 63/5
acknowledged [1] 30/6
acknowledges [1]
28/18 29/3
act [5] 3/15 3/16 36/4

acting [1] 27/4
action [6] 12/18 15/2
15/3 15/7 15/20 16/8
actions [16] 5/5 5/11
6/15 7/9 7/19 10/18
13/23 39/14 39/24
40/8 41/16 41/20 42/7
42/8 42/20 46/15
active [1] 47/6
activist [1] 41/18
activities [2] 55/2 55/3
activity [7] 7/23 8/2
8/3 8/4 8/8 8/22 15/13
15/19 16/16 16/17
16/19 16/23 16/24
17/1 22/15 22/23 25/7
48/3 52/18
actors [1] 19/7
acts [2] 7/15 7/25
actual [2] 22/5 22/17
actually [13] 6/13 6/21
11/16 11/23 13/15
15/11 21/13 26/10
28/1 29/13 34/6 34/7
60/11
acute [1] 46/10
add [3] 5/23 6/4 11/25
added [2] 5/3 5/10
addition [3] 43/21 53/7
60/10
additional [6] 3/10
28/12 32/20 42/5
43/20 55/24
additionally [2] 7/21
34/19
address [5] 3/2 24/20
34/8 56/17 56/22
adequate [1] 48/21
adjusted [1] 23/21
adopted [1] 8/22
advancement [1] 51/6
advised [1] 60/4
advisory [5] 3/24 4/5
24/8 24/15 53/1
advocating [3] 5/17
11/18 40/23
affect [2] 42/8 55/13
affected [1] 41/20 42/8
affidavit [1] 38/5
afford [1] 48/21
after [14] 6/4 8/7 11/23
18/10 18/13 20/4 28/7
29/3 29/17 30/17
34/17 42/9 45/23
55/17
aftermath [1] 40/2
afternoon [6] 2/2 2/3
2/6 2/11 2/14 2/16
afterwards [1] 19/9
again [28] 7/9 8/5
10/16 10/20 18/22
22/9 23/9 23/11 24/18
27/11 27/23 28/16
28/16 28/18 29/2 29/8
30/1 30/7 30/13 31/15
33/12 34/14 35/2 35/7
49/25 50/23 52/15
60/6
amount [5] 35/23
37/18 43/17 55/6

against [7] 11/1 13/8
22/4 28/3 45/9 47/17
49/13 50/7 51/7 51/8
agencies [2] 57/1 57/5
aggressive [1] 51/16
ago [1] 37/2
agreement [8] 11/14
22/22 23/4 23/6 34/13
43/14 57/16 57/16
ah [1] 10/25
ahead [3] 27/1 27/14
41/24
aided [6] 5/5 6/15 6/25
7/11 7/15 7/19
aiding [10] 6/12 8/21
12/14 12/25 13/11
15/5 15/9 15/18 19/2
21/5
alcohol [1] 40/17
all [47] 3/11 3/21 4/9
7/5 7/14 10/4 11/8
11/13 19/15 19/19
23/2 24/14 24/16
26/16 28/9 30/19
30/25 31/25 33/11
33/12 34/15 35/6
35/17 36/11 37/4 37/5
41/21 42/9 42/22
42/25 43/7 44/23 51/1
52/6 52/8 52/18 53/11
54/12 54/23 55/3 57/1
57/17 60/18 61/9
61/19 62/15 62/15
alleged [1] 13/24
allow [1] 59/11
allowed [1] 52/3
alone [2] 54/4 36/24
along [3] 4/8 24/16
48/6
already [9] 2/21 3/5
10/4 15/6 24/12 27/7
27/22 29/3 58/9
also [17] 9/6 15/19
18/15 23/11 30/10
31/1 32/17 36/19 37/6
37/6 43/5 46/14 49/19
53/2 55/11 57/12
61/25
altercations [1] 50/1
although [5] 3/25 6/13
7/9 22/19 46/25
altogether [1] 52/14
always [2] 10/9 41/5
am [15] 6/9 18/20 20/6
26/23 39/20 40/4 41/8
42/7 42/12 42/19
43/23 50/12 52/10
52/21 58/19
amends [1] 41/22
AMERICA [3] 1/2 2/4
30/9
among [2] 49/1 52/20
Amore [13] 1/11 2/12
2/13 3/8 6/1 14/10
23/14 24/12 24/22
36/13 36/18 38/20
58/12

**A**

amount... [1] 56/18
announce [1] 2/20
another [8] 20/21
29/20 30/1 39/2 45/22
53/17 53/24 59/6
antithesis [1] 14/4
any [45] 2/20 2/24 3/5
5/13 6/13 6/14 10/1
10/16 13/15 14/13
15/20 15/21 19/16
20/5 20/7 20/15 21/24
23/7 24/6 24/12 34/7
34/22 36/11 36/22
39/4 39/9 43/25 47/12
47/15 47/16 48/15
54/1 54/7 54/16 55/8
55/12 55/19 55/21
56/9 56/22 58/4 58/9
59/4 61/4 61/6
anyone [3] 21/22 34/7
34/22
anything [8] 5/23 6/3
6/4 11/19 11/25 34/25
39/5 60/18
anytime [1] 12/14
apologize [1] 40/1
apparent [1] 34/17
apparently [2] 11/22
28/16
appeal [7] 57/9 57/13
57/17 57/22 57/23
57/25 58/4
appear [2] 36/22 56/5
appearance [1] 56/9
appearances [2] 1/10
55/1
appellate [1] 57/21
application [4] 3/1 23/2
23/3 51/3
applied [14] 5/15 8/23
10/2 10/9 10/13 10/14
10/15 20/7 23/17
23/20 49/7 50/4 50/5
50/16
applies [1] 19/22
apply [15] 4/25 5/20
10/6 11/7 11/18 13/7
13/11 14/17 14/20
19/21 20/25 23/8
23/17 25/1 57/22
applying [5] 16/14 21/6
21/7 23/8 25/5
appreciate [2] 2/19
37/22
approach [3] 26/6
26/21 27/15
approached [4] 26/5
27/20 41/8 44/25
approaching [2] 7/3
44/20
appropriate [9] 4/1
24/7 25/6 43/8 46/20
48/1 57/1 58/16 60/20
approval [1] 55/24
approved [1] 57/2
approximately [4]
27/21 29/23 31/5 46/1
Architect [2] 55/5
archway [1] 51/21
are [87] 2/3 2/18 2/21
2/24 3/12 3/20 3/21
3/24 3/24 4/11 4/24
5/3 5/10 6/11 9/5 9/5
9/22 11/8 13/19 13/22
13/25 14/12 16/7
16/13 16/25 17/23
17/23 20/2 20/2 20/13
20/14 20/23 21/5
21/15 21/18 22/25
23/19 23/20 23/25
24/15 26/7 26/15
26/15 27/9 28/12
28/18 30/12 30/12
31/7 32/14 32/16 33/7
33/11 34/9 34/15
37/13 38/23 39/1 39/7
44/23 46/3 46/3 46/18
47/13 47/14 50/9
50/11 52/13 53/3 53/5
53/7 53/13 54/23 55/5
56/6 56/19 57/19 59/2
59/10 60/14 61/7
61/12 61/20 62/1
area [10] 14/5 20/4
20/20 27/1 27/14
40/15 46/2 47/9 47/10
49/14
argued [2] 26/24 58/10
arguing [3] 5/19 11/20
32/25
argument [8] 12/14
14/24 27/2 31/14
32/12 32/12 32/25
33/19
arguments [5] 6/4 12/7
24/11 32/5 43/6
around [1] 18/9
arrange [1] 59/23
arrangement [1] 60/21
arrived [1] 44/20
as [100] 2/17 3/12 4/5
6/11 7/3 7/8 7/13 7/25
9/2 9/10 10/3 11/5
12/22 14/3 17/4 17/4
17/24 20/14 20/23
21/5 21/25 22/13
22/19 23/18 24/6
24/14 24/17 24/21
24/24 25/16 25/23
26/5 26/11 26/20
26/23 27/4 27/7 27/17
28/11 28/11 28/18
28/21 29/13 29/15
29/24 29/24 29/25
30/21 32/10 33/11
33/11 33/14 34/1 35/8
35/17 37/10 39/19
40/5 40/6 41/11 41/11
41/14 43/8 43/15
44/17 44/17 45/19
46/10 46/11 46/15
46/18 47/5 47/8 48/22
48/23 51/10 52/25
53/1 53/2 53/4 53/6
53/11 53/11 54/3 54/5
56/23 57/15 58/7 58/7
58/10 59/8 60/24
61/10 61/22 61/22
62/20 62/20
ashamed [1] 41/16
aside [3] 35/18 50/22
59/13
ask [12] 2/22 6/3 12/18
13/24 38/12 43/25
44/3 58/8 58/19 58/21
59/7 61/13
asked [9] 14/10 23/14
30/21 31/24 50/19
51/5 51/12 51/19 52/1
asking [6] 14/9 29/1
31/23 37/16 47/3 61/7
asks [1] 58/24
assault [14] 6/22 17/22
17/25 18/8 18/10
18/17 18/19 32/17
34/6 34/22 36/20
36/22 37/7 44/10
assaulting [3] 9/6
17/23 28/5
assaults [3] 18/12
28/10 47/12
assess [2] 4/3 16/15
assessed [1] 55/14
assessment [2] 48/9
49/2 53/8
assist [1] 58/2
Assistant [1] 2/12
assisted [1] 35/13
associate [1] 25/18
associated [1] 26/12
association [1] 25/15
assume [4] 14/7 38/5
60/8 61/9
assuming [2] 38/13
59/14
assumption [1] 14/18
attack [2] 5/13 30/19
attempt [2] 44/11 56/3
attempts [1] 47/16
attended [1] 41/10
attention [1] 39/1
attenuated [2] 20/3
22/7
attorney [2] 2/12 54/25
Attorney's [2] 1/11
55/22
attract [1] 17/20
attracting [1] 17/19
audio [3] 26/12 26/14
27/8
authority [2] 39/16
44/13
authorize [1] 55/20
authorizing [1] 54/7
autism [3] 39/2 39/3
40/24
Avenue [3] 1/22 56/21
63/10
avoid [1] 48/25
avoiding [1] 31/17
aware [7] 20/6 24/24
26/8 26/23 26/23
27/17 29/24
away [3] 13/9 42/16
45/11
aways [1] 13/9
awful [1] 41/9
Ayla [1] 53/2

**B**

back [14] 12/13 14/16
17/2 17/18 28/9 28/15
29/3 29/5 29/19 29/20
30/22 41/11 45/24
50/7
backed [2] 28/7 45/11
backs [2] 30/13 35/7
backwards [2] 45/16
bad [1] 40/5
balance [1] 55/9
barricade [1] 49/22
barricades [1] 49/16
barriers [1] 50/6
base [3] 4/20 5/3 23/19
based [8] 9/10 19/22
24/4 31/11 35/11
46/23 47/1 52/22
basic [2] 14/19 53/14
basically [1] 57/24
basics [1] 12/14
basis [4] 14/17 19/3
19/12 46/21
BATES [1] 1/8
battle [9] 8/6 27/10
27/10 29/25 30/4 30/8
30/8 35/8 44/24
be [71] 3/25 4/5 4/8
5/22 6/8 7/16 8/16
9/18 10/6 11/17 11/17
12/1 12/10 12/19
13/10 13/12 14/18
17/5 17/16 17/24 18/5
18/6 18/23 18/23
18/25 19/1 21/23 22/2
22/15 24/15 24/20
26/2 30/16 31/9 34/9
34/10 34/18 34/23
35/18 36/5 36/22 37/1
37/9 38/18 38/19
39/11 40/5 40/6 43/15
43/16 43/17 43/19
43/23 46/16 54/14
54/19 56/14 58/4 58/6
58/10 59/5 59/6 59/6
59/23 60/1 60/9 60/16
60/17 61/8 61/16 62/5
bear [1] 61/25
became [2] 40/19
40/25
because [12] 4/11 4/21
10/11 11/1 12/22
13/15 13/20 16/3
19/25 21/1 37/1 59/24
becomes [1] 18/9
been [35] 3/6 3/20 6/9
9/2 9/3 10/2 10/8
10/13 10/13 10/15
15/18 17/7 20/24 21/5
23/16 26/11 28/11
28/21 29/4 30/7 34/11
34/14 37/19 43/3 43/7
43/14 46/5 47/23 49/1
before [12] 1/8 8/6
11/16 35/8 35/9 39/13
40/5 42/21 44/1 52/23
56/5 61/23
began [2] 2/1 45/16
beginning [1] 30/5
behalf [4] 2/22 36/7
43/3 57/25
behavior [3] 39/21
39/24 41/13
being [9] 8/6 20/7
23/20 27/23 28/17
29/5 31/1 40/20 47/20
believe [9] 9/10 9/15
10/21 35/2 43/13
48/11 48/18 57/9
57/20
believed [1] 34/18
beside [1] 37/7
best [1] 40/4
better [4] 12/7 38/13
40/18 42/15
between [7] 20/15
21/21 22/5 22/22 23/6
31/5 33/7
beyond [1] 3/5
biggest [1] 54/24
bike [3] 47/16 49/13
49/14
bit [3] 32/14 37/2 46/4
black [1] 44/16
blamed [1] 34/19
blameworthy [2] 17/19
37/14
blaring [1] 14/5
blighted [1] 40/15
blind [1] 33/18
block [1] 49/13
blocked [1] 31/2
bodily [2] 5/9 20/1
body [1] 21/2
BOP [4] 59/12 60/3
60/4 60/21
both [9] 2/16 5/15 8/6
30/10 37/10 43/2
48/13 48/22 57/17
boys [1] 13/9
Brandenburg [2] 14/22
15/10
breach [3] 16/22 18/2
47/7
breaching [2] 16/1 23/5
breaking [1] 41/23
breaks [1] 41/6
brief [3] 6/8 47/21 52/5
50/12
briefly [3] 5/22 12/6
50/12
broad [8] 1/12 8/17
15/25 21/6 21/8 21/9
22/9 46/8
Broadway [1] 1/17
broken [1] 39/14
build [1] 40/11
building [14] 1/17 7/4
8/11 9/15 26/5 26/6
26/9 26/10 26/20
27/19 30/2 42/16 45/2

**B**

building... [1] 49/25
built [2] 22/9 40/22
burden [1] 15/1
Bureau [2] 53/3 59/22

**C**

calculation [6] 4/17
5/25 23/18 46/22
46/24 47/1
call [4] 8/15 21/19 29/8
46/20
called [2] 25/14
came [2] 32/19 41/18
can [29] 6/1 8/19 10/17
11/3 11/19 12/9 13/5
13/22 13/22 13/24
13/24 14/20 16/11
26/14 27/2 27/8 28/13
29/13 37/17 38/12
38/12 38/13 57/9
57/20 58/7 58/18
59/19 59/20 61/15
can't [16] 7/5 10/20
10/22 10/24 10/25
13/3 14/7 14/18 15/19
15/22 18/11 18/23
21/20 26/16 38/9
44/23
cannot [3] 9/1 20/4
26/16
capital [1] 20/11
Capitol [32] 7/4 8/6
21/22 26/5 26/6 26/9
26/20 27/9 27/19
28/19 28/23 30/2
39/20 41/9 41/15
42/16 43/12 43/12
44/20 44/21 44/23
45/2 47/11 47/21
49/23 50/22 50/23
51/7 52/3 52/5 55/6
56/17
care [4] 22/10 39/2
42/13 46/11
careful [2] 21/18 22/15
carefully [2] 22/17 43/4
caregiving [2] 38/14
38/21
carried [2] 36/4 39/19
carrying [2] 25/23 35/4
case [52] 1/3 2/4 3/15
3/19 4/1 4/4 7/22 7/25
8/19 8/19 9/17 10/6
10/6 10/10 10/17
10/17 10/21 10/23
11/13 11/14 19/24
20/8 20/9 22/2 23/15
27/3 27/4 31/13 33/1
33/13 34/2 35/18
35/24 37/19 38/21
38/21 38/25 42/2 43/9
43/15 48/1 49/10
49/17 49/18 50/2 50/3
50/18 51/1 51/11
51/24 51/25 56/13
cases [49] 9/4 9/5 9/5
9/8 9/14 9/21 9/21
9/23 10/1 10/8 10/15

10/21 10/31 10/31/15
31/16 31/19 32/6
32/14 32/16 32/16
32/17 32/21 32/23
33/7 33/12 33/12
33/23 33/25 33/25
35/17 36/18 36/19
36/21 36/23 37/17
49/3 49/3 49/4 49/5
49/8 49/17 50/11
50/14 50/15 50/16
51/2 52/6 52/12 52/13
category [4] 24/2 24/3
24/5 24/7
category 1 [1] 24/3
caught [2] 27/12 41/12
causation [1] 17/20
caused [2] 7/16 42/9
celebrated [1] 34/18
cell [4] 26/6 26/7 26/12
28/13
certain [1] 57/13
certainly [16] 6/5 6/15
7/11 8/11 11/12 12/1
17/19 18/10 25/18
33/20 34/22 36/1 37/8
38/18 39/4 52/12
certainty [1] 10/20
certification [1] 26/4
certify [1] 63/4
Chairman [1] 51/22
challenges [1] 40/11
chance [2] 2/23 28/7
change [2] 56/22 56/23
changes [1] 55/12
chanting [1] 45/6
chants [1] 51/14
chaos [1] 41/12
characteristic [3] 20/11
23/12 37/9
characteristics [4] 4/24
19/20 23/20 48/14
charge [5] 33/2 36/19
37/6 37/7 37/8
charged [2] 7/25 36/21
charges [11] 9/6 9/6
31/20 32/17 32/17
32/20 32/23 34/24
36/18 36/20 55/23
charging [1] 37/4
chart [3] 36/17 36/25
37/15
cheering [1] 51/6
chemical [1] 28/17
childcare [1] 33/25
children [13] 37/22
38/19 38/23 39/1
39/15 41/1 41/18
41/22 42/11 42/13
52/17 55/4 61/12
children's [1] 33/17
choice [1] 39/18
choices [1] 41/17
Christian [1] 51/11
Christopher [2] 1/11
2/11
chronology [1] 18/14
circle [1] 17/8
circumstances [8]

48/4 48/13 48/15
55/12 57/13
cite [4] 8/19 9/1 9/8
23/14
cited [1] 10/3
citing [1] 10/16
civil [2] 4/14 7/12
claims [1] 25/17
clarify [1] 62/11
clash [3] 6/21 27/6
27/15
clashes [1] 51/13
clear [5] 6/23 7/7 21/13
23/22 26/8
clearly [5] 8/7 10/18
14/12 14/12 14/13
clerk [4] 56/14 56/20
56/23 57/24
climbed [1] 50/21
close [8] 13/22 13/24
20/17 21/2 21/21
28/14 59/23 60/11
closely [2] 41/3 43/6
closer [3] 18/9 22/2
26/5
closest [1] 59/16
Code [4] 4/10 4/15
4/20 47/24 53/9 54/6
collection [1] 54/4
COLUMBIA [2] 1/1
56/16
column [1] 33/2
come [5] 13/9 29/13
29/15 38/12 44/3
comes [1] 28/18
comfortable [1] 60/9
coming [1] 14/16
commanded [3] 7/15
7/19 21/23
commence [1] 55/17
commencement [1]
56/8
comment [1] 8/16
comments [1] 10/22
43/6
Commission [1] 3/17
commit [7] 18/12 19/9
34/6 53/17 53/24 62/3
62/4
commitment [1] 61/15
committed [9] 7/15
12/16 12/20 33/3
33/14 36/1 36/4 39/23
53/3
committing [1] 19/7
common [3] 8/9 16/4
22/20
communication [1]
23/5
community [8] 40/25
41/5 41/18 42/3 42/6
46/9 52/15 62/21
comparable [1] 33/8
compared [1] 47/14
comparison [2] 33/13
50/9
comparisons [1] 33/7
compiled [1] 37/1

completed [1]
62/19
completely [2] 28/7
37/3
completion [1] 57/6
comply [4] 48/12 54/9
61/22 61/23
conceded [1] 10/4
concept [2] 16/5 20/25
concerned [1] 62/9
concert [3] 7/24 19/2
23/1
conclude [2] 19/22
20/5
concluded [3] 43/21
47/25 62/25
conclusions [1] 24/6
concrete [1] 23/4
condition [1] 39/3
conditions [8] 53/11
53/11 53/16 53/23
54/10 61/21 61/22
62/5
conduct [36] 7/17 7/22
8/12 8/12 10/5 16/14
20/3 22/11 22/17
22/18 22/25 33/3
34/18 35/19 36/5
36/23 37/13 39/5 42/1
42/19 44/17 46/6 46/8
46/17 47/19 47/19
48/22 49/2 49/7 49/9
49/20 50/6 50/20 51/6
52/11 53/14
conflict [1] 41/12
confront [1] 45/13
confrontation [1] 47/10
confrontations [2]
49/12 51/17
confronting [2] 17/23
45/7
Congress [5] 3/16
30/25 35/5 35/24
42/18
Connecticut [1] 59/15
connection [6] 8/3 11/2
13/17 14/11 16/18
18/2
consequences [2]
61/24 62/2
consider [1] 3/18
consideration [1] 52/25
considered [4] 3/25 4/8
24/15 43/4
considering [2] 4/4
42/22
consistent [1] 52/12
conspiracy [4] 7/25
16/7 17/6 17/13
Constitution [3] 1/22
56/21 63/10
consulted [1] 3/25
contact [35] 5/1 5/6
6/14 6/16 6/22 7/1
7/10 7/12 7/14 7/20
8/10 8/13 8/20 8/24
9/15 9/18 10/5 10/19
10/24 16/16 16/20 16/21
18/1 18/17 20/12

62/19
completely [2] 28/7
37/3
completion [1] 57/6
comply [4] 48/12 54/9
61/22 61/23

21/24 23/7 23/15
37/19 47/15 50/4
50/15 51/4
contain [1] 26/9
contained [1] 3/21
contemplations [1]
2/21
context [1] 36/1
continue [3] 29/12
29/14 61/21
continued [3] 27/15
27/15 28/10
continuing [1] 45/9
contract [2] 60/3 60/12
contrary [1] 57/14
contributed [1] 39/21
contributions [1] 42/5
controlled [3] 19/8
53/25 54/1
conversation [1] 14/15
convicted [6] 17/7 34/1
40/7 47/23 57/8 59/1
conviction [3] 34/25
57/9 57/18
convictions [3] 9/3 24/1
47/22
Cooke [3] 9/8 49/10
49/18
cooperated [1] 54/4
cooperative [1] 34/11
correct [7] 4/7 9/14
11/4 32/2 32/4 32/8
32/11
Cortez [1] 51/11
cost [2] 62/11 62/13
costs [3] 30/25 35/6
57/24
coughing [1] 28/16
could [16] 8/18 12/25
13/16 13/18 17/20
17/24 21/19 21/23
26/2 29/17 33/11
35/17 60/6 61/23 62/1
62/5
couldn't [1] 31/2
counsel [10] 2/8 2/9
24/18 24/19 35/15
43/25 43/25 44/3 58/1
58/8
counseled [1] 21/23
counsels [1] 22/10
count [9] 4/12 4/12
4/12 4/13 4/14 16/1
53/4 53/6 59/1
Count 2 [5] 4/12 4/14
4/13 53/6 59/1
country [3] 40/10 42/6
44/16
counts [3] 58/22 58/25
59/2
couple [4] 14/10 29/16
34/3 43/10
course [3] 11/21 14/23
43/6
court [51] 1/1 1/21
3/23 3/25 4/1 6/10
8/22 12/7 12/12 12/24
13/22 14/9 14/23

# C

court... [38] 22/10
24/16 24/20 26/23
34/11 36/17 36/17
37/22 37/23 39/13
40/5 49/7 52/18 52/21
53/2 54/4 54/19 55/1
55/1 55/6 55/12 56/5
56/7 56/11 56/15
56/15 56/20 56/20
56/23 57/4 57/21
57/24 58/16 58/25
60/4 60/24 62/12
63/10
Court's [1] 31/17
court-ordered [1] 55/1
courthouse [1] 44/6
courtroom [2] 2/5 38/3
courtrooms [1] 44/5
courts [3] 3/23 16/11
22/15
cover [2] 31/7 62/8
covered [3] 2/21 15/6
62/7
created [2] 3/16 42/11
credit [3] 31/21 55/23
55/24
crime [14] 12/16 13/5
19/2 19/7 19/9 31/8
36/2 36/2 39/22 53/17
53/24 62/3 62/4 62/6
criminal [31] 1/3 2/3
3/13 3/19 7/23 8/2 8/2
8/4 8/22 12/16 15/13
16/4 16/6 16/15 16/17
16/18 16/23 16/24
17/1 23/25 24/1 24/2
24/4 24/7 36/23 42/19
44/18 46/8 48/15
48/21 55/15
criminalized [1] 14/25
critically [1] 38/1
crowd [17] 13/1 14/8
17/5 17/7 17/9 19/14
26/25 27/12 27/12
35/10 35/13 35/13
45/6 45/13 45/14 50/7
51/8
CRR [2] 1/21 63/9
culpable [3] 15/20 16/8
27/13
current [1] 3/22
currently [1] 42/12
custodial [4] 31/12
33/24 35/19 36/6
custody [1] 53/3

# D

D.C [9] 1/4 1/22 25/13
26/1 30/13 31/2 56/21
59/25 63/11
damage [2] 42/9 43/12
47/12
damages [1] 44/15
Danbury [4] 59/14
59/15 60/10 60/20
dangerous [4] 5/2 5/7
12/9 39/21
Daryl [1] 50/18

Cases RBW [35] 55/1
61/13 61/16 62/1
daughter [1] 40/21
David [1] 1/16
day [21] 8/6 25/24 26/1
26/2 26/25 27/18 28/8
29/18 30/3 30/6 30/8
30/16 30/17 31/20
35/9 39/22 41/9 41/16
46/23 49/11 49/20
days [9] 47/25 52/11
53/4 54/2 54/12 56/4
56/8 56/22 58/5
days' [1] 50/19
dcd.uscourts [1] 63/11
dcd.uscourts.gov [1]
1/23
deal [1] 19/25
dealing [1] 20/13
deaths [1] 44/15
December [1] 30/23
December 30 [1] 30/23
decide [2] 19/19 59/17
decided [2] 29/14
29/17
decision [2] 25/4 37/5
decisions [2] 3/23 40/6
decrease [1] 23/22
deeds [1] 33/17
deep [1] 39/14
deeply [2] 39/24 42/17
defect [1] 57/11
defend [1] 41/15
defendant [55] 1/6
1/16 2/9 4/11 5/4 5/11
5/19 6/13 6/18 7/16
7/19 7/24 8/20 8/24
9/10 16/8 21/7 23/15
24/2 25/2 25/10 25/12
25/17 25/21 25/24
26/3 26/14 27/2 27/4
27/11 27/14 27/20
27/24 28/6 28/14
28/16 28/23 29/16
29/22 31/3 31/6 31/23
33/1 33/14 34/5 35/12
35/16 37/20 43/4
43/14 44/3 44/14
48/14 48/22 57/15
defendant's [11] 10/11
10/18 20/5 22/1 27/9
28/12 28/22 30/14
33/8 33/16 57/6
defendants [8] 13/21
26/24 31/19 31/25
33/3 33/10 33/10 49/1
defendants' [2] 8/5
22/17
defended [1] 27/23
defending [1] 42/18
defense [14] 5/23 9/4
11/5 11/16 24/19 33/6
34/5 34/21 35/1 35/15
36/23 43/2 47/3 50/12
defense's [4] 32/5
32/24 34/4 35/10
define [1] 7/13
defined [1] 32/10
defining [1] 22/25

mention [2] 22/16
23/8
deleting [1] 31/10
democratic [2] 44/10
44/12
demonstrated [1]
46/15
demonstration [1]
23/23
demonstrations [1]
41/3
demonstrator [1] 47/9
departure [1] 37/25
depend [2] 42/3 60/2
depressed [1] 40/15
derogatory [1] 8/16
Derrick [1] 51/1
description [1] 44/6
destroy [2] 34/7 34/22
destruction [1] 9/7
destructive [1] 52/18
detail [2] 25/8 31/6
detailed [1] 3/17
detained [1] 61/8
detention [3] 47/5 48/8
62/11
determine [5] 4/3
24/17 43/8 56/2 56/9
determined [6] 29/5
40/17 46/19 54/4
54/14 55/6
determining [2] 3/18
4/1
deterrence [1] 48/2
48/21 52/20
devastated [1] 42/7
device [1] 54/20
devoted [2] 40/19
41/21
diagnosed [1] 40/24
did [32] 6/13 6/21 7/9
7/20 9/8 13/15 13/23
14/21 25/16 27/5
29/18 30/14 30/19
31/14 31/14 31/19
32/7 33/23 34/12 36/4
36/5 38/22 38/22 40/8
41/14 44/21 45/15
45/15 45/18 47/11
47/11 62/12
didn't [9] 23/15 26/25
27/1 28/8 32/18 34/6
34/7 34/22 40/2
difference [1] 18/21
different [5] 13/20
40/24 44/5 52/13 59/7
difficult [2] 38/17 46/13
difficulty [1] 38/8
diligent [1] 11/12
direct [4] 15/6 20/15
23/5 37/19
directed [3] 15/2 52/4
54/5
directly [1] 22/3
disappointed [2] 40/1
42/2
disbursement [1] 56/16
disconnect [1] 22/4
discretion [1] 54/18

discussed [2] 20/24
27/7
dismiss [1] 58/25
dismissed [1] 59/3
disorder [2] 4/14 7/12
disorders [1] 40/25
disparities [2] 31/18
48/25
disparity [1] 31/11
dispute [1] 3/13
distinction [1] 19/5
distinguishable [2]
10/11 10/12
distinguishing [1] 38/24
distracted [2] 30/20
30/22
district [10] 1/1 1/1 1/9
1/12 56/6 56/15 56/15
56/20 57/3 59/7
DNA [1] 54/5
do [29] 3/5 4/2 4/16
4/18 9/14 9/17 11/2
11/11 14/9 14/11
17/16 20/16 20/17
21/1 21/18 29/12
34/10 34/15 35/25
36/7 47/18 55/7 56/11
58/22 59/2 59/11
60/19 61/5 61/19
does [11] 7/14 15/10
15/15 16/9 16/10
20/17 25/19 33/20
48/18 48/21 61/4
doesn't [4] 11/6 11/9
15/9 38/13
doing [5] 17/14 28/24
41/4 42/17 47/18
don't [17] 7/13 12/11
13/14 14/13 16/10
18/14 19/3 20/22 27/2
33/13 36/19 36/22
44/2 50/9 60/19 60/19
61/6
done [6] 35/21 38/4
41/16 49/8 58/7 61/22
door [5] 28/19 30/18
51/9 52/2 52/4
down [2] 37/13 52/9
dragging [1] 50/6
draw [1] 14/11
drawing [1] 18/20
drive [2] 31/2 31/9
drop [1] 25/16
drug [2] 54/2 54/3
drugs [1] 40/17
due [2] 31/21 55/15
during [2] 8/7 41/25
duties [1] 39/20

# E

each [9] 8/15 8/17
12/10 13/25 22/19
34/8 49/5 50/14 50/16
earlier [1] 31/14
earning [1] 40/13
earshot [1] 13/25
easier [2] 20/1 48/5
easily [1] 17/24
east [1] 51/9

economical [1] 55/12
edge [1] 49/22
edification [1] 12/1
education [2] 40/21
54/24
effect [1] 14/8
efficient [1] 5/21
effort [4] 15/23 18/2
44/14 46/12
efforts [4] 11/13 26/9
29/8 29/15
Eight [1] 19/10
either [4] 9/15 17/14
32/12 33/13
election [1] 26/4
electoral [1] 16/1
else [4] 28/23 34/15
39/4 60/18
email [1] 53/20
embarrassed [1] 40/5
employment [1] 54/24
enable [1] 60/11
encouraged [2] 11/2
17/16
encouragement [3]
13/16 21/12 25/8
encouragements [1]
22/3
encourages [1] 20/18
encouraging [5] 7/1
17/21 36/6 45/3 47/7
end [3] 27/8 33/20
43/25
endeavor [1] 7/23
enforceable [1] 57/19
enforcement [9] 5/6
8/21 17/22 18/1 18/8
39/19 41/6 41/14
42/17
engage [1] 47/12
engaged [5] 22/14
41/12 49/20 51/14
52/17
enhancement [34] 5/8
5/14 5/19 5/20 6/12
8/23 9/11 9/12 9/19
9/24 10/2 10/7 11/7
11/9 11/18 13/6 13/11
14/18 14/20 14/25
16/14 17/3 19/22 20/7
21/7 23/9 23/12 23/16
25/1 25/5 49/7 50/4
50/16 51/4
enhancements [5] 3/1
4/25 5/16 5/18 19/20
enough [8] 13/17
20/22 20/25 21/21
29/9 35/19 36/5 44/18
enter [2] 47/11 52/3
entered [1] 28/1 45/5
49/6 49/23 50/3 57/16
58/6
entering [1] 26/10
enterprise [2] 7/23
23/1
entitled [1] 63/6
entrance [1] 7/3 35/9
45/3 45/22 49/24

**E**

entry [1]  58/5
environment [1]  19/8
equal [1]  55/16
equipment [2]  9/19
 54/17
equivalent [2]  15/15
 18/19
Erica [1]  51/24
errors [1]  40/3
especially [1]  30/12
Esquire [2]  1/11 1/16
essentially [1]  32/25
establish [3]  14/13
 18/14 53/14
established [1]  18/6
Evans [1]  51/1
even [21]  8/22 9/23
 10/8 12/21 13/7 13/14
 20/16 21/24 21/25
 28/5 29/16 35/8 35/9
 35/18 35/25 36/2 42/1
 45/23 47/16 47/20
 59/24
event [3]  5/13 10/1
 14/3
events [2]  44/6 44/9
every [7]  15/20 15/23
 17/5 32/18 32/19 37/4
 41/4
everybody [1]  26/15
everyone [5]  14/3 17/9
 19/13 19/13 40/1
everything [1]  62/7
everywhere [1]  14/6
evidence [5]  18/10
 21/10 31/8 35/12
 47/18
exactly [1]  27/14
example [1]  19/6
exceeds [1]  43/13
excellent [2]  40/13
 40/21
except [2]  39/4 54/24
exceptions [1]  58/4
excuse [3]  39/5 52/23
 53/18
execute [1]  57/3
exhaustive [1]  36/25
Exhibit [3]  26/12 28/11
 28/21
exhibits [2]  7/8 35/12
existed [1]  23/4
exists [1]  60/12
exited [2]  45/17 46/2
exits [1]  28/16
expand [1]  22/16
expect [2]  34/10 58/5
expectation [1]  26/2
expectations [1]  53/14
expected [1]  41/9
explain [1]  38/12
explicit [2]  32/11 33/6
extent [2]  32/11 33/6
extreme [1]  51/20
extremely [2]  17/8 58/1
extremism [1]  35/16

face [1]  62/6
Facebook [5]  30/5
 30/12 30/23 30/24
 35/5
faced [1]  13/20
facilitate [1]  15/8
facilities [1]  59/11
facility [12]  58/17 59/9
 59/15 59/24 60/3 60/5
 60/13 60/15 60/16
 60/17 60/18 60/21
facing [5]  33/1 34/10
 34/15 34/23 51/14
fact [4]  3/12 8/13 32/22
 52/17
factor [1]  38/25
factors [5]  4/9 24/16
 25/11 36/17 48/12
facts [6]  13/7 14/13
 19/23 20/9 20/14
 20/22
factual [5]  14/17 15/21
 18/5 19/3 19/11
failed [1]  39/17
failure [2]  61/23 61/25
fair [2]  33/13 50/9
Fairchild [3]  9/9 31/21
 50/2
fairly [1]  8/17
fall [1]  17/18
falls [1]  3/15
family [14]  33/16 37/24
 38/7 40/13 42/3 42/11
 42/14 46/9 46/10 48/4
 48/16 52/16 62/21
 62/22
far [7]  17/4 20/24
 22/16 23/9 33/2 33/11
 51/16
fear [1]  21/18
feature [1]  36/19
featured [1]  37/5
federal [5]  3/13 3/23
 53/17 53/24 59/24
feels [1]  25/6
felon [1]  40/7
felony [4]  34/1 44/19
 47/22 47/23
felt [1]  41/16
fences [1]  57/13
few [5]  9/3 41/21 44/25
 45/8 58/4
Field [1]  2/7
file [1]  57/25
filed [1]  58/5
finally [1]  39/7
financial [7]  55/10
 55/13 55/20 55/21
 55/22 56/19 56/24
find [7]  13/3 35/2 37/17
 40/25 42/23 46/16
 47/6
finding [2]  41/23 42/13
findings [1]  3/12
finds [1]  56/11
fine [4]  43/20 43/21
 56/12 56/12
fired [2]  30/7 46/5

10/6 12/13 12/16
 19/25 20/10 20/23
 24/18 25/11 29/17
 30/7 32/6 32/15 32/15
 34/18 43/10 46/4
 49/10 50/18 58/21
five [3]  19/10 37/1
 50/13
flaw [2]  15/17 15/17
focus [3]  36/16 37/21
 40/23
follow [3]  27/6 54/21
 58/3
followed [3]  2/8 27/5
 40/6
following [7]  2/1 3/22
 26/25 27/12 53/10
 54/9 56/16
follows [1]  55/15
footnote [1]  25/16
forcibly [1]  49/21
foregoing [1]  63/4
foreseeable [7]  8/3
 8/13 15/16 16/18
 16/20 18/2 18/4
form [1]  43/20
forma [1]  57/23
formally [1]  44/1
forth [2]  29/24 33/2
forward [10]  7/4 17/21
 26/16 27/15 40/17
 41/23 44/22 45/24
 49/4 51/21
found [2]  21/23 49/1
four [5]  19/10 37/1
 45/14 51/11 52/8
frankly [4]  10/3 35/17
 44/16 47/10
free [2]  25/18 57/24
friends [1]  35/5
front [10]  21/1 28/1
 28/9 44/21 45/6 45/8
 45/11 45/13 45/14
 50/7
frustrate [1]  44/11
full [2]  39/23 56/24
fully [6]  24/15 39/22
 40/2 42/19 43/5 46/14
fundamental [1]  57/11
further [3]  12/2 24/13
 53/5
furtherance [4]  8/2
 12/18 16/17 16/24
future [1]  61/3

**G**

G-E-R-W-A-T-O-W-S-
 K-I [1]  51/25
gain [1]  49/24
gamut [1]  44/7
gas [1]  14/6
gassing [1]  26/15
gave [2]  36/17 36/25
gear [3]  6/20 27/24
 49/25
general [1]  15/25
generally [4]  23/11
 48/23 51/16 57/19
Gerwatowski [1]  51/24

get [10]  2/8 13/18
 16/23 19/12 21/19
 22/21 25/8 31/15 58/7
 58/18
getting [1]  13/22
give [2]  43/25 44/2
given [6]  22/4 25/4
 33/24 38/6 48/2 62/1
giver [1]  46/11
glad [1]  30/9
global [1]  54/20
gloves [3]  25/23 25/24
 35/3
go [11]  6/23 17/2 29/3
 29/5 30/14 31/6 32/18
 40/17 43/24 44/2 52/3
goal [6]  8/9 15/24
 15/25 16/1 16/21
 22/21
goes [3]  29/16 29/19
 29/20
going [16]  7/5 28/8
 29/2 29/4 29/6 30/15
 30/21 39/7 43/23 45/6
 45/19 45/24 50/12
 52/21 58/19 59/17
good [6]  2/2 2/11 2/14
 2/16 33/17 40/22
got [8]  26/5 27/12
 27/20 28/19 35/8 35/9
 40/4 41/12
gotta [1]  29/3
government [50]  2/8
 5/17 5/22 7/8 7/18
 9/23 10/3 10/7 11/6
 11/9 11/17 11/21
 12/22 12/24 14/9
 14/11 15/1 15/12 17/4
 21/4 23/11 24/12
 24/19 25/2 25/6 25/9
 25/14 25/19 33/18
 33/18 34/12 34/13
 34/14 36/8 37/16 43/2
 43/14 46/25 47/8 49/4
 50/10 50/19 51/5
 51/12 51/19 52/1
 58/21 58/24 61/4 61/7
government's [7]  24/25
 24/25 25/21 26/11
 28/11 28/21 52/12
grabbed [1]  49/22
grades [1]  40/13
grandmother [1]  40/9
grateful [1]  41/5
gravity [1]  39/22
Grayson [1]  51/18
greater [1]  48/17
grips [1]  41/19
grounds [1]  42/3
group [13]  10/12 10/13
 10/13 18/23 25/14
 25/18 25/21 25/22
 49/21 49/24 50/23
 51/20 51/22
Growing [1]  40/15
guess [1]  59/5
guideline [23]  4/6 4/16
 4/17 5/17 5/24 16/10

18/17 24/3 24/8
 25/3 32/1 32/3 32/9
 32/10 37/23 46/21
 46/24 47/1 49/5 50/5
 50/17 51/2
guidelines [19]  3/18
 3/21 3/22 3/24 4/4 4/8
 4/21 7/13 7/21 9/10
 15/1 15/14 17/4 24/8
 24/15 25/5 46/18
 46/20 53/1
guilty [6]  4/11 4/13
 49/2 57/9 57/10 57/12
guns [1]  5/12

**H**

had [26]  2/23 14/8
 15/24 17/6 17/11
 17/13 22/2 22/20 26/1
 26/2 27/22 28/7 29/9
 34/23 35/1 40/6 41/10
 41/17 46/13 47/15
 50/10 50/19 50/24
 51/10 51/20 52/2
half [2]  29/19 29/21
Hana [1]  2/7
hand [2]  20/18 50/11
handful [1]  59/10
handfuls [1]  9/21
happened [4]  20/4
 21/21 21/25 34/20
happy [2]  12/1 39/11
hard [7]  22/22 31/9
 35/2 39/5 40/9 40/20
 41/25
harder [1]  13/10
hardship [1]  42/10
harm [1]  41/16
harmed [1]  40/1
has [45]  3/17 4/11 4/13
 5/15 6/10 6/11 7/8
 8/17 9/2 9/23 10/1
 10/3 11/21 15/1 18/23
 19/1 21/5 21/8 22/9
 23/11 23/16 28/11
 30/7 34/11 34/14
 35/16 35/22 37/18
 39/2 39/2 43/13 46/5
 46/8 46/8 46/9 46/14
 46/16 47/8 47/23 49/4
 49/8 50/12 59/1 60/3
 60/21
hasn't [6]  10/7 10/13
 10/15 12/22 15/18
 20/24
have [98]  2/3 2/6 2/18
 2/23 3/3 3/4 3/5 3/5
 3/9 3/20 10/3 11/19
 11/20 12/7 12/24
 14/13 14/23 15/6 15/9
 15/10 15/15 16/3
 16/15 17/7 18/12
 18/25 19/3 19/6 19/7
 19/9 19/15 19/16
 19/23 21/23 22/20
 24/11 24/14 26/24
 27/7 29/17 30/13
 32/10 33/5 33/10
 33/14 35/6 35/21
 36/12 37/14 38/2 38/2

69

**H**

have... [47] 38/4 38/4
38/8 38/18 41/11
41/21 42/10 42/11
42/15 42/23 43/1 43/3
43/4 43/5 43/7 43/20
44/5 46/19 46/24
47/25 48/24 49/1
52/22 52/23 53/19
55/7 56/2 56/11 57/12
57/16 57/22 58/1 58/9
58/10 58/21 60/3
60/25 61/4 61/6 61/21
61/22 61/22 62/7
62/12 62/18 62/19
62/20
haven't [3] 12/21 13/2
13/4
having [6] 14/15 29/3
51/5 51/19 52/1 55/14
HAZELTON [34] 1/5
2/5 2/5 2/15 2/17 2/23
3/4 11/1 11/23 13/9
13/20 17/18 18/8
18/11 20/3 20/15 22/2
22/14 22/20 24/20
38/12 39/4 39/9 39/10
47/6 53/2 57/8 58/17
60/9 60/15 61/3 61/11
61/20 62/18
Hazelton's [9] 13/16
37/8 37/22 38/3 38/6
38/14 50/21 52/7
52/15
he [39] 23/14 31/22
32/6 32/15 32/15
32/21 33/2 33/9 35/15
38/5 38/7 38/9 38/12
49/11 49/12 49/12
49/13 49/14 49/20
49/22 49/22 49/25
50/5 50/18 50/21
50/22 51/4 51/8 51/10
51/13 51/13 51/14
51/15 51/16 51/20
51/20 51/25 52/2 52/3
he's [3] 32/25 33/9
38/3
health [1] 54/25
hear [14] 5/22 6/4 6/5
11/16 12/1 12/12
24/18 24/21 26/14
27/8 28/13 38/11 39/8
39/12
heard [2] 35/22 44/5
hearing [3] 1/8 56/5
62/25
heart [2] 5/13 41/6
Heinl [1] 33/24
helmets [4] 7/6 29/8
29/11 45/20
help [3] 21/2 40/13
48/21
helped [2] 35/12 41/2
helpful [2] 43/3 43/8
helping [1] 40/25
her [71] 6/15 6/22 6/23
6/24 7/7 7/8 8/11 8/11
10/22 18/12 20/16

21/15 21/16 23/16
24/21 25/15 26/6 26/6
26/7 26/21 27/6 30/17
30/22 31/8 33/17
33/17 33/19 34/10
34/12 34/13 34/17
34/18 35/5 35/6 35/19
36/1 36/2 36/4 36/7
39/5 39/8 39/12 44/3
44/17 46/6 46/10
46/15 46/16 47/12
47/16 47/18 47/19
48/3 48/4 48/15 48/15
48/16 48/16 52/16
52/16 52/16 59/16
59/23 60/5 60/11
61/12 62/12
here [47] 2/18 4/2 4/11
4/25 5/4 6/24 7/18
12/21 16/21 19/4
19/11 19/21 20/2
20/13 21/10 21/13
22/4 22/10 22/13 23/4
23/17 23/25 25/4 25/8
27/2 27/11 31/6 33/5
34/2 34/11 34/24 36/2
36/17 37/14 37/17
37/22 40/4 40/6 43/7
43/11 43/18 46/15
47/23 49/8 56/17 58/2
59/25
hereby [2] 53/3 63/4
herself [9] 12/17 25/24
28/1 29/2 29/5 29/16
36/4 39/8 47/15
high [1] 40/12
higher [1] 46/21
him [3] 11/2 38/4 38/12
himself [2] 12/16 23/16
his [11] 9/5 31/21
31/23 38/7 38/9 38/13
38/16 38/17 38/19
50/20 51/6
history [9] 23/25 24/1
24/2 24/4 24/7 33/17
35/16 44/16 48/16
hold [2] 28/19 51/15
holding [4] 6/20 27/24
45/25 60/18
home [8] 38/8 40/21
46/12 47/4 48/4 48/7
48/17 62/11
home-schooling [1]
46/12
honest [1] 37/1
Honor [78] 2/2 2/6 2/11
3/3 3/9 6/11 7/18 8/5
9/1 10/10 10/16 11/4
11/11 12/3 12/6 12/13
12/22 13/3 13/13
13/21 14/1 14/2 14/10
14/19 17/17 18/5
18/22 19/13 19/15
24/10 24/13 24/23
24/24 26/22 27/17
29/24 30/13 31/11
31/15 32/4 32/8 32/11
32/24 33/8 34/3 34/9

36/16 36/25 37/17
37/21 38/11 38/20
39/7 39/13 39/16
42/15 58/13 58/15
58/18 58/24 59/9
59/10 59/12 59/17
60/2 60/14 60/22 61/5
61/11 61/17 62/9
62/10 62/14 62/17
62/24
Honor's [3] 17/2 19/5
25/4
HONORABLE [1] 1/8
honored [1] 41/4
host [1] 9/4
hours [3] 30/1 30/4
40/3
house [1] 28/15
how [6] 13/24 14/11
38/17 40/4 41/19 44/6
however [4] 7/14 25/19
57/15 58/21
humble [1] 40/11
humbly [1] 42/24
humiliated [1] 39/14
humility [1] 39/25
hundred [1] 26/20
hundreds [4] 6/18 14/4
16/3 26/16
husband [3] 38/3 41/17
41/22
hypothetical [1] 14/2

**I**

I'm [11] 9/24 10/16
25/4 26/23 27/17
29/19 30/9 35/21
38/15 46/23 62/3
identifiable [1] 21/11
identified [3] 12/23
15/19 19/1
identify [2] 2/9 12/15
18/23 21/20
identifying [1] 13/4
ignoring [2] 46/13
46/14
illegal [1] 42/1
illustrations [1] 23/2
immediate [1] 40/2
immediately [2] 56/19
61/8
immigrant [1] 40/9
imminent [3] 15/2 15/3
15/6
impeding [1] 4/22
implications [4] 8/17
21/6 21/9 22/10
imply [1] 18/11
importance [2] 32/22
35/23
important [6] 10/23
21/14 38/1 38/24 41/4
47/9
importantly [2] 48/20
48/23
impose [2] 44/1 52/18
imposed [6] 37/19
43/24 51/12 53/13
58/10 60/24

imposing [1] 56/12
imposition [1] 56/12
imprisonment [5] 24/3
50/19 51/5 51/12 52/8
incarceration [16]
25/10 34/16 36/9
37/17 38/7 38/23 47/1
47/3 48/1 48/20 51/19
52/2 52/11 52/19 56/4
59/5
incited [1] 5/4
inciting [1] 15/2
include [7] 14/21 48/6
53/16 53/23 54/20
55/2 60/24
included [6] 7/16 9/12
25/20 31/8 33/4 44/22
includes [4] 7/22 17/9
42/13 57/2
including [3] 9/11
14/25 46/4
incorporate [1] 16/5
incur [1] 55/23
Indeed [1] 23/14
independent [1] 62/2
indicate [1] 43/23
indicated [2] 3/6 46/16
indicating [1] 25/25
indictment [4] 4/13
44/19 58/23 58/25
indirect [1] 20/24
individuals [2] 26/1
35/3
induced [3] 7/16 7/19
21/24
inexcusable [1] 39/23
infer [1] 13/16
information [1] 55/20
55/21 55/22
informative [1] 43/8
initially [2] 27/19 27/24
46/25
injured [1] 41/7
injuries [7] 5/11 11/22
11/24 20/2 20/4 20/6
44/15
injury [2] 5/10 20/1
inside [3] 22/3 52/4
52/4
installments [1] 55/16
instance [5] 4/5 10/24
21/11 21/19 39/16
instead [2] 40/17 47/4
institutions [1] 44/11
intend [1] 41/24 44/2
intent [8] 6/25 7/11
10/19 12/19 15/6 15/7
18/12 30/14
interaction [1] 22/6
interest [3] 31/17 55/7
55/8
interfere [1] 54/16
interfered [2] 39/19
41/14
interference [1] 15/25
interfering [2] 36/6
42/17
interpretation [1] 16/4

interview [1] 34/12
investigation [2] 43/5
57/1
involuntary [1] 57/10
involve [4] 10/4 23/15
37/12 38/22
involved [15] 4/22 5/1
8/7 9/6 17/12 21/19
30/16 32/16 32/17
49/8 49/11 50/14
50/17 51/17 52/7
involves [2] 49/2 52/19
involving [2] 20/12
37/19
irreparable [1] 42/9
irritant [1] 28/17
is [174] 2/5 3/22 4/7
4/12 4/13 4/16 4/20
4/21 4/23 4/25 5/1 5/4
5/8 5/9 5/10 5/17 5/19
5/23 7/16 9/12 9/17
10/10 10/17 10/23
11/4 11/6 11/20 11/22
12/11 12/13 12/14
14/2 14/4 14/9 14/22
14/23 14/25 15/10
15/13 15/13 15/15
15/16 15/20 16/2
16/13 16/15 16/25
17/8 17/19 17/20
17/22 18/3 18/11
18/14 18/16 18/19
18/20 20/12 20/17
20/24 21/5 21/12
21/14 22/7 22/8 22/11
22/13 22/14 22/25
23/10 23/19 23/21
23/21 23/25 24/2 24/5
24/24 25/9 25/16
25/17 25/20 25/20
25/22 26/12 26/18
26/23 27/10 27/10
27/10 27/17 28/15
28/21 29/24 30/25
31/13 31/23 32/25
33/6 33/18 33/18 34/1
34/5 34/9 35/19 36/1
36/21 36/21 36/23
36/25 37/7 37/8 37/13
37/15 37/15 37/16
37/22 37/25 38/5 38/9
38/24 38/24 39/11
42/1 42/4 42/11 43/11
43/15 43/21 44/11
44/12 44/23 46/6
46/19 46/22 47/1 47/3
47/19 48/1 48/1 48/3
48/3 48/5 48/11 49/3
49/17 52/12 52/22
53/1 53/5 55/15 56/9
56/17 56/24 57/11
57/14 57/20 58/16
59/4 59/16 59/17
59/20 59/22 60/6
60/12 60/15 60/18
60/20 60/24 61/2 62/8
62/11 62/13 62/19
63/4
isn't [3] 16/20 16/22

**I**

isn't... [1] 17/25
issue [6] 18/10 25/15
37/11 38/22 43/11
61/1
issued [1] 3/17
issues [3] 2/25 3/12
5/24
it [75] 2/25 3/4 3/9 3/10
4/22 7/10 8/12 8/18
10/8 10/13 10/15
10/24 11/13 12/25
13/12 14/12 14/12
14/18 15/3 15/16
16/13 16/15 16/22
17/16 17/20 17/23
18/3 18/3 18/5 18/9
18/23 19/12 20/23
21/14 22/13 22/22
23/17 25/16 25/25
27/10 27/20 28/23
29/25 30/4 30/8 30/24
33/20 34/9 34/18 35/5
35/8 36/3 37/7 37/14
38/5 38/17 41/6 43/12
43/24 44/2 44/11
44/18 46/14 48/3
52/13 53/1 53/22 58/3
59/20 59/22 59/25
60/2 60/6 60/18 60/25
it's [34] 6/23 7/7 10/2
10/8 10/9 10/13 11/5
14/1 16/16 16/17
17/19 17/21 18/17
19/13 19/13 19/25
21/13 23/2 25/6 25/8
26/20 27/2 32/9 33/8
34/24 37/2 39/4 39/5
47/20 47/21 59/24
59/24 60/17 60/17
its [2] 5/2 37/10
itself [2] 9/16 57/18

**J**

January [29] 6/15 8/7
8/18 8/19 20/8 20/8
22/16 27/19 30/2 30/6
30/11 30/11 30/11
30/17 31/5 31/5 34/17
35/24 39/18 40/8 41/7
41/19 41/23 42/16
44/6 44/7 44/9 46/7
47/22
January 14 [1] 31/5
January 2 [1] 30/11
January 20 [1] 31/5
January 6 [21] 6/15 8/7
8/18 8/19 20/8 20/8
22/16 27/19 30/2
30/11 30/11 34/17
39/18 40/8 41/7 41/19
44/6 44/7 44/9 46/7
47/22
January 7 [2] 30/6
30/17
JDB [1] 1/3
Jeff [1] 38/3
Jersey [9] 1/12 1/13
55/13 25/14 25/15

**I**

60/15
jibe [1] 38/13
job [6] 38/7 38/9 38/17
41/5 41/15 42/18
jobs [1] 40/12
JOHN [2] 1/8 53/19
Johnson [1] 50/18
joined [6] 45/23 49/24
50/22 50/23 51/13
51/20
joint [4] 8/22 15/19
22/8 42/18
jointly [10] 7/22 8/1 8/8
15/13 16/15 16/23
17/1 22/14 22/23 23/1
Jones [1] 10/25
JUDGE [6] 1/9 2/14
6/6 6/8 9/14 11/15
judges [1] 3/18
judgment [10] 42/15
42/22 43/17 49/3 53/1
55/11 55/18 58/5 58/6
61/15
June [1] 1/5
just [35] 9/2 9/20 9/22
10/2 12/10 12/13
14/19 15/19 16/5
17/24 18/17 18/24
19/3 22/11 27/20
27/24 28/6 28/8 28/19
32/20 33/8 34/3 34/8
36/16 39/3 39/5 52/22
53/20 53/21 58/11
58/17 60/6 60/25
61/11 62/10
justification [1] 42/1

**K**

keep [8] 7/5 7/6 20/20
29/1 29/6 29/6 45/19
45/19
Kenneth [1] 51/18
kept [1] 14/16
kind [8] 12/8 12/13
14/23 15/16 17/25
17/25 39/5 47/12
kindness [1] 40/10
kinds [1] 20/9
knew [3] 17/14 27/14
30/15
know [13] 9/4 11/4
12/9 13/14 16/4 18/7
26/24 26/25 27/1
31/23 34/5 41/6 58/8
known [1] 53/2
knows [3] 14/3 59/10
59/12

**L**

lab [2] 14/1 14/4
lab-like [2] 14/1 14/4
lack [3] 6/22 22/21
48/15
laid [1] 33/14
language [4] 15/15
16/9 16/11 22/9
large [1] 31/21
last [4] 22/8 29/25 46/1
51/24

**I**

lastly [4] 35/15 48/24
50/2 62/3
later [13] 21/24 27/21
28/6 28/9 29/19 44/25
45/5 45/12 45/21
49/14 49/23 51/23
58/18
law [16] 5/6 8/21 16/4
17/22 18/1 18/8 39/16
39/19 40/6 41/6 41/14
41/23 42/17 48/19
57/14 62/20
law-abiding [1] 62/20
lawless [3] 15/2 15/3
15/7
leader [2] 27/4 27/5
leading [2] 26/21 49/20
leads [1] 52/18
learned [2] 41/15
41/25
least [4] 9/21 13/17
15/24 54/3
leave [3] 28/20 57/22
61/1
lectern [1] 44/4
led [5] 52/11 20/5 21/10
35/11 51/21
left [4] 11/23 14/24
16/25 20/4
legal [2] 41/25 44/1
lend [1] 47/16
lending [1] 21/2
lengthy [1] 43/1
less [6] 18/17 27/13
37/18 47/22 52/8
52/11
lessons [1] 41/25
let [3] 2/22 58/8 58/21
let's [2] 17/12 52/3
letter [1] 38/16
letters [1] 43/3
level [17] 4/20 5/3 5/16
5/18 8/23 9/24 10/7
23/19 23/21 23/22
23/24 24/4 24/7 49/7
50/4 50/15 51/3
levels [2] 5/3 5/10
liability [7] 12/15 12/25
13/3 16/4 16/6 16/7
18/25
Liberty [2] 25/14 25/16
life [3] 40/11 40/19
40/22
light [3] 43/19 48/10
48/25
like [12] 3/19 12/12
14/1 14/4 20/20 24/18
36/16 38/11 39/11
50/16 51/1 58/17
likelihood [15] 15/10
55/3 60/19
likely [5] 15/3 15/3
38/7 58/6 60/17
limited [1] 52/8
line [15] 6/19 13/8 16/2
16/21 17/20 18/13
18/20 20/17 21/1 22/4
23/5 45/25 47/7 47/17

**I**

lines [1] 22/21 55/24
linked [1] 21/17
list [6] 32/6 32/13
32/15 33/2 33/6 33/9
lists [1] 9/4
little [6] 13/7 18/17
32/14 37/2 46/4 47/13
lives [1] 60/12
local [6] 53/17 53/24
60/3 60/5 60/17 60/20
locally [1] 60/1
location [4] 54/11
54/17 54/20 54/21
long [2] 32/6 38/18
longer [2] 37/2 48/5
look [9] 12/17 13/5
13/23 16/16 22/17
22/24 41/23 42/5
48/24
looked [1] 30/22
looking [5] 16/13 25/12
35/18 36/2 49/3
loose [1] 23/4
lose [1] 38/7
lot [4] 39/1 39/15 50/11
52/23
loud [1] 14/5
love [1] 40/10
low [1] 33/20
low-end [1] 33/20
lower [11] 6/14 26/21
27/7 27/16 27/17
28/24 29/22 30/1 45/1
45/4 45/22
lowest [1] 24/2

**M**

made [15] 8/12 12/7
12/7 14/20 18/13 21/7
24/12 30/5 30/10
38/16 39/18 42/10
43/7 46/24 56/14
magnitude [1] 40/3
maintain [1] 54/15
make [28] 6/13 7/1
7/10 7/20 8/10 10/19
11/3 16/9 16/11 16/21
26/8 27/2 30/24 35/5
36/20 40/18 41/22
42/5 43/25 44/21
53/21 54/5 55/5 58/17
59/14 59/19 60/4
60/19
makes [5] 11/5 20/18
22/22 34/21 37/8
makeshift [1] 49/21
making [6] 5/5 7/12
26/21 38/8 46/25 60/9
manage [1] 48/5
mandatory [5] 3/24 4/6
53/11 53/16 53/23
manual [3] 3/22 3/22
4/17
many [7] 6/18 6/20
23/10 27/5 40/3 44/5
47/19
marched [1] 26/3
matter [2] 2/18 63/6
may [10] 2/8 4/25 6/6

**I**

54/20 55/8 55/21
57/15
maybe [4] 13/1 18/19
18/20 37/2
me [16] 2/22 5/22 8/19
12/12 18/3 35/25 40/9
42/3 42/23 52/23
52/23 53/18 58/8
58/21 61/1 61/12
mean [4] 15/22 16/10
16/10 19/13
means [2] 17/15 57/24
meant [1] 8/16
meantime [1] 61/20
media [3] 50/24 51/10
51/20
medical [1] 54/24
medium [2] 60/16
60/16
member [5] 15/20
15/21 15/23 17/13
62/20
members [4] 15/24
17/7 17/11 17/14
memo [21] 6/9 7/13
9/3 9/5 9/8 14/22
24/25 25/16 25/21
26/11 28/12 29/25
31/7 31/24 32/5 33/23
34/4 34/21 35/1 35/10
38/2
memoranda [2] 5/24
43/2
memorandum [1]
38/16
memos [2] 2/19 2/21
men [15] 7/5 7/5 7/6
17/19 18/9 20/21
28/20 29/2 29/2 29/6
29/7 29/7 45/19 45/19
45/20
mental [1] 54/25
mentioned [2] 29/15
52/13
mercy [1] 42/24
message [4] 30/24
31/1 31/3 35/4
messages [3] 30/23
31/10 46/3
methods [1] 56/3
mid [1] 33/19
might [10] 11/17 14/23
15/5 17/16 18/12 22/2
55/13 59/6 59/22
60/16
military [1] 31/22
million [1] 43/13
mind [3] 15/24 18/12
61/25
minimal [1] 47/14
52/19
minimum [3] 59/10
59/13 59/15
minute [4] 28/9 45/5
45/12 45/23
minutes [8] 27/21 28/6
29/19 29/21 29/24
44/25 45/8 45/14

## M

misdemeanor [2] 33/12 38/21
misdemeanors [1] 34/1
misleading [2] 32/14
mob [14] 7/11 15/20 15/21 15/23 15/24 15/24 16/5 17/9 23/10 26/9 35/11 35/14 44/14 45/9
moment [2] 3/2 42/2
moments [1] 40/16
monetary [2] 43/20 55/15
monitoring [4] 54/11 54/17 54/20 54/22
month [9] 25/2 32/1 37/16 46/19 46/25 50/17 51/2 53/5 55/16
monthly [1] 55/16
months [29] 24/5 25/3 25/6 25/10 31/13 31/21 37/2 37/18 37/18 38/9 46/22 47/2 47/4 48/5 48/7 48/7 49/6 49/11 49/19 50/5 50/20 51/4 51/5 51/11 51/18 51/19 51/25 52/8 55/17
months' [2] 36/9 52/1
more [47] 7/5 7/5 7/6 7/6 9/20 10/4 10/9 12/12 14/1 17/19 18/9 20/21 23/3 25/8 27/25 29/1 29/2 29/2 29/6 29/7 29/10 29/10 29/12 32/20 32/23 33/14 34/3 34/23 37/13 37/14 41/15 41/16 45/3 45/19 45/20 47/19 47/20 48/22 49/8 49/20 50/6 50/20 51/16 52/7 58/6 60/18 62/5
mortgage [1] 38/8
most [9] 5/21 9/23 10/8 15/24 27/18 30/2 32/19 47/22 48/20
mother [2] 40/19 46/11
mouth [1] 39/9
move [9] 7/4 17/20 26/16 27/15 45/3 45/16 51/9 51/9 51/9
moved [4] 28/1 28/9 45/6 45/12
Moving [1] 44/22
MPD [4] 45/7 45/9 45/13 45/25
Mr [1] 2/16
Mr. [23] 2/13 2/22 3/8 6/1 12/5 14/10 19/9 19/17 23/14 24/9 24/12 24/22 26/13 36/15 36/18 38/12 38/20 39/10 58/12 58/14 59/8 60/8 61/10
Mr. Amore [11] 2/13 3/8 6/1 14/10 23/14 24/12 24/22 36/13

Mr. Hazelton [1] 38/12
Mr. One [1] 19/9
Mr. Smith [10] 2/22 12/5 19/17 24/9 36/15 39/10 58/14 59/8 60/8 61/10
Ms. [37] 2/5 2/17 2/23 3/4 11/23 13/9 13/16 13/20 17/18 18/8 18/11 20/3 20/15 22/2 22/14 22/20 24/20 37/8 37/22 38/3 38/6 38/14 39/4 39/8 39/10 47/6 50/21 52/7 52/15 57/8 58/17 60/9 60/15 61/3 61/11 61/20 62/18
Ms. Hazelton [28] 2/5 2/17 2/23 3/4 11/23 13/9 13/20 17/18 18/8 18/11 20/3 20/15 22/2 22/14 22/20 24/20 39/4 39/8 39/10 47/6 57/8 58/17 60/9 60/15 61/3 61/11 61/20 62/18
Ms. Hazelton's [9] 13/16 37/8 37/22 38/3 38/6 38/14 50/21 52/7 52/15
much [10] 10/4 17/3 19/13 33/14 34/23 46/6 60/18 61/18 62/9 62/16
multiple [4] 17/7 40/12 50/6 50/8
must [21] 3/25 30/24 35/5 39/15 53/16 53/17 53/23 53/24 53/25 54/1 54/4 54/5 54/11 54/21 55/10 55/11 55/19 55/23 56/1 56/2 58/4
my [59] 4/16 7/13 9/3 9/8 11/25 20/3 25/16 29/25 31/7 33/23 38/2 39/14 39/15 39/21 39/23 39/24 39/25 40/3 40/5 40/8 40/8 40/9 40/9 40/10 40/13 40/19 40/20 40/23 40/23 41/5 41/6 41/16 41/17 41/17 41/17 41/18 41/19 41/21 41/22 41/22 42/2 42/3 42/5 42/6 42/7 42/8 42/8 42/11 42/11 42/12 42/13 42/14 42/14 42/19 42/20 42/23 47/1 49/2 60/9

## N

nature [7] 31/12 37/9 38/9 40/8 48/2 48/13 52/13
near [3] 22/19 45/8 51/8
necessarily [1] 17/21
necessary [4] 11/6

need [19] 2/20 7/6 14/17 17/19 18/6 18/9 19/19 20/21 22/15 29/2 29/6 29/7 39/1 45/19 45/20 48/25 61/21 61/25 62/8
needed [2] 29/10 41/1
needs [2] 38/23 41/1
negatively [2] 42/7 42/8
neighboring [1] 31/4
neither [2] 5/20 19/22
nestor [5] 1/21 1/23 63/9 63/9 63/11
never [1] 40/16
nevertheless [1] 12/11
new [13] 1/12 1/13 1/18 1/18 25/13 25/14 25/15 40/12 41/3 41/10 41/24 55/23 60/15
Newark [1] 1/13
next [5] 30/6 45/8 45/13 51/1 58/19
Nicholas [2] 1/16 2/14
Nine [1] 19/10
no [39] 1/3 3/10 4/6 8/20 8/24 9/18 10/23 11/2 11/11 11/14 18/20 19/3 20/14 21/7 21/10 23/5 23/19 24/1 24/1 24/10 24/13 25/15 27/11 35/1 35/16 39/3 42/1 43/21 44/8 46/8 46/13 46/14 47/3 47/15 47/17 52/17 58/13 58/15 62/13
No. [1] 2/4
No. 21-30 [1] 2/4
noises [1] 14/5
Nolan [1] 49/10
noncustodial [2] 32/13 33/21
none [4] 9/22 10/1 16/5 50/15
nonetheless [2] 44/18 48/21
nonpolitical [1] 36/3
Northwest [2] 1/22 56/21
not [93] 2/21 3/5 3/12 3/24 4/5 6/13 6/18 7/6 7/10 7/25 8/16 9/5 9/22 9/23 10/2 10/16 10/20 11/8 11/11 11/13 14/3 14/21 16/11 17/21 17/23 18/10 20/6 20/16 20/25 21/1 21/13 21/16 22/16 23/12 23/14 23/17 25/4 27/3 27/5 28/22 29/7 29/9 29/14 29/18 30/10 30/14 32/3 32/9 33/4 33/8 33/18 33/20 34/1 34/17 34/25 35/7 35/25 36/25 37/2

39/4 40/6 40/8 41/10 43/19 44/17 45/15 45/20 46/23 47/11 47/11 47/16 47/18 48/11 49/8 53/16 53/17 53/23 53/24 55/7 55/23 56/3 56/11 57/12 58/10 59/17 59/22 59/24 61/5 61/7 62/3
note [3] 23/3 52/15 58/1
noted [3] 6/11 47/9 50/12
notes [3] 23/2 36/18 61/12
nothing [3] 2/20 12/2 19/11
notice [3] 25/19 57/25 58/4
noticed [1] 14/23
notify [2] 55/12 56/23
noting [1] 43/1
now [13] 20/8 20/10 24/18 27/9 35/21 39/11 43/23 47/1 48/10 52/21 57/8 59/4 61/12
number [1] 8/18
numerous [6] 8/5 33/10 35/21 41/2 49/11 51/17
NW [1] 63/10

## O

obey [1] 39/16
objection [1] 24/12
objections [5] 3/5 3/10 24/6 24/13 44/1
objective [1] 23/4
obligation [3] 4/16 56/24 62/19
obligations [3] 55/1 56/19 62/18
observed [2] 29/9 30/18
observes [1] 18/8
obstruct [1] 56/3
obstructing [1] 4/22
obviously [3] 10/16 24/24 46/9
occasion [2] 20/21 20/21
occasions [1] 47/13
occur [2] 8/13 15/4
occurred [2] 21/13 44/9
off [4] 31/8 38/9 49/13 51/14
offense [34] 4/19 4/20 4/22 4/24 5/1 5/3 5/16 8/24 12/19 12/19 15/8 17/8 17/10 19/20 20/11 20/12 23/12 23/19 23/20 23/21 23/24 24/4 24/7 25/12 31/12 31/12 33/15 33/21 36/21 37/9 44/19 47/23 48/14

offenses [2] 3/21 44/7
offered [3] 38/2 42/23 50/10
office [15] 1/11 5/15 46/21 49/23 51/22 53/12 54/22 55/21 55/22 55/25 56/6 56/25 57/2 57/6 59/8 59/22
officer [16] 2/6 2/7 8/21 8/25 10/25 11/1 14/16 18/8 20/16 21/21 51/21 54/5 54/14 54/18 55/2 55/19
officer's [2] 49/15 49/22
officers [41] 4/22 5/6 5/12 6/14 6/17 6/20 7/10 8/10 8/14 9/16 9/19 10/19 11/22 17/22 18/1 20/6 21/11 21/17 22/6 28/4 28/5 33/4 33/4 37/13 39/19 41/6 41/14 42/17 45/7 45/10 45/13 45/25 47/15 47/17 49/15 49/16 50/8 50/23 50/24 51/15 51/23
Official [2] 1/21 63/10
Oftentimes [1] 35/22
okay [3] 16/25 60/14 62/14
omissions [1] 7/15
once [2] 45/18 62/1
one [35] 3/19 4/12 4/25 5/13 6/18 8/1 9/1 12/16 13/14 13/20 15/10 16/14 19/7 19/9 19/25 20/21 27/18 28/9 29/4 30/23 32/18 35/4 39/2 39/4 43/24 46/22 47/13 49/3 49/11 50/16 54/2 59/5 59/13 59/16 61/1
only [14] 5/18 9/3 13/8 16/25 27/5 36/19 43/24 50/12 51/25 52/5 52/8 52/19 59/10 61/1
open [52] 52/2 55/23
operation [1] 54/16
opportunity [2] 43/25 58/16
options [1] 53/13
order [5] 4/17 9/19 57/3 60/24 61/2
ordered [6] 43/15 43/16 53/7 54/19 55/1 55/5
ordinarily [2] 37/24 38/4
organization [2] 17/12 17/14
organizer [1] 40/25
original [1] 15/7
other [43] 2/25 3/23 4/9 5/8 7/20 8/8 9/6 10/21 11/9 13/25 15/12 17/15 20/8

**O**

other... [30] 20/19 22/6
22/19 24/11 24/16
26/24 27/5 28/10
28/13 31/15 33/10
33/23 35/3 36/18
36/22 39/9 40/10
41/20 45/14 50/11
52/3 52/20 54/7 55/1
55/3 57/11 58/9 58/22
58/25 59/2
others [15] 5/11 7/24
8/1 8/12 18/24 18/25
20/17 21/2 21/17
22/20 36/7 44/17
47/14 47/20 48/23
others' [1] 5/4
otherwise [2] 54/19
62/6
our [11] 12/7 28/15
30/12 30/13 31/14
35/7 35/7 44/10 44/12
46/5 51/15
ourselves [1] 40/22
out [21] 7/13 9/2 12/22
14/24 28/7 28/18
29/13 29/15 29/16
29/22 32/6 33/14 34/5
35/15 35/15 38/21
39/19 42/3 45/15
48/13 50/21
outside [8] 20/20 21/16
27/25 28/23 28/24
45/2 45/18 49/24
over [6] 6/24 41/2
41/18 42/4 42/10
55/17
overcame [1] 40/11
overcharged [1] 33/1
overcome [1] 33/1
own [2] 7/7 37/10

**P**

p.m [7] 2/1 27/20
27/21 29/23 29/23
45/17 62/25
pack [3] 27/22 28/2
51/13
packet [1] 43/3
paid [1] 56/24
painful [1] 41/17
paper [1] 52/23
papers [1] 11/19
paperwork [1] 58/7
parading [1] 33/12
parent [1] 40/20
parents [1] 40/25
park [1] 31/3
part [11] 11/13 20/10
31/1 31/21 35/13
43/17 46/11 47/5 51/8
53/12 57/15
participant [1] 47/6
participants [1] 23/6
participate [3] 30/15
34/12 54/11
participated [1] 44/14
particularly [6] 6/23
22/11 23/6 31/16

passion [1] 42/2
past [3] 22/21 41/21
49/16
patriots [1] 51/6
pauperis [1] 57/23
pay [7] 53/7 55/7 55/10
55/13 55/14 56/12
62/12
payable [1] 56/19
payment [2] 55/14
55/16
payments [3] 38/8
55/11 56/14
peace [1] 41/24
peaceful [3] 41/2 41/9
44/12
Pelosi's [1] 51/22
penalties [3] 55/8
55/15 62/6
penalty [3] 43/20 55/10
55/13
people [23] 7/9 13/1
14/5 17/6 17/20 17/21
17/22 18/23 19/1 19/2
19/6 19/9 22/3 27/25
29/1 29/1 29/10 29/14
31/2 33/25 34/1 40/10
41/20
people's [1] 13/23
pepper [1] 26/15
pepper-spraying [1]
26/15
perceived [1] 35/1
perhaps [6] 13/2 33/19
48/20 48/23 58/6 58/7
period [13] 38/18 42/4
47/3 47/4 47/5 47/21
48/20 52/19 53/6
54/12 54/17 55/17
59/25
periodic [1] 54/3
periods [1] 52/8
person [2] 13/2 19/8
personally [1] 47/11
phone [6] 26/6 26/7
26/12 28/13 28/22
31/9
photo [2] 25/20 25/22
photographs [1] 31/8
phrase [1] 30/8
physical [35] 5/1 5/6
6/13 6/16 6/22 7/1 7/9
7/12 7/14 7/20 8/10
8/13 8/20 8/24 9/15
9/18 10/19 16/20 18/1
18/17 20/12 20/15
21/7 21/11 21/20
21/24 22/5 23/7 23/15
37/19 47/15 49/7 50/4
50/15 51/4
physically [2] 6/21 7/10
pinnacle [1] 44/12
place [6] 11/23 30/25
40/18 50/6 54/15 59/5
placement [1] 54/2
Plaintiff [2] 1/3 1/11
plan [4] 23/1 35/2 41/2
41/21

plea [12] 11/14 34/13
44/19 46/9 50/3 50/14
51/2 57/8 57/10 57/12
57/16 57/16
plead [1] 31/19
Please [1] 6/7
pleased [1] 24/20
pled [2] 4/11 4/13
PLLC [1] 1/16
plus [2] 23/1 25/1
podium [1] 6/6
point [27] 5/21 7/13
11/5 11/5 11/17 12/13
13/22 14/14 14/16
14/19 17/3 17/17 18/6
28/3 29/9 29/12 33/23
34/21 36/20 37/3 37/7
43/13 58/8 59/12
pointed [3] 9/2 12/22
38/21
points [7] 12/6 24/1
34/3 34/4 34/5 35/15
35/15
police [46] 6/21 7/2
13/8 16/2 16/21 17/23
18/2 20/2 20/6 20/15
20/17 21/2 22/4 22/22
22/6 22/21 23/5 23/7
26/8 27/6 27/16 27/23
28/17 30/10 30/12
30/19 34/19 35/7 36/3
36/6 37/12 41/3 41/5
47/7 47/9 47/15 49/12
49/21 50/8 50/23
50/24 51/7 51/8 51/14
51/16 51/17
policy [1] 37/23
political [2] 35/16 46/2
politics [1] 35/18
poor [1] 41/17
position [4] 11/12
11/14 61/4 61/6
positioning [1] 54/20
positions [1] 51/15
positive [1] 42/5
possess [1] 53/25
possessed [1] 5/2
possible [4] 40/20
59/20 59/22 61/14
possibly [2] 30/1 42/9
post [1] 30/11
posted [1] 25/20
posts [5] 47/13 47/14
50/25 51/10 51/20
potential [3] 12/17
13/21 21/12
potentially [1] 30/16
pour [1] 29/12
power [1] 44/13
pre [1] 30/10
preapproved [1] 55/2
preliminary [1] 43/10
prepare [1] 57/25
prepared [1] 38/15
preparing [1] 42/13
preponderance [1]
13/19

presence [3] 26/8 36/3
36/24
present [2] 2/5 57/20
presentence [7] 2/24
3/4 3/12 43/5 53/13
56/25 57/5
preserving [1] 42/14
presidential [1] 44/13
presumably [1] 58/2
presumption [1] 4/6
pretty [4] 10/4 46/6
46/10 47/14
primarily [2] 6/9 21/4
primary [1] 46/1
principal [9] 12/15
12/15 12/23 13/1 13/4
14/8 15/18 19/2 19/7
principal's [2] 12/19
13/5
principals [1] 13/21
principle [2] 15/16 21/8
prior [2] 24/1 46/8
prison [1] 34/10
Prisons [2] 53/4 59/22
probably [3] 18/3 26/19
59/20
probation [28] 2/6 2/7
5/15 6/3 6/4 11/18
11/20 11/22 11/25
12/3 14/16 46/21 47/4
52/1 53/12 54/5 54/14
54/18 54/22 55/19
55/21 55/25 56/6
56/25 57/2 57/6 59/8
59/20
probation's [1] 11/12
probationary [4] 32/13
33/11 47/5 52/9
problem [1] 22/13
problematic [1] 16/2
Procedure [1] 3/14
procedures [1] 54/22
proceeding [1] 62/8
proceedings [3] 2/1
57/11 63/5
process [3] 35/12
41/25 58/2
program [2] 54/12
62/11
progress [4] 42/10
56/5 56/7 56/9
prohibited [1] 56/2
promote [1] 48/19
proof [1] 16/6
proper [2] 4/3 24/17
property [4] 9/7 34/7
34/22 47/12
proposition [1] 12/9
protecting [1] 51/21
protest [2] 30/15 36/3
protester [1] 17/5
protesting [1] 26/4
provide [2] 40/20 55/19
provided [1] 52/22
provides [4] 19/11
32/15 32/21 33/9
proving [2] 17/3 19/12
provision [3] 15/14

provisions [1] 52/25
proximity [1] 21/22
PTSD [1] 31/22
pulled [1] 52/2
pulling [1] 37/13
punching [1] 33/4
punishment [1] 39/25
purpose [1] 41/24
purposes [4] 16/14
31/16 48/2 52/20
pursuant [3] 3/13
34/13 52/24
pursue [1] 29/15
push [7] 8/10 13/10
13/10 21/25 28/14
45/9 47/17
pushed [6] 11/1 49/13
49/14 49/15 49/21
51/8
pushing [20] 7/6 13/8
13/15 20/16 20/16
20/20 20/25 21/3
21/12 21/17 22/4 28/3
29/7 33/4 37/12 45/19
45/24 50/7 50/23
51/22
put [7] 29/24 31/9
35/17 35/18 39/8 49/4
61/15

**Q**

qualifies [2] 59/13
59/18
qualify [1] 57/23
question [7] 10/23
16/25 22/14 44/8 59/8
59/17 61/2
questions [4] 2/25 3/7
36/11 39/9
quite [4] 10/3 30/8
44/15 47/10
quote [1] 46/4

**R**

racks [3] 47/16 49/13
49/14
raised [1] 40/9
raises [1] 5/16
rally [3] 26/3 41/4 41/9
random [1] 54/2
range [14] 5/17 9/10
24/3 24/8 25/3 25/5
32/1 32/3 32/10 32/10
49/5 50/5 50/17 51/2
ranges [1] 3/20
rationale [1] 52/22
Rau [1] 33/23
reach [3] 8/18 15/19
23/9
reached [2] 12/21 13/4
read [4] 11/19 17/24
43/4 52/21
ready [1] 42/21
real [1] 18/20
reality [1] 39/6
really [6] 22/11 22/23
35/25 37/21 41/19
52/13
reason [1] 58/9

**R**

reasonably [7] 8/3 8/12
15/16 16/18 16/20
18/1 18/3
reasons [5] 25/9 36/8
37/25 37/25 58/9
rebuttal [1] 34/3
receive [1] 56/8
received [14] 2/19 2/23
3/3 3/9 30/24 31/20
31/21 33/10 43/1
49/19 50/18 51/4
51/18 51/25
recent [1] 40/23
reckless [1] 39/24
reckoning [1] 42/4
recommend [1] 46/23
recommendation [6]
59/19 60/4 60/6 60/10
60/10 60/20
recommendations [1]
60/23
recommended [1]
53/12
recommending [1]
46/22
record [1] 2/10
recorded [3] 26/6 26/7
49/25
records [1] 49/1
recounted [1] 30/17
reentered [1] 45/21
reentry [1] 56/5
reference [1] 31/16
referenced [1] 20/2
references [2] 8/5 35/1
referred [1] 29/25
referring [2] 4/4 35/8
reflect [2] 40/8 48/18
reflecting [1] 40/4
reflection [1] 42/4
Reform [2] 3/15 52/24
refrain [1] 53/25
regardless [1] 6/22
regression [1] 42/9
regret [2] 39/24 42/17
rejoined [1] 51/22
relationships [1] 42/14
relatively [2] 6/8 9/3
release [8] 36/9 42/12
48/7 53/6 55/20 56/4
56/25 62/5
relevant [7] 4/9 7/17
7/22 16/13 22/25
24/16 43/16
relies [1] 21/4
religious [1] 54/24
rely [1] 16/11
relying [2] 6/9 11/22
remaining [3] 2/25
58/25 61/1
remarks [1] 21/10
remember [1] 21/14
remorse [6] 34/17 39/7
39/14 46/16 48/16
52/16
remorseful [3] 34/6
34/9 34/10
remove [1] 47/16

repercussions [1]
41/17
report [12] 2/24 3/4
3/12 43/5 53/13 56/7
56/9 57/1 57/5 61/3
62/1 62/1
REPORTED [1] 1/21
Reporter [2] 1/21
63/10
representations [1]
38/15
represented [1] 11/21
representing [1] 58/1
request [10] 37/16
42/24 47/1 57/23
58/17 59/5 59/5 59/6
59/14 61/10
requested [1] 55/20
requesting [1] 47/2
require [2] 23/3 46/12
required [4] 43/15
54/15 54/19 56/10
requirement [1] 18/16
requirements [1] 54/13
residence [5] 54/15
54/23 57/3 59/16
59/24
resorted [1] 40/16
resources [1] 41/1
respect [17] 2/25 5/24
11/12 15/25 20/8
20/10 22/11 23/6 32/5
33/16 38/17 39/15
43/10 48/19 55/4
58/22 59/4
respectful [1] 34/14
responded [2] 14/12
31/3
responding [1] 35/4
response [1] 35/6
responsibilities [8] 38/6
38/14 38/17 38/19
46/10 48/17 55/4
62/22
responsibility [5] 23/23
39/23 46/12 46/15
52/16
responsible [2] 17/6
42/20
rest [1] 12/8
restitution [11] 36/10
43/11 43/11 43/15
43/19 43/22 48/8 54/6
54/8 55/5 56/14
restricted [4] 27/1
27/13 49/14 54/23
result [2] 21/25 40/5
resulted [3] 6/16 25/7
44/15
results [1] 23/23
retreat [4] 28/7 29/17
45/15 45/16
retrospectively [1]
18/11
return [3] 42/14 57/5
62/19
review [1] 2/24
reviewed [4] 3/4 3/10

reviewing [1] 48/10
revolution [3] 30/7
34/19 46/5
right [12] 3/11 11/3
11/8 19/19 24/14 27/9
42/25 57/13 57/22
61/9 61/19 62/15
rights [2] 57/15 57/17
riot [12] 6/20 6/20 6/21
25/23 27/23 27/24
35/2 35/11 44/9 49/15
49/22 49/25
rioter [4] 10/25 17/5
21/21 47/9
rioters [30] 6/19 7/20
8/8 8/18 13/8 20/19
20/19 22/6 22/19
22/22 23/10 27/5
27/19 27/22 28/3
28/10 28/13 29/8
29/10 29/12 45/1 45/3
45/9 45/15 45/23
49/24 50/22 51/7
51/13 52/3
riotous [1] 35/14
riots [1] 52/4
RMR [2] 1/21 63/9
roads [1] 31/1
Robert [2] 2/7 31/20
50/2
Romero [3] 9/9 49/17
49/19
rotunda [1] 51/9
rule [2] 3/13 17/3
run [1] 44/7
rushed [1] 6/19
rushing [1] 50/22

**S**

Sad [1] 30/8
said [8] 14/17 21/5
23/19 24/14 29/6
30/24 61/23 62/20
Sam [1] 10/25
same [4] 3/7 9/10
15/16 61/20
saw [1] 51/13
say [18] 6/3 7/14 10/20
10/25 11/19 12/25
13/22 15/19 15/22
17/12 18/24 22/22
31/17 34/24 38/2 43/1
39/11 45/18 46/19
saying [1] 13/9 26/14
28/14 34/21 35/6 46/4
62/4
says [8] 16/13 17/4
18/9 20/18 26/18 29/7
30/18 37/23
scarf [1] 25/25
scene [2] 11/23 18/11
scheduled [2] 2/3
55/11
scheme [1] 23/1
school [3] 40/12 40/14
61/12
schooling [1] 46/12
scope [3] 8/1 16/16
16/22

section [17] 4/10 4/15
4/20 4/21 5/9 7/14
7/21 20/12 23/22
24/16 30/2 36/18
47/24 48/10 49/6
52/25 53/9
sections [2] 27/18 54/7
secure [1] 40/21
security [2] 59/15
60/16
seditious [2] 17/6
17/12
see [7] 13/23 13/24
16/16 20/14 20/23
22/13 29/13
seeing [2] 28/7 29/4
seek [1] 11/9
seeking [4] 6/11 11/9
25/2 25/9
seeks [1] 36/8
seem [1] 23/3
seems [1] 18/3
seen [2] 13/2 25/22
senator's [1] 49/23
sense [1] 11/20
sensed [1] 41/11
sent [2] 46/3 53/20
sentence [54] 3/18 4/1
4/3 4/6 4/7 24/17 25/2
25/10 31/12 32/13
32/13 33/20 33/22
34/10 35/20 36/6 36/8
37/11 38/22 43/8
43/18 43/23 44/1 44/3
46/19 46/22 47/25
48/5 48/6 48/10 48/11
48/18 48/24 48/25
49/11 49/19 50/19
52/7 52/9 52/10 52/19
52/21 54/8 57/3 57/13
57/14 57/18 58/10
59/4 59/23 60/5 60/11
60/24 61/3
sentenced [2] 9/2 53/5
sentences [3] 33/11
33/24 37/12
sentencing [22] 1/8 2/3
2/18 2/19 3/15 3/17
3/20 3/24 14/22 24/8
24/14 25/21 28/12
31/17 34/24 38/2 43/1
46/18 46/20 52/24
53/1 53/12
sentencings [1] 35/21
September [3] 61/13
61/13 61/16
series [1] 3/7
serious [22] 10/4 10/9
17/8 33/15 34/24
35/19 36/5 44/7 44/17
44/18 47/19 47/20
47/22 49/9 49/20 50/6
50/24 51/10 52/7
52/11 61/23 62/6
seriousness [2] 25/12

11/18 16/23 19/25
21/4 32/21 33/9 44/2
49/17 53/18
serve [3] 53/5 60/5
60/11
served [2] 59/23 60/1
service [3] 31/22 54/16
61/3
services [1] 54/24
session [1] 42/18
set [6] 3/20 13/19
30/19 32/21 48/12
49/3
sets [3] 32/6 33/2 49/3
setting [7] 10/9 14/1
14/2 14/4 20/7 20/9
59/13
settings [1] 23/13
Seven [1] 19/10
several [3] 30/10 50/23
50/24
severe [3] 37/13 37/14
50/20
severely [2] 42/7 42/8
shall [7] 53/10 54/9
54/12 56/14 56/22
56/25 57/5
share [2] 41/24 55/21
shared [3] 6/24 8/9
10/18
she [111] 4/13 6/24
6/25 7/3 7/4 7/4 7/9
7/11 8/7 8/9 10/23
18/12 18/13 18/25
19/1 20/4 20/17 20/17
20/18 20/19 20/20
22/5 25/25 26/1 26/5
26/6 26/8 26/18 26/18
27/25 28/8 28/9 28/18
28/18 28/24 28/24
29/2 29/6 29/7 29/9
29/19 29/20 29/20
29/25 30/4 30/5 30/6
30/7 30/10 30/11
30/14 30/15 30/15
30/17 30/18 30/18
30/23 31/7 34/6 34/7
34/11 34/12 34/14
34/17 34/18 34/19
34/21 34/23 34/23
35/1 35/8 35/9 35/12
36/1 36/4 36/4 36/5
38/6 44/20 44/21
44/25 45/1 45/5 45/8
45/11 45/12 45/14
45/15 45/16 45/18
45/18 45/21 45/23
46/1 46/3 46/8 46/8
46/13 46/14 47/11
47/11 47/15 47/23
52/17 59/1 59/14
59/17 59/25 60/12
61/8 61/13
she's [3] 26/19 26/20
29/1
sheet [1] 55/11
shield [2] 49/16 49/22
shields [5] 6/20 25/23
27/24 28/4 35/4
shifted [1] 40/23

short [4]  4/8 48/20
59/23 59/25
shot [3]  30/7 34/18
46/5
should [15]  5/20 10/6
25/1 31/9 35/18 37/9
37/24 38/2 41/11
42/15 43/15 43/16
58/10 59/6 61/2
shouted [4]  7/4 7/4
14/7 21/22
shoved [1]  49/16
shoving [2]  49/13
50/22
show [5]  8/7 10/18
20/16 21/1 47/18
showing [8]  15/1 18/7
18/10 19/6 21/24
30/13 33/9 35/2
shows [1]  28/23
shut [1]  52/2
side [3]  12/10 30/12
35/7
sign [1]  27/11
significant [7]  6/16
35/23 37/15 40/11
43/12 44/15 62/22
significantly [2]  5/16
52/6
similar [5]  23/13 39/3
41/9 49/1 49/2
similarly [1]  5/8
simpler [1]  13/7
simply [11]  12/25 14/7
26/24 27/3 27/11
27/13 29/17 30/14
30/15 35/11 47/20
since [2]  11/17 40/3
sincere [2]  46/16 48/16
single [3]  17/5 32/18
37/4
situation [6]  33/16
33/17 33/19 39/6
39/21 48/16
six [6]  4/12 19/10
27/21 31/12 31/21
37/16
six-count [1]  4/12
six-month [1]  37/16
skull [1]  25/25
sky [1]  14/8
slightly [1]  52/6
slippery [1]  21/20
slope [1]  21/20
smaller [1]  13/8
smashed [1]  50/21
smashed-out [1]  50/21
Smith [14]  1/16 1/16
2/14 2/16 2/22 12/5
19/17 24/9 36/15
39/10 58/14 59/8 60/8
61/10
so [55]  2/22 4/18 5/3
5/10 5/21 6/22 7/7 9/1
9/17 10/6 11/2 12/8
12/12 12/25 13/3 13/6
14/19 15/5 15/10 17/8
17/10 18/7 18/14

23/8 23/18 24/6 25/11
29/13 30/21 31/2 31/3
32/20 33/6 33/12 34/7
37/2 37/15 39/9 43/17
43/23 44/5 46/18
47/25 50/9 50/16 52/6
52/15 57/23 58/8 59/2
59/12 61/13
social [3]  50/24 51/10
51/20
society [3]  42/14 62/20
62/20
solely [1]  38/19
some [23]  14/17 16/6
17/6 17/11 17/15
20/18 20/18 26/2 28/4
28/4 29/13 34/4 44/21
45/2 45/23 46/3 46/10
47/10 47/14 51/10
57/11 57/17 62/18
somehow [1]  57/10
someone [4]  9/2 13/1
17/13 28/22
something [8]  14/21
16/11 38/24 39/11
48/2 48/3 48/4 58/22
sometime [1]  45/21
somewhat [3]  5/8 9/17
10/4
sons [5]  25/14 25/15
40/24 42/8 46/10
soon [2]  41/11 58/7
sorry [4]  9/24 29/20
39/20 41/8
sort [2]  12/24 20/24
sought [6]  9/23 10/7
10/9 20/7 23/12 23/16
speak [3]  10/17 17/8
38/3
special [11]  4/24 19/20
20/11 23/12 23/19
38/23 39/2 41/1 48/8
53/7 54/9
specific [9]  3/21 10/17
10/24 16/11 17/18
19/23 21/12 22/18
33/3
specifically [7]  4/23 7/3
10/11 19/1 29/11
30/23 48/22
specified [1]  54/22
spectrum [1]  40/24
speech [6]  14/25 15/2
21/15 22/12 36/23
37/14
spend [1]  35/22
spent [2]  39/15 40/3
spraying [1]  26/15
stain [1]  41/9
stand [3]  25/17 39/13
42/21
standard [5]  13/19
14/22 15/6 15/9 15/15
standing [2]  2/7 13/9
start [3]  6/1 24/22 43/1
started [1]  27/22
starting [1]  61/12
state [4]  25/13 31/4

stated [4]  30/11 58/9
58/11 60/25
statement [3]  18/13
37/23 42/23
statements [11]  6/23
6/24 7/7 21/14 21/15
21/15 26/7 30/5 30/10
44/21 44/22
states [11]  1/1 1/2 1/9
1/11 2/4 2/12 2/12
3/16 3/17 7/22 39/20
41/8 56/6 56/15 57/2
statute [1]  54/7
statutes [1]  41/6
statutory [1]  57/12
stay [1]  42/3
stayed [1]  42/16
stays [1]  29/20
step [2]  12/21 13/4
STEPHANIE [5]  1/5
2/4 2/15 11/1 53/2
steps [3]  26/21 31/6
31/7
still [2]  25/6 37/7
stop [5]  7/5 26/16
26/16 35/6 44/23
storming [3]  27/9 28/19
44/23
straightforward [1]
23/25
Street [1]  1/12
stretch [1]  12/24
stretched [1]  17/4
strong [1]  46/9
strongly [1]  47/7
struck [1]  5/12
studied [1]  43/6
stun [1]  5/12
subject [5]  31/25 36/11
61/23 62/1 62/5
submit [5]  24/25 38/4
54/2 56/1 56/7
submits [1]  7/18
submitted [6]  6/9 7/8
26/11 28/11 28/21
38/16
substance [5]  53/25
54/1 54/25 56/1 56/2
such [9]  11/2 22/19
38/9 41/4 45/18 56/23
57/19 59/25 60/12
suffered [3]  5/12 5/13
31/22
sufficient [5]  13/10
13/12 18/24 19/3
48/11
sufficiently [1]  21/16
suggest [1]  33/7
suggesting [2]  31/1
31/9
suggests [2]  32/16
35/10
suite [3]  1/13 1/18
51/22
sum [1]  46/6
superseding [2]  4/12
58/22
supervised [4]  36/9

supervision [5]  53/10
53/15 54/3 56/8 59/6
support [7]  40/13 41/1
46/9 46/9 52/15 52/16
62/21
supported [1]  20/5
Supreme [1]  3/23
sure [5]  26/23 27/17
35/22 46/23 53/21
surgery [1]  51/21
surrender [2]  61/13
61/16
survived [1]  40/16
sustained [1]  5/9
swearing [1]  38/5
sympathetic [1]  33/18
system [3]  44/12 54/21
59/12

T
tactical [5]  25/22 25/23
25/24 35/3 35/3
take [8]  11/11 11/14
25/6 25/19 37/24 38/9
39/23 51/7
taken [2]  28/22 37/9
takes [2]  25/15 48/3
taking [3]  28/4 30/25
31/8
talk [2]  31/14 50/12
talking [3]  9/22 17/15
35/23
tammy [5]  1/21 1/23
63/9 63/9 63/11
tamper [1]  56/3
taunted [1]  51/14
teaching [1]  39/15
tear [2]  14/6 26/15
tear-gassing [1]  26/15
technology [1]  54/13
telephone [1]  54/15
tell [1]  33/11
ten [10]  13/8 13/15
13/21 13/21 13/23
13/24 19/6 19/7 19/9
19/10
term [3]  34/15 38/6
53/4
termination [1]  57/7
terms [8]  2/20 8/17
22/16 22/24 22/25
34/13 44/8 48/13
terrace [13]  6/14 26/22
27/7 27/16 27/18
28/25 29/23 30/1 45/1
45/4 45/22 47/8 51/9
terrible [2]  39/18 39/22
test [1]  54/2
testing [2]  56/1 56/3
tests [1]  54/3
text [1]  46/3
than [25]  2/25 9/20
12/7 12/12 13/20
18/17 23/4 23/10
24/11 32/20 37/2
37/14 37/18 38/13
47/19 47/20 47/22
48/5 48/12 50/20 52/7
58/9 59/1 60/18 62/6

that [395]  2/21 3/5
3/12 3/16 3/20 4/6
4/12 4/13 4/17 4/21
4/25 5/1 5/3 5/4 5/9
5/11 5/12 5/20 6/9
6/12 6/17 6/19 6/24
6/25 7/1 7/3 7/11 7/12
7/14 7/18 7/20 7/22
8/2 8/4 8/6 8/7 8/8 8/9
8/13 8/18 9/4 9/5 9/11
9/12 9/17 9/18 10/2
10/18 10/20 10/20
10/24 11/1 11/2 11/4
11/6 11/6 11/12 11/14
11/18 11/21 11/22
12/19 12/19 12/21
12/25 13/2 13/4 13/10
14/2 14/7 14/7 14/15
14/19 14/21 14/23
14/24 15/1 15/3 15/3
15/5 15/10 15/13
15/14 15/18 15/20
15/22 16/2 16/7 16/9
16/11 16/11 16/11
16/13 16/18 16/21
16/22 16/24 17/3 17/3
17/7 17/9 17/9 17/13
17/17 17/18 17/25
17/25 18/2 18/3 18/6
18/7 18/10 18/12
18/15 18/15 18/19
18/22 19/2 19/8 19/11
19/11 19/22 19/23
20/2 20/5 20/11 20/14
20/25 21/4 21/6 21/10
21/13 21/13 21/14
21/18 21/20 21/24
22/10 22/11 22/13
22/16 22/22 22/24
23/15 23/20 23/23
25/1 25/5 25/7 25/7
25/9 25/18 25/20
25/21 25/22 25/22
25/24 25/25 26/1 26/2
26/2 26/7 26/8 26/14
26/18 26/24 26/25
26/25 27/2 27/5 27/6
27/8 27/11 27/15
27/18 27/22 28/3 28/8
28/13 28/17 28/23
29/8 29/8 29/9 29/9
29/10 29/12 29/17
30/3 30/4 30/6 30/12
30/14 30/16 30/24
31/1 31/1 31/2 31/3
31/3 31/11 31/11
31/22 31/23 32/12
32/15 32/22 32/25
33/1 33/2 33/3 33/6
33/6 33/9 33/18 33/21

that... [176]  34/5 34/6 34/7 34/11 34/21 35/1 35/2 35/5 35/6 35/7 35/8 35/10 35/12 35/13 35/13 36/1 36/1 36/2 36/5 36/19 36/19 36/20 36/21 36/21 36/22 36/25 37/1 37/2 37/3 37/6 37/8 37/9 37/12 37/15 37/15 37/16 37/18 37/23 37/23 38/5 38/5 38/9 38/20 38/22 38/24 38/24 39/1 39/15 39/21 39/21 41/6 41/8 41/9 41/16 42/10 42/19 42/23 43/1 43/5 43/7 43/14 43/17 43/19 43/21 43/21 44/3 44/8 44/9 44/12 44/14 44/14 44/17 44/22 44/22 45/3 45/7 45/11 45/14 45/23 46/3 46/3 46/6 46/12 46/14 46/23 46/24 47/5 47/6 47/8 47/18 47/18 47/25 48/1 48/2 48/3 48/4 48/6 48/10 48/11 48/11 48/18 49/2 49/4 49/21 50/9 50/11 50/25 51/8 51/20 51/21 52/10 52/10 52/13 52/17 52/18 52/19 52/21 52/22 53/2 53/5 53/16 53/23 54/16 54/20 55/7 55/8 55/12 56/6 56/11 56/16 57/9 57/11 57/20 57/24 58/1 58/2 58/6 58/9 58/18 58/24 59/8 59/10 59/11 59/12 59/13 59/14 59/19 59/22 60/4 60/7 60/8 60/9 60/12 60/14 60/15 60/21 60/23 60/23 60/24 61/1 61/2 61/2 61/4 61/7 61/9 61/12 61/16 61/19 61/21 61/25 62/6 62/7 62/7 62/15 62/23 63/4 that's [34]  3/13 4/2 5/14 6/9 8/16 11/5 14/9 15/7 15/22 19/5 19/15 20/1 20/12 21/8 26/12 29/3 32/4 32/11 33/4 33/13 33/19 34/15 34/23 35/24 36/11 39/3 41/10 43/7 46/20 51/12 51/24 58/19 61/9 61/14 their [16]  5/23 8/11 9/14 9/19 25/17 26/9 28/4 28/10 29/15 38/8 39/20 41/1 41/15 42/18 46/11 59/11 them [29]  5/5 5/13 6/22 7/1 8/9 8/15 9/23

17/16 17/23 19/8 20/14 28/4 28/14 31/6 31/15 31/20 32/18 32/19 32/19 35/22 39/2 41/4 43/4 45/2 50/13 themselves [2]  2/9 49/15 then [34]  4/16 4/24 5/3 5/10 11/8 12/17 13/5 14/21 16/25 17/4 17/17 18/9 19/8 19/12 21/22 23/18 24/19 24/19 25/9 27/6 29/7 30/22 33/2 35/11 39/7 40/3 44/25 45/12 45/17 45/21 46/1 50/2 60/5 60/7 theories [8]  8/16 8/17 16/5 16/7 18/24 20/23 theory [15]  5/4 5/10 6/12 8/22 13/11 15/12 15/18 20/23 21/4 21/6 21/23 22/7 22/8 22/8 57/21 there [68]  2/24 3/20 4/24 5/10 6/19 8/6 8/12 8/20 8/24 9/15 9/18 13/7 13/18 14/4 14/5 14/13 15/15 17/20 17/22 18/7 18/14 18/20 18/20 18/23 18/25 19/6 20/14 20/23 21/5 21/11 23/19 23/21 23/25 26/2 27/20 28/10 29/4 29/5 29/10 29/14 30/5 30/9 30/12 30/16 30/25 32/19 32/23 32/25 33/7 35/8 36/3 36/22 39/9 42/1 43/11 43/11 43/13 45/8 45/22 46/3 47/20 50/11 57/11 59/4 59/10 59/11 60/12 60/20 there's [26]  2/20 4/6 9/3 9/18 9/20 9/21 11/2 12/14 13/16 14/6 14/21 15/11 17/15 19/3 19/11 20/22 20/25 21/10 27/11 37/23 39/3 39/9 44/8 46/13 47/17 59/12 thereafter [1]  54/3 therefore [9]  5/5 5/17 10/5 21/6 21/15 23/8 23/21 55/8 56/12 these [16]  5/15 5/24 8/15 8/17 18/24 19/20 20/9 20/22 22/3 32/16 35/21 36/21 38/23 39/1 51/1 62/5 they [48]  3/21 3/24 3/25 4/5 5/6 5/23 7/5 9/9 9/12 11/19 12/18 13/23 13/25 14/12 17/16 19/9 21/15

26/15 26/15 26/16 26/24 26/25 27/1 27/1 27/5 27/6 29/10 30/19 31/7 31/9 35/5 37/5 37/6 39/19 41/1 41/14 43/2 44/7 44/22 46/12 46/23 47/14 58/6 60/6 60/7 thing [2]  5/21 58/19 things [5]  16/16 20/18 43/10 45/19 52/20 think [46]  5/21 9/17 10/3 10/10 11/6 12/7 12/12 13/3 13/6 13/10 13/12 13/18 14/10 14/19 14/20 15/5 15/17 17/2 17/17 18/5 18/14 18/22 18/22 19/5 19/12 19/19 20/22 22/6 22/15 23/9 27/2 32/24 32/25 33/13 35/17 37/15 38/20 38/24 42/25 48/1 48/24 50/9 52/10 57/14 60/14 62/7 this [95]  2/2 2/6 2/18 3/19 3/22 4/4 4/19 5/21 9/17 9/19 9/24 10/6 10/7 10/10 10/17 10/23 10/25 11/13 11/14 11/17 12/11 13/6 14/3 14/4 14/5 14/11 14/16 14/16 14/23 14/24 15/23 15/23 16/8 17/1 17/9 19/23 20/6 20/7 20/9 21/7 21/18 22/2 22/6 22/22 23/8 23/12 23/13 23/16 25/12 26/23 27/3 27/4 27/9 27/10 27/10 28/15 28/20 30/21 31/13 33/1 33/13 35/18 35/24 37/25 38/25 39/13 39/16 40/5 41/25 42/2 42/4 42/10 43/9 43/13 43/15 44/4 44/5 44/16 44/23 48/1 48/14 48/22 48/24 50/16 54/17 55/13 55/17 56/12 58/8 58/16 59/23 60/11 60/19 62/8 those [68]  2/19 3/5 5/18 6/16 6/20 6/25 7/10 7/11 7/20 8/8 8/9 8/14 9/5 9/9 9/20 9/22 9/22 10/1 10/19 10/21 11/24 12/8 13/15 13/23 13/24 16/7 17/14 19/2 19/3 20/4 24/6 25/7 25/9 26/7 28/13 31/16 31/19 31/19 31/25 32/14 32/16 32/17 32/23 33/3 33/7 33/11 33/12 33/25 33/25 34/8 36/8 36/19 41/10 43/4 49/5

50/15 50/16 52/6 52/12 55/3 57/15 59/2 60/23 61/22 though [5]  13/14 20/22 25/19 36/20 37/14 thought [1]  37/4 thousands [1]  26/17 threat [1]  44/10 threatened [1]  5/2 three [30]  5/3 5/18 8/3 8/23 9/8 9/20 9/22 9/24 10/2 10/7 16/16 19/10 20/23 28/6 31/14 31/25 36/9 37/18 47/4 48/7 49/4 49/7 50/4 50/15 50/20 51/3 51/4 51/5 51/9 52/1 three-level [8]  5/18 8/23 9/24 10/7 49/7 50/4 50/15 51/3 throng [1]  45/12 through [8]  30/21 32/18 32/18 42/23 43/24 44/2 49/21 50/21 thus [1]  25/25 time [22]  21/22 29/17 30/19 32/19 35/23 37/3 37/18 38/10 38/18 39/11 39/15 41/18 41/21 43/24 44/2 44/22 46/1 47/21 52/5 56/23 59/11 59/25 times [4]  14/10 29/4 29/16 54/23 Title [6]  4/9 4/14 4/19 47/24 53/8 54/6 today [12]  25/4 30/8 34/11 34/24 38/4 40/5 42/21 43/7 43/18 46/15 58/2 58/6 tomorrow [1]  58/7 too [7]  17/3 19/12 20/3 22/7 22/16 23/9 49/20 took [5]  11/23 12/18 31/6 31/7 50/5 top [1]  53/21 total [5]  23/24 24/4 29/22 46/6 55/15 touching [1]  21/11 toward [1]  45/1 towards [7]  45/6 45/12 45/24 49/15 51/16 51/21 51/23 Townsend [1]  1/17 trace [2]  10/22 10/24 tracking [1]  54/21 transcription [1]  63/5 transferred [1]  59/7 transition [1]  44/13 translates [1]  32/12 transpired [1]  41/19 traumatic [1]  42/11 traumatized [1]  41/7 traveled [2]  25/13 26/1 treat [1]  40/10

treatment [3]  54/25 57/5 57/7 Trenton [1]  40/12 trespasser [1]  27/13 trouble [1]  42/3 troublesome [2]  46/4 47/13 true [5]  12/11 27/3 34/23 38/5 40/8 trying [3]  28/19 36/20 49/24 tunnel [27]  6/15 6/17 6/19 7/1 16/1 20/19 20/20 21/16 21/17 22/3 22/20 27/16 27/18 27/23 27/25 28/1 28/8 28/14 28/25 29/23 45/1 45/5 45/15 45/18 45/24 46/2 47/8 turn [1]  23/18 turned [3]  35/10 41/11 45/1 turning [2]  25/11 35/13 turns [2]  18/9 20/1 two [27]  4/24 5/10 5/18 8/2 9/21 12/6 19/10 19/20 23/22 29/4 29/19 29/20 30/1 30/4 31/20 33/23 36/17 37/18 38/19 40/24 45/23 46/10 47/13 49/3 51/18 53/6 54/3 two-level [1]  23/22 two-year [1]  53/6 typically [1]  36/21

―――――――――
U

U.S [13]  4/10 4/14 4/19 9/8 9/9 9/9 33/23 33/24 47/24 53/8 54/6 55/22 56/20 U.S.C [1]  52/25 ultimately [1]  5/13 unacceptable [1]  41/13 under [26]  4/21 4/25 5/8 5/19 6/12 9/24 11/10 13/11 13/19 14/25 15/5 18/16 19/20 20/11 23/22 24/8 24/16 24/24 32/9 37/12 43/16 52/10 57/13 61/20 61/21 62/5 understand [4]  39/22 40/2 42/19 59/16 understanding [1]  25/1 undertaken [11]  7/23 7/24 8/1 8/8 15/13 16/15 16/23 17/1 22/15 22/23 23/1 unenforceable [1] 57/20 unfolded [1]  41/11 unique [3]  9/17 33/25 37/8 UNITED [14]  1/1 1/2 1/9 1/11 2/4 2/12 2/12 3/16 3/17 39/20 41/8 56/6 56/15 57/2

**U**

unlawful [2] 54/1 57/10
unlawfully [1] 53/25
unless [4] 19/15 21/18
39/9 54/18
until [1] 56/23
unwarranted [3] 31/17
37/11 48/25
up [17] 14/2 17/9
26/21 26/25 27/12
27/14 28/3 30/19 31/7
32/19 35/2 37/3 38/12
40/15 41/12 44/3
49/10
upbringing [1] 46/13
upon [1] 57/6
us [9] 7/5 18/24 26/15
26/16 26/17 30/19
30/19 30/20 44/23
use [3] 5/2 6/6 54/1
used [6] 17/18 22/24
28/17 42/15 49/13
56/2
uses [2] 20/20 30/7
using [2] 5/7 33/6
utilize [1] 4/17

**V**

vacuum [2] 35/19 36/2
values [2] 40/9 44/10
variance [4] 32/6 32/7
32/9 37/25
various [1] 48/12
venture [2] 22/8 48/5
version [1] 30/17
very [20] 12/6 20/17
21/5 21/8 22/9 27/8
30/5 30/6 37/15 39/3
39/20 41/8 43/3 43/7
50/24 52/5 59/23
61/17 62/9 62/15
vests [2] 25/23 35/4
victim [2] 5/9 56/16
video [5] 18/7 26/13
26/19 28/22 29/13
videos [7] 7/8 20/16
21/1 28/12 28/13
47/18 49/25
videotape [1] 19/6
view [1] 20/3
viewed [1] 18/13
violation [4] 4/14 4/19
47/24 51/3
violence [6] 26/2 30/16
36/7 37/5 40/16 47/10
violent [5] 27/18 30/2
50/1 51/13 52/17
visits [1] 54/25
voice [1] 27/9
volatility [1] 40/16
vote [2] 35/6 35/24
voting [1] 30/25

**W**

waive [1] 57/15
waived [3] 57/12 62/12
62/13
waiver [1] 57/20
waivers [1] 57/19
walked [3] 5/8 51/2
57/17
walk [1] 31/4
walking [1] 47/21
Walters [1] 2/7
want [2] 34/8 37/21
wanted [2] 53/21 62/10
warrant [4] 33/21
35/19 36/5 44/18
warranted [4] 23/10
31/13 43/21 48/3
was [104] 5/2 5/2 6/18
6/19 7/3 7/10 8/7 8/20
8/22 8/23 8/24 9/15
10/20 11/13 13/1 13/9
13/25 14/3 14/12
14/15 14/24 14/24
15/2 15/3 15/3 15/23
15/23 16/21 18/7
18/25 20/14 22/14
22/23 23/14 25/2 25/3
25/20 25/24 26/8
26/25 27/4 27/12
27/13 27/14 27/18
27/23 27/24 28/8
28/17 28/23 28/24
28/24 29/22 30/4 30/7
30/8 30/9 30/15 30/19
30/21 30/25 32/25
33/1 34/17 35/13 36/3
36/3 37/6 40/17 42/19
43/11 44/10 44/11
44/17 44/18 45/6 45/7
45/8 45/14 45/18
45/22 47/6 47/7 47/8
49/5 49/6 49/11 49/12
49/12 49/18 50/3 50/4
50/5 50/15 50/20
50/25 51/2 51/6 51/8
51/16 51/17 51/20
57/10 57/12
Washington [5] 1/4
1/22 30/14 56/18
63/11
Washington, [4] 25/13
26/1 31/2 56/21
Washington, D.C [4]
25/13 26/1 31/2 56/21
wasn't [1] 17/13
watch [3] 7/7 30/13
35/7
waved [1] 45/2
waves [1] 20/19
waving [4] 6/25 7/9
27/25 29/1
way [7] 8/11 16/14
23/3 36/4 36/5 42/13
52/9
ways [1] 42/5
we [104] 2/3 2/3 2/6
2/18 3/2 3/3 3/5 4/11
6/1 6/11 7/6 9/21
11/11 11/11 11/12
11/14 12/7 12/8 12/15
12/17 12/21 13/2 13/3
13/4 13/5 13/22 13/23
13/24 14/7 14/11
14/13 14/17 14/21
15/6 15/19 15/22 16/3
17/17 17/19 18/9
18/11 18/14 18/23
19/3 19/6 19/9 19/12
19/15 19/23 20/13
21/18 21/19 21/20
23/18 24/22 27/7 27/9
28/18 29/2 29/6 29/7
30/13 30/18 33/5
33/14 34/24 35/6
36/16 36/17 36/20
36/25 37/3 37/4 37/14
37/15 37/21 37/22
39/15 40/10 40/21
42/10 42/25 44/7
44/23 45/19 45/20
46/18 48/24 53/19
58/7 58/17 58/18
59/14 59/16 60/3
60/14 61/5 61/7 61/19
62/7 62/7
We'll [1] 31/3
weapon [1] 5/2
weapons [1] 5/7
wear [1] 54/19
wearing [3] 25/22
25/24 35/3
website [1] 25/17
weigh [1] 59/20
weight [2] 21/2 47/17
well [19] 2/17 11/5
13/1 14/11 14/12
14/20 17/9 17/16
18/18 18/25 24/21
30/21 46/18 51/10
53/1 53/11 59/8 61/10
62/23
went [8] 27/6 28/9
29/14 30/22 32/18
40/4 49/23 52/4
were [53] 5/6 5/12 5/12
8/1 8/9 9/9 9/13 13/7
13/7 14/4 14/5 14/7
17/12 17/14 19/6
21/16 21/16 26/3
26/24 27/1 27/7 21/22
28/4 28/5 28/14 29/9
29/9 29/14 30/18 31/1
31/25 32/19 32/23
33/12 33/24 34/1 37/4
37/6 38/5 38/6 40/24
41/5 41/7 44/7 45/9
53/21 57/8 59/25 62/3
62/4
west [13] 6/14 26/21
27/7 27/16 27/17
28/24 29/23 30/1
44/21 45/1 45/4 45/22
47/8
what [36] 4/2 5/23 6/16
10/17 10/22 13/23
14/9 15/9 15/23 16/13
16/22 17/14 20/13
20/17 21/19 22/25
25/16 25/19 26/25
27/14 28/8 28/24
30/18 30/22 32/24
33/5 34/20 37/4 37/21
44/11 46/16 46/20
51/12
what's [4] 26/11 28/21
29/4 32/22
whatsoever [1] 21/8
when [13] 10/7 14/15
16/13 22/5 26/18
28/24 34/9 34/15 37/3
40/19 42/4 44/2 56/8
whenever [1] 14/24
where [30] 6/19 8/21
8/24 9/2 9/9 10/8
10/13 10/13 10/15
13/5 13/22 15/23
16/15 22/5 25/3 26/3
26/18 30/23 30/25
32/15 33/9 33/13
33/24 36/3 36/23
37/17 38/21 40/4
46/18 60/11
whether [14] 2/23 2/24
7/24 12/18 13/25
16/16 16/17 19/19
22/14 37/6 59/6 59/13
59/17 61/2
which [39] 3/2 3/17
5/16 6/23 7/8 7/25
8/19 8/20 10/3 10/12
10/23 12/14 13/14
14/19 14/22 15/13
15/13 20/1 20/24 22/8
23/16 25/8 25/20
27/23 31/8 33/3 35/11
42/12 49/4 49/8 49/17
50/3 52/2 53/13 57/1
57/17 59/1 59/15
60/10
while [9] 5/6 28/10
40/13 41/22 45/5
47/13 53/10 53/14
62/4
who [20] 5/12 6/19
12/16 17/7 17/12
17/13 17/14 17/23
17/23 21/7 21/22
29/14 40/24 42/3 45/9
45/24 47/6 49/1 49/10
58/2
who's [1] 58/1
whole [2] 9/4 30/18
why [11] 10/6 11/20
15/22 16/2 16/20
16/22 34/24 38/13
58/10 60/19 60/19
will [39] 3/2 3/11 4/2
4/3 4/5 4/8 6/5 6/8
6/23 8/15 12/8 16/22
19/25 20/19 21/19
23/11 23/17 24/15
24/22 25/8 34/11
39/11 39/24 42/4
42/25 43/17 43/19
43/24 43/24 48/6
48/19 56/4 56/7 56/9
58/6 59/2 59/7 60/24
61/19
willfully [1] 7/16
willing [1] 8/10
wish [4] 5/23 58/3
62/12 62/22
wishes [4] 6/4 11/19
11/25 24/20
within [10] 3/15 8/1
13/25 16/22 26/20
54/2 56/4 56/7 56/22
58/5
without [8] 13/4 15/21
16/6 19/12 21/24 51/3
54/16 55/24
Wolf [1] 53/3
woman [1] 39/14
women [4] 7/6 29/7
45/20 59/11
won't [5] 6/3 11/17
31/6 31/15 39/8
words [10] 8/11 10/18
14/7 17/18 20/5 20/20
21/16 22/1 25/7 39/8
wore [1] 49/25
work [3] 38/13 40/9
41/22
worked [3] 40/12 40/20
41/3
working [3] 18/25 19/1
42/12
world [1] 40/18
worthy [1] 42/24
would [49] 5/22 8/13
12/1 12/12 12/24
13/12 15/19 16/7 17/2
17/5 17/18 18/5 18/6
23/9 24/18 24/20
29/25 33/21 34/23
36/5 36/16 38/4 38/4
38/7 38/7 38/11 38/17
39/11 40/6 46/19
46/23 48/4 54/16 55/2
57/25 58/22 58/17 59/5
59/14 59/14 60/1 60/2
60/7 60/9 60/11 61/1
61/13 62/4 62/6
wouldn't [2] 13/6 13/10
wound [1] 49/10
wrong [2] 27/12 40/4

**Y**

yards [1] 26/20
year [2] 31/20 53/6
years [7] 16/3 36/9
40/23 41/2 41/21
41/24 42/10
yelled [7] 10/23 22/2
22/5 51/9 51/15 51/15
52/3
yelling [3] 19/8 49/12
51/7
yes [6] 3/3 3/9 32/16
58/24 60/22 61/11
yet [2] 9/2 12/21
yield [1] 37/8
York [2] 1/18 1/18
you [139] 2/16 2/22
2/23 3/7 6/1 6/2 6/5
7/7 8/19 9/1 10/3
10/22 10/24 10/25
11/2 11/8 11/15 12/1
12/3 12/4 12/9 13/6

you... [117]  13/10
13/14 13/16 13/18
13/21 15/5 16/4 16/13
16/15 16/16 17/11
17/13 18/7 19/7 19/15
19/17 19/18 20/19
22/24 24/11 24/22
24/23 26/14 27/8
28/13 29/13 30/24
32/7 34/9 34/15 35/17
36/13 36/14 38/16
39/7 39/10 42/21
42/22 42/23 42/25
53/2 53/5 53/7 53/10
53/16 53/17 53/21
53/23 53/24 53/25
54/1 54/4 54/5 54/9
54/11 54/14 54/19
54/21 54/23 55/5 55/7
55/10 55/11 55/19
55/23 56/1 56/2 56/2
56/4 56/6 56/11 56/22
57/8 57/9 57/9 57/12
57/14 57/16 57/19
57/20 57/22 57/23
58/1 58/2 58/2 58/3
58/20 58/21 59/9 60/8
60/22 61/6 61/17
61/17 61/20 61/21
61/21 61/22 61/23
61/25 62/1 62/1 62/3
62/4 62/4 62/5 62/6
62/9 62/14 62/15
62/17 62/18 62/19
62/20 62/22 62/24
62/24

young [1]  40/19

your [101]  2/2 2/6 2/11
2/19 3/3 3/9 6/11 7/18
8/5 8/21 8/22 9/1
10/10 10/16 11/4
11/11 12/3 12/6 12/13
12/22 13/3 13/12
13/21 14/1 14/2 14/10
14/19 17/2 17/17 18/5
18/22 19/5 19/13
19/15 24/10 24/13
24/23 24/24 25/4
26/22 27/17 29/24
30/13 31/11 31/15
32/4 32/8 32/11 32/24
33/8 34/3 34/9 35/17
35/22 36/11 36/16
36/25 37/17 37/21
38/11 38/20 39/7
39/13 39/16 42/15
42/24 53/14 54/15
54/23 55/3 55/4 55/14
57/9 57/10 57/12
57/13 57/17 57/25
58/13 58/15 58/18
58/24 59/9 59/10
59/12 59/16 60/2
60/14 60/22 61/5 61/9
61/11 61/17 62/9
62/10 62/14 62/17
62/21 62/21 62/22
62/24